<u>**CONSCIOUS CHOICE – Women's Products**</u>

- Conscious Choice Straight High Jeans
  - Blue
- Conscious Choice Floral Puff-sleeved Dress
  - White/floral
- Conscious Choice Trenchcoat
  - Beige
  - Black
  - Light beige
- Conscious Choice Denim Shirt Dress
  - Light denim blue
  - Denim blue
- Conscious Choice Wide High Ankle Jeans
  - Dark blue
  - Denim blue
- Conscious Choice Flounce-trimmed crêpe dress
  - Light beige
  - Cream
- Conscious Choice Mom Loose Fit Ultra High Jeans
  - Light denim blue
  - Black
  - Denim blue
  - White
- Conscious Choice Trenchcoat
  - Black
  - Beige
  - Light beige
- Conscious Choice Trenchcoat
  - Light beige
  - Beige
  - Black
- Conscious Choice Flounce-trimmed crêpe dress
  - Cream
  - Light beige
- Conscious Choice Garter-stitched Knit Pants
  - Light beige
- Conscious Choice Tie-belt Twill Coat
  - Cream
  - Dark beige
- Conscious Choice V-neck Dress

1



- o   Powder pink
- Conscious Choice Knit Cardigan with Embroidery
  - o   Beige/floral
- Conscious Choice Wide High Jeans
  - o   White
  - o   Denim blue
  - o   Light denim blue
- Conscious Choice Balloon-sleeved dress
  - o   Light orange
- Conscious Choice Wide High Jeans
  - o   Light denim blue
  - o   Denim blue
  - o   White

Conscious Choice Sleeveless Jacket Dress
  - o   Beige
- Conscious Choice Puff-sleeved Dress
  - o   Light pink/floral
  - o   Light beige/leopard print
- Conscious Choice Stand-up-collar Puffer Vest
  - o   Black
  - o   Beige
- Conscious Choice Single-breasted Jacket
  - o   Taupe
  - o   Black
  - o   Light beige
- Conscious Choice 90's Straight Baggy Jeans
  - o   Light denim blue
  - o   Denim blue/ombre
- Conscious Choice Sweatshirt
  - o   Light green/Tennis Club
  - o   Light blue
  - o   White/Paris
  - o   Blue/Mon Chérie Paris
- Conscious Choice V-neck Tie-belt Dress
  - o   Black
  - o   Khaki beige
  - o   Light blue
  - o   Cerise

Conscious Choice Garter-stitched Knit Cardigan
  - o   Light beige
- Conscious Choice Wide High Ankle Jeans
  - o   Denim blue

2

- o Dark blue
- Conscious Choice Sweatshirt
  - o White/Paris
  - o Light blue
  - o Blue/Mon Chérie Paris
  - o Light gray melange/New York
- Conscious Choice Pleated Blouse
  - o Powder pink
  - o Cream
- Conscious Choice Waffled Jersey Pajamas
  - o Light pink
  - o Light beige
- Conscious Choice Trench Coat
  - o Beige
- Conscious Choice Tie-belt Jacket
  - o Beige
  - o Cream
- Conscious Choice Denim Shirt Dress
  - o Denim blue
  - o Light denim blue
- Conscious Choice MAMA Padded-cup Swimsuit
  - o Black
- Conscious Choice Oversized Shacket
  - o Natural white
  - o Dark beige
- Conscious Choice Tie-belt Twill Coat
  - o Dark beige
  - o Cream
- Conscious Choice Ribbed Pencil Skirt
  - o Light beige
- Conscious Choice Patterned Wrap-front Dress
  - o Pink/small flowers
  - o Yellow/floral
  - o Black/hearts
- Conscious Choice V-neck Kaftan Dress
  - o Light purple
  - o Light pink/floral
- Conscious Choice Satin Tunic
  - o Black
  - o White
- Conscious Choice Teddy Bear Outdoor Jacket
  - o Navy blue

3

- Conscious Choice Straight High Jeans
  - Blue
- Conscious Choice Long Cardigan with Tie Belt
  - Beige
  - Gray melange
- Conscious Choice Wide High Jeans
  - Denim blue
  - Light denim blue
  - White
- Conscious Choice Ribbed Sweater
  - Cream
- Conscious Choice Viscose Turtleneck Top
  - Black
  - Beige
  - Light beige
  - Gray
- Conscious Choice Tie-belt Jacket
  - Cream
  - Beige
- Conscious Choice Jersey Jazz Pants
  - Black
- Conscious Choice Oversized Turtleneck Sweater
  - Light taupe
  - Cream
  - Light blue
  - Light green-beige
- Conscious Choice Sweatshirt
  - Light beige/Tennis Club
  - Light blue
  - White/Paris
  - Blue/Mon Chérie Paris
- Conscious Choice Ribbed Jersey Jazz Pants
  - Black
  - Khaki green
  - Light gray melange
- Conscious Choice Single-breasted Jacket
  - Black
  - Light beige
  - Taupe
- Conscious Choice Garter-stitched Knit Crop Top
  - Light beige
- Conscious Choice Shirt Jacket
  - Khaki green

4

- o  Cream
- o  Light blue
- o  Light pink
- Conscious Choice Flounce-trimmed Chiffon Blouse
  - o  Black
  - o  CeriseMint green

Conscious Choice Sweatshirt
  - o  Black
  - o  Light beigeDark blue

Conscious Choice Quilted Vest
  - o  Black
  - o  Taupe

Conscious Choice Stand-up-collar Puffer Vest
  - o  Beige
  - o  Black

- Conscious Choice V-neck Tie-belt Dress
  - o  Light blue
  - o  Black
  - o  Khaki beige
  - o  Cerise
- Conscious Choice V-neck Cardigan
  - o  White melange
  - o  Light blue melange
  - o  Black
  - o  Mint green
- Conscious Choice Suit Vest
  - o  Black
  - o  Dark blue/striped

Conscious Choice Short Twill Skirt
  - o  Black
  - o  Blue/plaid
  - o  Yellow/argyle
  - o  Black

- Conscious Choice Satin Bridesmaid Dress
  - o  Light beige
  - o  Light turquoise
  - o  Light gray

Conscious Choice Crop Turtleneck Sweater Vest
  - o  White

- Conscious Choice Joggers
  - o  Light taupe
  - o  Light gray melange
- Conscious Choice Flared Jeans

5

- o Black
- Conscious Choice Jersey Shirt Dress
  - o Black
  - o Light beige
- Conscious Choice Smocked Bandeau Dress
  - o White/small flowers
  - o White/floral
  - o Light green/floral
- Conscious Choice Oversized Turtleneck Sweater
  - o Cream
  - o Light taupe
  - o Light blue
  - o Light green-beige
- Conscious Choice Patterned Wrap-front Dress
  - o Yellow/floral
  - o Black/hearts
  - o Pink/small flowers
- Conscious Choice Oversized Shacket
  - o Light gray melange
  - o Blue melange
- Conscious Choice Rib-knit Cardigan
  - o Green
  - o Light purple
  - o Orange-red
  - o Dark red
- Conscious Choice H&M+ Rib-knit Dress
  - o Dark brown
- Conscious Choice Straight High Ankle Jeans
  - o Dark denim blue
  - o Light denim blue
  - o White
- Conscious Choice Satin Bridesmaid Dress
  - o Light gray
  - o Light beige
- Conscious Choice Beaded Sweater
  - o Black
  - o Light green
- Conscious Choice Chiffon Maxi Dress
  - o White
- Conscious Choice Smocked Bandeau Dress
  - o Light green/floral
  - o White/floral
  - o White/small flowers

- Conscious Choice Wide-cut Blouse
  - Mint green
  - Black
  - Cream
  - Brown/jaguar-patterned
- Conscious Choice H&M+ Trenchcoat
  - Beige
- Conscious Choice Ruffle-trimmed Blouse
  - Pink/small flowers
  - Light beige/leopard print
  - White
- Conscious Choice H&M+ Denim Carpenter Overalls
  - Denim blue
- Conscious Choice
V-neck Kaftan Dress
  - Light pink/floral
  - Light purple
- Conscious Choice Oversized Turtleneck Sweater
  - Light blue
  - Cream
  - Light taupe
  - Light green-beige
- Conscious Choice Wide High Jeans
  - Light blue
  - Cream
  - Blue
- Conscious Choice Rib-knit Sweater
  - Beige melange
  - Dark gray
  - Ice blue
  - Light gray melange
- Conscious Choice Half-zip Sweatshirt
  - Black
  - White
  - Light blue
  - Light yellow
- Conscious Choice Dress with Dolman Sleeves
  - Black
  - Brown
- Conscious Choice Embrace Slim High Ankle Jeans
  - Denim blue
  - Light denim blue

7

- o Denim blue
- Conscious Choice Denim Dress
  - o Denim blue
- Conscious Choice Mom Loose Fit Ultra High Jeans
  - o Denim blue
  - o Black
  - o Light denim blue
  - o White
- Conscious Choice Satin Bridesmaid Dress
  - o Light turquoise
  - o Light beige
  - o Light gray
- Conscious Choice Padded Hooded Outdoor Jacket
  - o Black
  - o Light beige
- Conscious Choice Flounced maxi dress
  - o Black
  - o Light pink
- Conscious Choice 2-pack Cotton T-shirts
  - o Black/white
- Conscious Choice Chiffon Maxi Dress
  - o Light beige/floral
- Conscious Choice Rib-knit Sweater
  - o Light green melange
- Conscious Choice V-neck Cardigan
  - o Black
  - o White melange
  - o Light blue melange
  - o Mint green
- Conscious Choice Collared Knit Dress
  - o Gray melange
- Conscious Choice Chiffon Dress
  - o Turquoise
  - o Black
- Conscious Choice Slim High Split Jeans
  - o Black
  - o Denim blue
  - o Dark denim gray
- Conscious Choice Printed Sweatshirt
  - o Pink/The Cramps
  - o Dark gray/Garfield
  - o White/Grateful Dead

- Conscious Choice Mom Loose Fit Ultra High Jeans
  - Blue
  - Black
  - Denim blue
  - Light denim blue
- Conscious Choice H&M+ Crêpe dress
  - Light beige
- Conscious Choice Shirt Jacket
  - Light beige
  - Cream
  - Light blue
  - Light pink
- Conscious Choice Hooded Crop Sweatshirt Jacket
  - White
  - Dark brown
  - Green
  - Light blue
- Conscious Choice Ruffle-trimmed Dress
  - Yellow
- Conscious Choice Smocked Bandeau Dress
  - White/floral
  - Light green/floral
  - White/small flowers
- Conscious Choice Long Satin Wrap-front Dress
  - Cream/black floral
- Conscious Choice Printed Sweatshirt
  - Blue/Self-Care Club
- Conscious Choice Ruffle-trimmed Blouse
  - White
  - Light beige/leopard print
  - Pink/small flowers
- Conscious Choice Flare Low Jeans
  - Denim blue
  - Denim blue
- Conscious Choice Jacquard-patterned Peplum Blouse
  - White/patterned
- Conscious Choice Crop Jacket
  - Black
- Conscious Choice Tie Belt Shirt Dress
  - Black/floral
  - Black
  - Brown/jaguar-patterned

9

- o Bright red
- Conscious Choice Color-block Nylon Jacket
  - o Dark blue/color-block
- Conscious Choice Oversized Shirt Jacket
  - o White/black plaid
  - o Light beige/plaid
- Conscious Choice Sweatshirt Dress
  - o Black
  - o White
  - o Light taupe
- Conscious Choice H&M+ Waffled Jersey Pajamas
  - o Light taupe
- Conscious Choice Joggers
  - o Light gray melange
  - o Light taupe
  - o Dark blue
- Conscious Choice Tie Belt Shirt Dress
  - o Black
  - o Black/floral
  - o Brown/jaguar-patterned
  - o Bright red
- Conscious Choice V-neck Tie-belt Dress
  - o Khaki beige
  - o Black
  - o Light blue
  - o Cerise
- Conscious Choice Oversized Hoodie
  - o Pink/Mickey Mouse
  - o Blue/Yale
- Conscious Choice Flared High Ankle Jeans
  - o Denim blue
  - o Dark denim gray
- Conscious Choice Boxy Cardigan
  - o Dark beige melange
  - o Light taupe
- Conscious Choice Satin Tunic
  - o White
  - o Black
- Conscious Choice Oversized Shirt Jacket
  - o Light beige/plaid
  - o White/black plaid
- Conscious Choice Satin Bridesmaid Dress

- o Light beige
- o Light turquoise
- o Light gray
- Conscious Choice MAMA Tie-belt Dress
  - o White
  - o Black
- Conscious Choice Seamless Sports Crop Top
  - o Black
  - o Beige
- Conscious Choice Suit Vest
  - o Dark blue/striped
  - o Black
- Conscious Choice Padded-cup Swimsuit
  - o White/leaf-patterned
- Conscious Choice Jersey Shirt Dress
  - o Light beige
  - o Black
- Conscious Choice Short Twill Skirt
  - o Dark brown
  - o Blue/plaidYellow/argyle
  - o Black
- Conscious Choice Short Jacket
  - o Black
- Conscious Choice Straight High Jeans
  - o Black
  - o Light denim blue
- Conscious Choice Ribbed Top
  - o Black
  - o White
- Conscious Choice Knit Sweater Vest
  - o Light blue
  - o White
  - o Light beige
- Conscious Choice Viscose Turtleneck Top
  - o Light beige
  - o Black
  - o Beige
  - o Gray
- Conscious Choice Sunglasses
  - o Black
- Conscious Choice Knee-length Jacket
  - o Black

- Conscious Choice Wide High Jeans
  - Blue
  - Cream
  - Light blue
- Conscious Choice V-neck Cardigan
  - Light blue melange
  - White melange
  - Black
  - Mint green
- Conscious Choice Satin Wrap-front Dress
  - Black
  - Bright red
- Conscious Choice Beaded Sweater
  - Light green
  - Black
- Conscious Choice Chiffon Dress
  - Black
  - Turquoise
- Conscious Choice Rib-knit Pants
  - CreamBlack
- Conscious Choice Jacquard-knit Sweater
  - Light beige melange/patterned
  - Light gray melange/Les Alpes
  - Dark blue/reindeer
- Conscious Choice V-neck Tie-belt Dress
  - Cerise
  - Black
  - Khaki beige
  - Lightblue
- Conscious Choice Waffled Jersey Pajamas
  - Light taupe
- Conscious Choice Crop Vest
  - Dark blue
  - Yellow
  - Light beige/color-block
- Conscious Choice Joggers
  - Dark blue
  - Light gray melange
  - Light taupe
- Conscious Choice Oversized Sweatshirt
  - Black/Los AngelesDark blue
- Conscious Choice Double-breasted Satin Blouse

- o Light beige/floral
- Conscious Choice Skinny High Jeggings
  - o Dark denim blue
  - o Gray
  - o Black
- Conscious Choice Mom High Denim Shorts
  - o Denim blue
  - o Light denim blue
- Conscious Choice Single-breasted Jacket
  - o Light beige
  - o Black
  - o Taupe
- Conscious Choice Boxy Teddy Bear Cardigan
  - o Cream
- Conscious Choice Knit Sweater
  - o Taupe
  - o Light beige
  - o Dark taupe
  - o Black
- Conscious Choice Jacquard-weave Kaftan
  - o Light purple/patterned
- Conscious Choice Double-breasted Satin Shirt
  - o Light beige
- Conscious Choice Hooded Crop Sweatshirt Jacket
  - o Light blue
  - o Dark brown
  - o Green
  - o Orange
- Conscious Choice Padded Hooded Outdoor Jacket
  - o Light beige
  - o Black
- Conscious Choice Flared Leggings
  - o Black
  - o Beige
  - o Dark taupe
- Conscious Choice Ribbed Turtleneck Sweater
  - o Cream
  - o Red
  - o Light purple
  - o Beige
- Conscious Choice Denim Jumpsuit
  - o Denim blue
- Conscious Choice V-neck Cardigan

13

- o   Mint green
- o   White melange
- o   Light blue melange
- o   Black
- Conscious Choice Long-sleeved Cotton Top
  - o   Green
- Conscious Choice Crinkled Shirt
  - o   White
- Conscious Choice Slim High Jeans
  - o   Blue
  - o   Light denim blue
- Conscious Choice Satin Bridesmaid Dress
  - o   Light beige
  - o   Light gray
- Conscious Choice Ribbed T-shirt
  - o   Cream
- Conscious Choice Pleated Blouse
  - o   Cream
  - o   Powder pink
- Conscious Choice Boxy Cardigan
  - o   Light taupe
  - o   Dark beige melange
- Conscious Choice H&M+ Quilted Vest
  - o   Black
- Conscious Choice Tie-belt Jacket
  - o   Taupe
  - o   Black
- Conscious Choice Ribbed Top
  - o   Black
  - o   Light gray melange
  - o   Beige
- Conscious Choice Ribbed Jersey Dress
  - o   Light taupe
  - o   Black
  - o   Light gray melange
  - o   Light green
- Conscious Choice Packable Commuter Jacket
  - o   Dark beige
  - o   Black
- Conscious Choice MAMA Cotton jersey pajama top and shorts
  - o   Black
- Conscious Choice Wide-cut Blouse

14

- o Black
- o Cream
- o Brown/jaguar-patterned
- o Mint green
- Conscious Choice Quilted Vest
  - o Khaki green
- Conscious Choice Oversized Shacket
  - o Blue melange
  - o Light gray melange
- Conscious Choice Knit Sweater
  - o Light blue
  - o Taupe
  - o Light beige
  - o Dark taupe
- Conscious Choice Hooded Puffer Jacket
  - o Red
  - o Black
  - o White
  - o Bright blue
- Conscious Choice Knit Sweater
  - o Cream
  - o Taupe
  - o Light beige
  - o Dark taupe
- Conscious Choice Sweatshirt
  - o Light beige/Tennis Club
  - o Dark brown/Portland
  - o Light blue/Valencia
- Conscious Choice Shaping Swimsuit
  - o Dark sage green
- Conscious Choice Ankle-length Satin Skirt
  - o Sage green
  - o Light beige
  - o Beige
- Conscious Choice Denim Shirt
  - o Denim blue
- Conscious Choice MAMA Boat-neck Top
  - o White/black striped
- Conscious Choice Tie-belt Satin Dress
- Conscious Choice Sweatshirt
  - o Light blue
  - o White/Paris

- o Blue/Mon Chérie Paris
- o Light gray melange/New York
- Conscious Choice Hooded Sweatshirt Dress
  - o Khaki green
  - o Black
  - o White
- Conscious Choice MAMA V-neck Nursing Dress
  - o Black/Floral
- Conscious Choice Satin Crop Blouse
  - o Brown/jaguar-patterned
  - o Cream
- Conscious Choice Slim High Jeans
  - o Light denim blue
  - o Blue
- Conscious Choice Trenchcoat and Quilted Vest
  - o Light beige
- Conscious Choice MAMA Patterned Tie-belt Shirt Dress
  - o Dark gray/floral
- Conscious Choice Flared Leggings
  - o Black
  - o Brown
- Conscious Choice Puff-sleeved Dress
  - o Light beige/leopard print
  - o Light pink/floral
- Conscious Choice Rib-knit Pants
  - o Black
  - o Cream
- Conscious Choice MAMA 2-pack Nursing Bras
  - o Light purple/black
  - o Light turquoise/powder pink
- Conscious Choice Slit-hem Flared Pants
  - o Light taupe
  - o Black
- Conscious Choice MAMA Ribbed Dress
  - o Black
  - o Red
- Conscious Choice Fluffy Bouclé-knit Pants
  - o Light gray
- Conscious Choice Short Twill Skirt
  - o Blue/plaid
  - o Yellow/argyle
  - o Black

16

- ○ Black/white plaid
- Conscious Choice Satin Dress
  - ○ Black
- Conscious Choice Sweatshirt
  - ○ Dark blue
  - ○ Black
  - ○ Light beige
- Conscious Choice Waffled Jersey Pajamas
  - ○ Light beige
  - ○ Light pink
- Conscious Choice Oversized Turtleneck Sweater
  - ○ Light green-beige
  - ○ Cream
  - ○ Light taupe
  - ○ Light blue
- Conscious Choice Sweatpants
  - ○ Light green
- Conscious Choice Oversized Sweatshirt
  - ○ Black
  - ○ Red
  - ○ Light blue
  - ○ Light yellow
- Conscious Choice Slit-hem Flared Pants
  - ○ Black
  - ○ Light taupe
- Conscious Choice MAMA Tie-belt Dress
  - ○ Light green
- Conscious Choice Long Cardigan with Tie Belt
  - ○ Gray melange
  - ○ Beige
- Conscious Choice Ribbed Maxi Dress
  - ○ Black
- Conscious Choice Brushed Twill Shirt Jacket
  - ○ Black/plaid
  - ○ Yellow/plaid
- Conscious Choice Smiley® x H&M Faux Fur Shopper
  - ○ Black/Smiley®
- Conscious Choice Cotton Trench Coat
  - ○ Cream
- Conscious Choice 8 Pairs Hoop Earrings
  - ○ Gold-colored
- Conscious Choice Knit Sweater Vest

- o Light beige
- o White
- o Light blue
- Conscious Choice Flared Slit-detail Leggings
  - o Black
  - o Black/ribbed
- Conscious Choice H&M+ Ankle-length dungarees
  - o Denim blue
- Conscious Choice Oversized Sweatshirt
  - o Light yellow
  - o Black
  - o Red
  - o Light blue
- Conscious Choice Satin Nightgown
  - o Black
  - o Dark gray
- Conscious Choice Cotton Jersey Leggings
  - o Black
  - o Light green
- Conscious Choice Ruffle-trimmed Blouse
  - o Light beige/leopard print
  - o Pink/small flowers
  - o White
- Conscious Choice Tie-back Jumpsuit
  - o Black
- Conscious Choice Knit Sweater
  - o Light beige melange
  - o Beige melange
  - o Black
  - o Sage green
- Conscious Choice Wide-sleeved Dress
  - o Brown/jaguar-patterned
  - o Black
- Conscious Choice Sweatshirt
  - o Dark brown/Portland
  - o Light blue/Valencia
  - o Light beige/Tennis Club
- Conscious Choice Fitted Turtleneck Dress
  - o Black/patterned
  - o Black
- Conscious Choice Sweatshirt
  - o Orange/Energy

18

- o Light blue
- o White/Paris
- o Blue/Mon Chérie Paris
- Conscious Choice Lace-trimmed Slip Dress
  - o Light taupe
- Conscious Choice Puff-sleeved Peplum Blouse
  - o Red/blue floral
  - o Black/hearts
  - o Black
- Conscious Choice Cotton-blend Sweatpants
  - o Light gray melange
  - o Bright red
- Conscious Choice Fitted Drawstring-detail Dress
  - o Black
  - o Dark brown
- Conscious Choice Satin Wrap-front Dress
  - o Bright green
  - o Black
- Conscious Choice H&M+ True To You Skinny High Jeans
  - o Dark blue
  - o Black
  - o Light denim blue
  - o Dark gray
- Conscious Choice Hooded Crop Sweatshirt Jacket
  - o Dark brown
  - o Green
  - o Light blue
  - o Orange
- Conscious Choice Sweatshirt
  - o Light gray melange/New York
  - o Light blue
  - o White/Paris
  - o Blue/Mon Chérie Paris
- Conscious Choice Crop Vest
  - o Yellow
  - o Dark blue
  - o Light beige/color-block
- Conscious Choice Drawstring Sweatshirt
  - o Cream
  - o Blue
  - o Light orange
- Conscious Choice Knit Crop Top

19

- o  Dark beige
- Conscious Choice Waffled Bathrobe
  - o  Light sage green
  - o  Graphite gray
  - o  Dark gray
  - o  Light beige
- Conscious Choice Bootcut High Waist Jeans
  - o  Denim blue
  - o  Black
- Conscious Choice Crease-front Stirrup Leggings
  - o  Light beige
- Conscious Choice Cotton Shirt Dress
  - o  White
  - o  Light blue/striped
- Conscious Choice Hooded Jacket
  - o  Light khaki green
  - o  Black
  - o  Light taupe
  - o  Light gray melange
- Conscious Choice Denim Jumpsuit
  - o  Denim blue
- Conscious Choice Quilted Vest
  - o  Taupe
  - o  Black
- Conscious Choice Zip-hem Leggings
  - o  Black
  - o  Dark gray
- Conscious Choice Rib-knit Wool-blend Cardigan
  - o  Beige melange
- Conscious Choice Hooded Jacket
  - o  Black
  - o  Light taupe
  - o  Light gray melange
  - o  Cream
- Conscious Choice Rib-knit Sweater
  - o  Dark gray
  - o  Beige melange
  - o  Ice blue
  - o  Light gray melange
- Conscious Choice Mom Loose Jeans
  - o  Denim blue
- Conscious Choice Sweatshirt Dress

20

- o Purple/tie-dye
- Conscious Choice Collared Crop Top
  - o Black
  - o White
- Conscious Choice Hoodie with Motif
  - o Light gray melange/Running
  - o Light green/Athletic
  - o Light taupe
- Conscious Choice Rib-knit Cardigan
  - o Cream
  - o Red
- Conscious Choice Hooded Raincoat
  - o Taupe/plaid
  - o Beige/plaid
- Conscious Choice Knit Chenille Hoodie
  - o Beige
- Conscious Choice Long Tie-belt Jacket
  - o Blue
- Conscious Choice Seamless Leggings
  - o Black
  - o Lavender
  - o Light green-beige
  - o Beige
- Conscious Choice Satin Bridesmaid Dress
  - o Light gray
  - o Light beige
  - o Light turquoise
- Conscious ChoiceLong-sleeved Top
  - o Light beige
  - o Light taupe
- Conscious Choice Collared Crop Top
  - o White
  - o Black
- Conscious Choice
  - o Red/Brooklyn
- Conscious Choice Ribbed Top
  - o Beige
  - o Black
  - o Light gray melange
- Conscious Choice Hooded Jacket
  - o Light gray melange
  - o Black

- o  Light taupe
- o  Cream
- Conscious Choice Cotton Jersey Pants
  - o  Cream
  - o  Beige
- Conscious Choice V-neck Dress
  - o  Red/blue floral
  - o  Black
- Conscious Choice Cable-knit Sweater
  - o  Light beige melange
  - o  Beige melange
- Conscious Choice Straight High Jeans
  - o  Light denim blue
  - o  Black
- Conscious Choice H&M+ V-neck cardigan
  - o  Dark blue
- Conscious ChoiceHooded Raincoat
  - o  Beige/plaid
  - o  Taupe/plaid
- Conscious Choice Ribbed Crop Top
  - o  Black
  - o  White
- Conscious Choice Ribbed Pants
  - o  Dark brown

  Conscious Choice Ribbed Jersey Jazz Pants
  - o  Khaki green
  - o  Black
  - o  Light gray melange
- Conscious Choice Flounce-trimmed Chiffon Blouse
  - o  Cerise
  - o  Black
  - o  Mint green
- Conscious Choice Flounce-collared Blouse
  - o  Light pink/floral
  - o  Black
  - o  Black/floral
- Conscious Choice Cotton Shirt Dress
  - o  Light blue/striped
  - o  White
- Conscious Choice Calf-length Skirt
- Conscious Choice Long Cardigan
  - o  Light beige

22

- Conscious Choice Oversized Corduroy Shirt
  - Dark taupe
  - Blue
- Conscious Choice  Ribbed Jersey Pants
  - Black
  - Light gray melange
  - Light blue
  - Light gray
- Conscious Choice Hooded Sweatshirt Dress
  - Black
  - White
  - Khaki green
- Conscious Choice MAMA 2-pack Nursing Bras
  - Black/hearts
- Conscious Choice Creased Jersey Pants
  - Light beige
  - Light taupe
- Conscious Choice V-neck Cardigan
  - Light orange
  - White melange
  - Light blue melange
  - Black
- Conscious Choice Cape Jacket
  - Light taupe
  - Black
  - Brown
- Conscious Choice Ribbed Cotton Cardigan
  - Dusty rose
- Conscious Choice MAMA Cotton Nursing Dress
  - Dark blue/striped
  - Black
- Conscious Choice Sweatshirt
  - Blue/Mon Chérie Paris
  - Light blue
  - White/Paris
  - Light gray melange/New York
- Conscious Choice MAMA Denim Overalls
  - Denim blue
- Conscious Choice Pleated Skirt
  - Black
- Conscious Choice Mom Comfort Ultra High Jeans
  - Black

- Conscious Choice Ribbed Top
  - Dark brown
- Conscious Choice Rib-knit Top
  - Dark blue
- Conscious Choice Jacquard-knit Sweater
  - Black/patterned
- Conscious Choice Fitted Drawstring-detail Dress
  - Dark brown
  - Black
- Conscious Choice Wide-cut Slit-hem Jersey Pants
  - Black
  - Olive green
  - Light taupe
- Conscious Choice Rib-knit Cardigan
  - Light blue
  - Light purple
  - Orange-red
  - Dark red
- Conscious Choice Hooded Faux Shearling Jacket
  - Dusty rose
- Conscious Choice Satin Blouse
  - Black
  - Light yellow
- Conscious Choice Chiffon Maxi Dress
  - Cerise
  - Light beige/floral
- Conscious Choice Knot-detail Dress
  - Black
  - Beige/floral
  - Black/floral
- Conscious Choice Crinkled Satin Skirt
  - Black/floral
- Conscious Choice Nylon Joggers
  - Khaki green
- Conscious Choice Satin Crop Blouse
  - Cream
  - Brown/jaguar-patterned
- Conscious Choice Hooded Jacket with Drawstring
  - Light orange
- Conscious Choice Packable Commuter Jacket
  - Black
  - Dark beige

- Conscious Choice Collared Dress
  - Black
  - Red/blue floral
- Conscious Choice Knit Dress
  - Light beige melange
  - Cream
  - Beige
- Conscious Choice Wide-cut Blouse
  - Brown/jaguar-patterned
  - Black
  - Cream
  - Mint green
- Conscious Choice Wide High Jeans
  - Cream
  - Blue
  - Light blue
- Conscious Choice Ribbed Top
  - Light gray melange
  - Black
  - Beige
- Conscious Choice Satin Crop Top
  - Black
  - Dark brown
  - Yellow-green
  - Silver-colored
- Conscious Choice Collared Sweater
  - Cream/striped
- Conscious Choice Satin Jumpsuit
  - Black
  - Taupe
- Conscious Choice Joggers
  - Light green/tie-dye
  - White/Kansas City
- Conscious Choice Nylon-blend Joggers
  - Dark blue/color-block
- Conscious Choice Short Twill Skirt
  - Purple
  - Blue/plaid
  - Yellow/argyle
  - Black
- Conscious Choice Defined-shoulder Blouse
  - Red

- Conscious Choice Flounced Maxi Dress
  - Cerise
  - Black/floral
- Conscious Choice Rib-knit Cardigan
  - Light purple
  - Orange-red
  - Dark red
  - Green
- Conscious Choice MAMA Denim Overalls
  - Light denim blue
- Conscious Choice Wide-brimmed Bucket Hat
  - Cream
  - Black
- Conscious Choice H&M+ Crop Sweatshirt
  - Black
  - White
  - Light yellow
  - Dark blue
- Conscious Choice Hooded Puffer Jacket
  - Black
  - White
  - Bright blue
  - Red
- Conscious Choice Fitted Jumpsuit
  - Black
- Conscious Choice Sweatshirt
  - Light beige
  - Black
  - Dark blue
- Conscious Choice Collared Dress
  - Red/blue floral
  - Black
- Conscious Choice V-neck Dress
  - Yellow/floral
- Conscious Choice Quilted Coat
  - Beige
- Conscious Choice H&M+ Calf-length Denim Shirt Dress
  - Denim blue
- Conscious Choice 90's Straight Baggy Jeans
  - Denim blue/ombre
  - Light denim blue
- Conscious Choice 10-pack Cotton Bikini Briefs

26

- o Black
- o Black/white/gray melange
- Conscious Choice Oversized Jacket
  - o Light beige
- Conscious Choice Rib-knit Tie-front Cardigan
  - o Black/white melange
- Conscious Choice Pull-on Dress Pants
  - o Black
- Conscious Choice Knit Sweater
  - o Dark turquoise
  - o Taupe
  - o Light beige
  - o Dark taupe
- Conscious Choice MAMA Stirrup Leggings
  - o Black
- Conscious Choice V-neck Peplum Blouse
  - o Brown/jaguar-patterned
  - o Black
- Conscious Choice Cotton Jersey Pants
  - o Beige
  - o Cream
- Conscious Choice Oversized Corduroy Shirt
  - o Blue
  - o Dark taupe
- Conscious Choice Flare Low Jeans
  - o Denim blue
  - o Denim blue
- Conscious Choice Fast-drying Track Pants
  - o Orange
  - o Neon green
- Conscious Choice MAMA Voluminous Resort Shirt
  - o Beige
- Conscious Choice Single-breasted Jacket
  - o Black
- Conscious Choice H&M+ Tie-belt Dress
  - o Light blue
  - o Black
- Conscious Choice Oversized Bomber Jacket
  - o Black
  - o Light beige
- Conscious Choice Oversized T-shirt
  - o Light taupe

27

- - Black
  - Dark blue
- Conscious Choice Ribbed Jersey Dress
  - Black
  - Light gray melange
  - Light taupe
  - Light green
- Conscious Choice Short Twill Skirt
  - Black/white plaid
  - Blue/plaid
  - Yellow/argyle
  - Black
- Conscious Choice Shaping High Jeans
  - Light denim blue
  - Black/No fade black
  - Dark denim blue/washed
  - Light denim blue
- Conscious Choice Fluffy-knit Shorts
  - Light beige
- Conscious Choice Extra-short Sweater
  - Light beige melange
  - Light blue
- Conscious Choice Fine-knit Joggers
  - Gray melange
  - Light pale green
- Conscious Choice Cotton Cap
  - Beige
  - Black
  - Pistachio green
- Conscious Choice H&M+ Shirt Dress
  - Light beige/leopard print
  - Dusty rose
  - Pistachio green
- Conscious Choice Knit Sweater
  - Black
  - Light beige melange
  - Beige melange
  - Sage green
- Conscious Choice Smiley® x H&M - H&M+ Jacquard-knit Dress
  - Black/Smiley®
- Conscious Choice H&M+ Shirt Dress
  - Beige

28

- o Dark pink
- Conscious Choice Biker Shorts
  - o Blue
- Conscious Choice Ribbed Turtleneck Sweater
  - o Light purple
  - o Red
  - o Cream
  - o Beige
- Conscious Choice MAMA 2-pack Nursing Bras
  - o Black/gray melange
  - o Powder beige/dark gray
- Conscious Choice Hooded Jacket
  - o Cream
  - o Black
  - o Light taupe
  - o Light gray melange
- Conscious Choice Flounce-trimmed Chiffon Blouse
  - o Mint green
  - o Cerise
  - o Black
- Conscious Choice Flounce-trimmed Dress
  - o Red
- Conscious Choice Ribbed Sweater
  - o Cream
- Conscious Choice Wide-leg Pants
  - o Bright red
- Conscious Choice Vintage Skinny High Jeans
  - o Black denim
  - o Dark denim blue
- Conscious Choice Cotton Jersey T-shirt
  - o Black/Original
  - o White/Smile
  - o Light blue/Smile
  - o Dark gray/Love
- Conscious Choice V-waist Leggings
  - o Black
  - o Light beige
- Conscious Choice MAMA Slit-hem Cotton Pants
  - o Black
- Conscious Choice Tie Belt Shirt Dress
  - o Bright red
  - o Black/floral

- o Black
- o Brown/jaguar-patterned
- Conscious Choice Crop Top
  - o Turquoise/floral
- Conscious Choice Cable-knit Dress
  - o Light beige melange
- Conscious Choice Oversized T-shirt
  - o Dark blue
  - o Black
  - o Light taupe
- Conscious Choice Faux Shearling Crop Jacket
  - o Light beige
- Conscious Choice Shirt Jacket
  - o Light blue
  - o Cream
  - o Light pink
  - o Khaki green
- Conscious Choice Puff-sleeved Peplum Blouse
  - o Black
  - o Red/blue floral
  - o Black/hearts
- Conscious Choice Flared Leggings
  - o Dark taupe
  - o Black
  - o Beige
- Conscious Choice Shirt Dress
  - o Beige
- Conscious Choice Cable-knit Wool-blend Cardigan
  - o Light taupe
- Conscious Choice Sweatshirt Dress
  - o White
  - o Black
  - o Light taupe
- Conscious Choice Scuba-look Joggers
  - o Light green
  - o Light taupe
- Conscious ChoiceSlip Dress with Decorated Shoulder Straps
  - o Bright green
  - o Black
- Conscious Choice Rib-knit Merino Wool-blend Cardigan
  - o Light beige
- Conscious Choice MAMA Cotton Jersey Skirt

- o Black
- Conscious Choice Off-the-shoulder Jumpsuit
  - o Black
- Conscious Choice 10-pack Cotton Bikini Briefs
  - o Black/white/gray melange
  - o Black
- Conscious Choice High Waist Shorts
  - o Light beige
  - o Black/leopard print
  - o Light blue/purple floral
- Conscious Choice Cut-out Top
  - o White
  - o Brown
  - o Red
- Conscious Choice Jersey Shirt Dress
  - o Black
- Conscious Choice Satin Wrap-front Dress
  - o Bright red
  - o Black
- Conscious Choice Cotton Cap
  - o Black
  - o Beige
  - o Pistachio green
- Conscious Choice Patterned Nightshirt
  - o Dusty rose/zebra print
  - o Light gray/leopard print
- Conscious Choice Rib-knit Sweater
  - o Ice blue
  - o Dark gray
  - o Beige melange
  - o Light gray melange
- Conscious Choice Crop Sweatshirt
  - o Light yellow
  - o Black
  - o Dark gray
  - o Dark blue
- Conscious Choice Wide-leg Sports Pants
  - o Black
  - o White
  - o Dark blue
- Conscious Choice Cotton Jersey T-shirt
  - o Light beige

31

- o Black/Original
- o White/Smile
- o Light blue/Smile
- Conscious Choice Collared Cardigan
  - o Black
  - o Light beige
  - o Olive green
- Conscious Choice Long Flounce-collared Dress
  - o Light turquoise/floral
- Conscious Choice Nylon Balloon Pants
  - o Olive green
- Conscious Choice Oversized T-shirt
  - o Black
  - o Dark blue
  - o Light taupe
- Conscious Choice Waffled Bathrobe
  - o Light beige
  - o Graphite gray
  - o Dark gray
  - o Dusty rose
- Conscious Choice MAMA Ribbed Leggings
  - o Dark beige
  - o Black
- Conscious Choice Flared Slit-detail Leggings
  - o Black/ribbed
  - o Black
- Conscious Choice Fluffy-knit Joggers
  - o Cream
  - o Light turquoise
- Conscious Choice Printed Sweatshirt
  - o Sage green
- Conscious Choice Fine-knit Dress
  - o Light yellow
  - o Black
- Conscious Choice Satin Dress
  - o Beige

Classic Collection Jacquard-weave Bathrobe
  - o Black
  - o Light taupe
- Conscious Choice Knot-detail Dress
  - o Beige/floral
  - o Black/floral

32

- o Black
- Conscious Choice Wide-cut Lyocell-blend Pants
  - o Beige
  - o Black
- Conscious Choice Denim Suit Vest
  - o Denim blue/floral
- Conscious Choice Sleeveless Jumpsuit
  - o Black
- Conscious Choice Long Satin Blouse
  - o Dark blue
  - o White
- Conscious Choice Rhinestone-strap Satin Camisole Top
  - o Light taupe
  - o Black
- Conscious Choice MAMA Padded-cup Swimsuit
  - o Black
- Conscious Choice Ribbed Crop Top
  - o White
  - o Black
- Conscious Choice Faux Shearling Jacket
  - o Light beige
  - o Light blue
- Conscious Choice MAMA Satin Dress
  - o Dark turquoise
  - o Black/white dotted
- Conscious Choice
  - o White
  - o Black
  - o Light blue
  - o Light yellow
- Conscious Choice MAMA V-neck Dress
  - o White/blue floral
- Conscious Choice Flounced maxi dress
  - o Light pink
  - o Black
- Conscious Choice Jacquard-knit Sweater
  - o Red/patterned
  - o Blue/skiers
  - o White/reindeer
- Conscious Choice Wide-brimmed Bucket Hat
  - o Black
  - o Cream

33

- Conscious Choice Rib-knit Pants
  - Black/white melange
- Conscious Choice Ribbed Mock Turtleneck Sweater
  - Gray melange
  - Light taupe
  - Light beige melange
- Conscious Choice
  - Black
  - White
- Conscious Choice Satin Bridesmaid Dress
  - Light turquoise
  - Light beige
  - Light gray
- Conscious Choice Cut-out Crop Top
  - Turquoise/green dotted
- Conscious Choice MAMA Fine-knit Sweater
  - Green
  - Dark gray melange
  - Pink melange
- Conscious Choice Oversized Sweatshirt
  - Light blue
  - Black
  - Red
  - Light yellow
- Conscious Choice Seamless Top
  - Lavender
  - Black
  - Beige
  - Orange
- Conscious Choice Super Push-up Bralette
  - Black
  - White
- Conscious Choice MAMA Before & After Fine-knit Wrap Dress
  - Beige melange
- Conscious Choice Dress with Dolman Sleeves
  - Brown
  - Black
- Conscious Choice Rib-knit Wool-blend Sweater
  - Gray melange
- Conscious Choice Cape Jacket
  - Black
  - Light taupe

34

- o Brown
- Conscious Choice Slim High Split Jeans
  - o Denim blue
  - o Black
  - o Dark denim gray
- Conscious Choice Slit-hem Leggings
  - o Black
- Conscious Choice Knit Sweater
  - o Light purple
  - o Taupe
  - o Light beige
  - o Dark taupe
- Conscious Choice Rib-knit Cardigan
  - o Orange-red
  - o Light purple
  - o Dark red
  - o Green
- Conscious Choice
Fast-drying Track Jacket
  - o Green
  - o Orange
- Conscious ChoiceMAMA Ribbed Leggings
  - o Black
  - o Dark beige
- Conscious Choice MAMA Overalls
  - o Black
- Conscious Choice Printed Sweatshirt
  - o Dark gray/Garfield
  - o Pink/The Cramps
  - o White/Grateful Dead
- Conscious Choice Patterned Wrap-front Dress
  - o Black/hearts
  - o Yellow/floral
  - o Pink/small flowers
- Conscious Choice MAMA Flounce-trimmed Nursing Blouse
  - o Light beige/black dotted
- Conscious Choice Oversized Hoodie
  - o Light taupe
  - o Black
  - o White
  - o Dark gray
- Conscious Choice H&M+ Tie Belt Shirt Dress

35

- o Black
- o Red
- Conscious Choice Shaping High Jeans
  - o Denim blue
  - o Black/No fade black
  - o Dark denim blue/washed
  - o Light denim blue
- Conscious Choice Fluffy-knit Joggers
  - o Light turquoise
  - o Cream
- Conscious Choice Fitted Turtleneck Dress
  - o Black
  - o Black/patterned
- Conscious Choice Padded Vest
  - o White
  - o Dark green
  - o Orange-red
- Conscious Choice Skinny High Ankle Jeans
  - o Denim blue
- Conscious Choice Printed Hoodie
  - o Light gray melange/Monaco
  - o Dark green/Athlétique
  - o White/Montréal
  - o Dark blue/Chamonix
- Conscious Choice H&M+ Rib-knit Sweater
  - o Black
- Conscious Choice Flounce-collared Cardigan
  - o Light beige
  - o Mint green
- Conscious Choice H&M+ Satin Tunic
  - o Black
  - o Dusty rose
- Conscious Choice Balloon-sleeved Satin Blouse
  - o Dark gray
  - o Light gray
- Conscious Choice Shaping High Jeans
  - o Light denim blue
  - o Black/No fade black
  - o Dark denim blue/washed
  - o Light denim blue
- Conscious Choice Hoodie with Motif
  - o Light taupe

36

- o   Light gray melange/Running
- o   Light green/Athletic
- Conscious Choice Ribbed One-shoulder Seamless Top
  - o   Blue
- Conscious Choice Slit-hem Leggings
  - o   Light beige
- Conscious Choice Linen-blend Pajama Pants
  - o   Light gray
- Conscious Choice H&M+ Hooded Puffer Jacket
  - o   Bright blue
- Conscious Choice MAMA Puff-sleeved Tunic
  - o   Light denim blue
- Conscious Choice Knit Sweater
  - o   Dark taupe
  - o   Taupe
  - o   Light beige
  - o   Black
- Conscious Choice Knit Dress
  - o   Beige
  - o   Cream
  - o   Light beige melange
- Conscious Choice Cotton Jersey T-shirt
  - o   White/Smile
  - o   Black/Original
  - o   Light blue/Smile
  - o   Dark gray/Love
- Conscious Choice Cut-out Top
  - o   Brown
  - o   White
  - o   Red
- Conscious Choice MAMA Flared Leggings
  - o   Black
- Smiley® x H&M Oversized Faux Fur Jacket
  - o   Purple/Smiley®
- Conscious Choice Rhinestone-button Knit Cardigan
  - o   Dark gray melange
  - o   Black
  - o   White
  - o   Light beige
- Conscious Choice Jersey Shirt Dress
  - o   Dark green
  - o   Light taupe

- o Black
- Conscious Choice Oversized Faux Shearling Jacket
  - o Black/Looney Tunes
- Conscious Choice Cable-knit Crop Top
  - o Light beige melange
  - o Light blue
- Conscious Choice Rugby Crop Shirt
  - o Black/washed
  - o Dark green/striped
  - o Light beige/Wyoming
- Conscious Choice Seamless Crop Top
  - o Light beige
- Conscious Choice Oversized Hoodie
  - o White
  - o Black
  - o Dark gray
  - o Brown
- Conscious Choice Patent Biker Jacket
  - o Black
- Conscious Choice Track Pants
  - o Black
  - o Dark green
- Conscious Choice Quilted Jacket
  - o Beige
  - o Light blue
- Conscious Choice MAMA Ruffle-trimmed Dress
  - o Black/floral
- Conscious Choice Fast-drying Track Jacket
  - o Orange
  - o Green
- Conscious Choice Satin Tunic
  - o Dark khaki green
  - o White
- Conscious Choice Knit Sweater Vest
  - o White
  - o Light blue
  - o Light beige
- Conscious Choice Half-zip Sweatshirt
  - o Light blue
  - o Black
  - o White
  - o Light yellow

- Conscious Choice Knit Slit-hem Dress
  - Light green-beige
- Conscious Choice 10-pack Hipster Briefs
  - Gray melange/black/beige
  - Black
- Conscious Choice Satin Wrap-front Dress
  - Black
  - Bright green
- Conscious Choice Satin T-shirt Dress
  - Black/Patterned
- Conscious Choice Cotton Jersey Top
  - Beige
- Conscious Choice Cut-out Detail Pants
  - Black
  - Orange
- Conscious Choice Fast-drying Track Pants
  - Neon green
  - Orange
- Conscious Choice Oversized Sweatshirt
  - Black
  - Red
  - Light blue
  - Light yellow
- Conscious Choice Brushed Twill Shirt Jacket
  - Yellow/plaid
  - Black/plaid
- Conscious Choice Cotton Jersey T-shirt
  - Black
  - Black/Original
  - White/Smile
  - Light blue/Smile
- Conscious Choice MAMA Cotton Nursing Dress
  - Black
  - Dark blue/striped
- Conscious Choice Seamless Sports Crop Top
  - Beige
  - Black
- Conscious Choice Satin Blouse
  - Light yellow
  - Black
- Conscious Choice Fine-knit Tank Top
  - Light gray melange

- - Black
  - Cream
  - Dark brown
- Conscious Choice Rhinestone-strap Satin Camisole Top
  - Black
  - Light taupe
- Conscious Choice H&M+ Oversized Shirt Dress
  - Black
  - Light taupe
- Conscious Choice Satin Jumpsuit
  - Taupe
  - Black
- Conscious Choice MAMA Pointelle-knit Cardigan
  - Cream
- Conscious Choice H&M+ Sweatshirt
  - Dark brown/Portland
  - Light blue/Valencia
- Conscious Choice Crop Tank Top
  - Black/glittery
- Conscious Choice Satin Crop Top
  - Dark brown
  - Black
  - Yellow-green
  - Silver-colored
- Conscious Choice Rib-knit Dress
  - Light beige melange
- Conscious Choice Straight Regular Jeans
  - Dark gray denim
- Conscious Choice H&M+ Sweatshirt Dress
  - Light beige/patterned
  - Black/Des Sports
  - Purple/tie-dye
- Conscious Choice Velour Pants
  - Brown
  - Beige
  - Pink
  - Light purple
- Conscious Choice H&M+ Jersey Shirt Dress
  - Black
- Conscious Choice Cable-knit Crop Top
  - Light blue
  - Light beige melange

40

- Conscious Choice MAMA Turtleneck Sweater Vest
  - Light beige
- Conscious Choice Fine-knit Tank Top
  - Black
  - Light gray melange
  - Cream
  - Dark brown
- Conscious Choice Fine-knit Sweater
  - Light pale green
- Conscious Choice Velour Pants
  - Mint green
  - Beige
  - Pink
  - Brown
- Conscious Choice Velour Hooded Jacket
  - Dark taupe
  - Light purple
  - Mint green
- Conscious Choice H&M+ 7-pack Hipster Briefs
  - Black
- Conscious Choice Straight Regular Jeans
  - Denim blue
  - Denim gray/washed out
- Conscious Choice H&M+ Oversized Wool-blend Shacket
  - Light beige/plaid
- Conscious Choice Drawstring Sweatshirt
  - Light orange
  - Cream
  - Blue
- Conscious Choice Draped Dress
  - Black
  - Cerise
  - Dark turquoise
- Conscious Choice Crinkled Chiffon Dress
  - Black
- Conscious Choice V-neck Sweater
  - Light blue
  - Beige melange
- Conscious Choice Lined Satin Pants with Creases
  - Cream
- Conscious Choice Crop Hoodie
  - Black

41

- o   Red
- o   Light yellow
- o   Dark blue
- Conscious Choice Ribbed Jersey Dress
  - o   Light blue
  - o   Black
  - o   Light gray melange
  - o   Light taupe
- Conscious Choice Waffled Bathrobe
  - o   White
  - o   Graphite gray
  - o   Dark gray
  - o   Light beige
- Conscious Choice Oversized Faux Shearling Hoodie
  - o   Black
  - o   Beige
- Conscious Choice Pleated Skirt
  - o   Black
  - o   Light pink/plaid
- Conscious Choice Seamless Crop Top
  - o   Dark taupe
- Conscious Choice Double-strand Necklace
  - o   Gold-colored
- Conscious Choice Knit Sweater
  - o   Light green
  - o   Taupe
  - o   Light beige
  - o   Dark taupe
- Conscious Choice Ruffle-collared Blouse
  - o   Light beige
  - o   Black
- Conscious Choice Flared Leggings
  - o   Brown
  - o   Black
- Conscious Choice Scuba-look Sweatshirt
  - o   Light green
  - o   Light taupe
- Conscious Choice Wrapover Top
  - o   Light blue
  - o   Brown
  - o   Black
- Conscious Choice Baseball Jacket

- o   Black/gray melange
- o   Denim blue/Have A Great Day
- Conscious Choice Smiley® x H&M - H&M+ Jacquard-knit Cardigan
    - o   Purple/Smiley®
- Conscious Choice Jacquard-knit Sweater
    - o   Light gray melange/Les Alpes
    - o   Dark blue/reindeer
    - o   Light beige melange/patterned
- Conscious Choice H&M+ True To You Skinny High Jeans
    - o   Dark gray
    - o   Black
    - o   Light denim blue
    - o   Dark blue
- Conscious Choice Ribbed Modal-blend Jumpsuit
    - o   Light beige melange
- Conscious Choice H&M+ Wide High Jeans
    - o   Denim blue
    - o   Dark gray
- Conscious Choice Super Soft Light Support Sports Bra
    - o   Black
- Conscious Choice Smocked Bandeau Bikini Top
    - o   Black
    - o   Light purple
- Conscious Choice Hooded Sweatshirt Dress
    - o   White
    - o   Black
    - o   Khaki green
- Conscious Choice Wrapover Top
    - o   Brown
    - o   Light blue
    - o   Black
- Conscious Choice H&M+ Creased Jersey Pants
    - o   Light beige
- Conscious Choice Bangle
    - o   Gold-colored
    - o   Silver-colored
- Conscious Choice Airy Dress
    - o   Brown/jaguar-patterned
- Conscious Choice High Waist Shorts
    - o   Light blue/purple floral
    - o   Black/leopard print
    - o   Light beige

- Conscious Choice Oversized Jacket
  - Beige
- Conscious Choice Wide-cut Slit-hem Jersey Pants
  - Olive green
  - Black
  - Light taupe
- Conscious Choice Sweatshirt
  - Light blue/Valencia
  - Dark brown/Portland
  - Light beige/Tennis Club
- Conscious Choice Belted Shirt Dress
  - Khaki green
- Conscious Choice Crop Sweatshirt
  - Dark blue
  - Black
  - Dark gray
  - Light yellow
- Conscious Choice Large Shopper
  - White/UCLA
- Conscious Choice Crop Sweatshirt
  - Dark gray/skeleton
  - Dark gray
  - White/Karma
  - Purple
- Conscious Choice MAMA Maternity/Nursing Pajamas
  - Khaki green/leopard print
- Conscious Choice Collared Cardigan
  - Olive green
  - Black
  - Light beige
- Conscious Choice Shirt with a Sheen
  - Light beige/striped
  - White
  - Dark green-beige
  - Cream/patterned
  - White/black striped
  - Cream/black floral
  - Light beige/patterned
  - White
- Conscious Choice H&M+ Shirt with a Sheen
  - Cerise
- Conscious Choice Cardigan with Tie Belt

- o White
- Conscious Choice Wide High Jeans
  - o Light denim blue
  - o Denim blue
- Conscious Choice 90s Straight Baggy Jeans
  - o Light denim blue
- Conscious Choice Calf-length Sequined Skirt
  - o White
- Conscious Choice Satin Bridesmaid Dress
  - o Light gray
  - o Light beige
  - o Light turquoise
- Conscious Choice Oversized Sweatshirt
  - o Green/UCLA
- Conscious Choice Oversized Sweatshirt
  - o Black
- Conscious Choice Seamless Leggings
  - o Beige
  - o Lavender
  - o Light green-beige
  - o Black

Smiley® x H&M H&M+ Loose High Jeans
  - o Denim blue/Smiley®
- Conscious Choice 5-pack Sports Socks
  - o White
- Conscious Choice Pleated Dress
- Conscious Choice Long Satin Wrap-front Dress
  - o Dark red-brown
  - o Cream/black floral
- Conscious Choice Cotton-blend Joggers
  - o Light gray-blue
- Conscious Choice 10-pack Thong Briefs
  - o Black
- Conscious Choice Ribbed Tank Top
  - o Light blue
  - o White
- Conscious Choice Smiley® x H&M - Jacquard-knit Cardigan
  - o Purple/Smiley®
- Conscious Choice Oversized Cotton Hoodie
  - o Light gray-blue
- Conscious Choice H&M+ Crop Sweatshirt
  - o White

- o Black
- o Light yellow
- o Dark blue
- Conscious Choice MAMA Before & After Ribbed Leggings
  - o Dark gray
  - o Brown
- Conscious Choice Rib-knit Dress
  - o Light yellow
- Conscious Choice Color-block Baseball Jacket
  - o Yellow/A
- Conscious Choice Rib-knit Half-zip Sweater
  - o Dark khaki green
- Conscious Choice Foldable Shell Jacket
  - o Black
- Conscious Choice MAMA 2-pack Nursing Bras
  - o Light gray/dark gray
- Conscious Choice Flared High Jeans
  - o Light denim blue
- Conscious Choice H&M+ Oversized Shirt Dress
  - o Light taupe
  - o Black
- Conscious Choice Lyocell-blend Shirt
  - o Turquoise
- Conscious Choice Puff-sleeved Peplum Blouse
  - o Black/hearts
  - o Red/blue floral
  - o Black
- Conscious Choice Draped Skirt
  - o Black
- Conscious Choice Straight Regular Jeans
  - o Denim gray/washed out
  - o Denim blue
- Conscious Choice Quilted Dress
  - o Light taupe
- Conscious Choice Cable-knit Turtleneck Dress
  - o Light beige melange
- Conscious Choice Smiley® x H&M Sweater Vest
  - o Black/Smiley®
- Conscious Choice Rib-knit Cardigan
  - o Light purple
  - o Orange-red
  - o Dark red

- - Green
- Conscious Choice Oversized Denim Dress
  - Denim blue
  - Dark denim blue
- Conscious Choice Collared Sweater
  - Cream
  - Cream/striped
- Conscious Choice Extra-short Sweater
  - Light blue
  - Light beige melange
- Conscious Choice MAMA Joggers
  - Powder pink
- Conscious Choice Collared Cardigan
  - Light beige
  - Black
  - Olive green
- Conscious Choice Seamless Top
  - Beige
  - Lavender
  - Black
  - Orange
- Conscious Choice Draped Dress
  - Cerise
  - Black
  - Dark turquoise
- Conscious Choice Eyeglass Chain
  - Gold-colored
- Conscious Choice Cut-out Crop Top
  - White
- Conscious Choice H&M+ Mom Ultra High Jeans
  - Black
- Conscious Choice Wide-cut Slit-hem Jersey Pants
  - Light taupe
  - Black
  - Olive green
- Conscious Choice Seamless Leggings
  - Lavender
  - Light green-beige
  - Black
  - Beige
- Conscious Choice Skinny High Jeggings
  - Black

- o Gray
- o Dark denim blue
- Conscious Choice Jersey Shirt Dress
  - o Light taupe
  - o Black
  - o Dark green
- Conscious Choice Unpadded Underwire Lace Bra
  - o White
  - o Black
- Conscious Choice Knit Sweater
  - o Light beige
  - o Taupe
  - o Dark taupe
  - o Black
- Conscious Choice Shirt Jacket
  - o Light pink
  - o Cream
  - o Light blue
  - o Khaki green
- Conscious Choice Oversized T-shirt
  - o Light beige
  - o Dark gray
- Conscious Choice Lyocell-blend Shorts
  - o Turquoise
- Conscious Choice Turtleneck Sweater Vest
  - o Light beige melange
  - o Dark beige
- Conscious Choice Waffled Bathrobe
  - o Dusty rose
  - o Graphite gray
  - o Dark gray
  - o Light beige
- Conscious Choice Creased Pants
  - o Black
  - o Cream
- Conscious Choice MAMA Balloon-sleeved Blouse
  - o White/dotted
- Conscious Choice Glittery Skirt
  - o Cream
- Conscious Choice H&M+ Sweatshirt Dress
  - o Black/Des Sports
  - o Purple/tie-dye

48

- o Light beige/patterned
- Conscious Choice Turtleneck Sweater
  - o Beige melange
  - o Dark gray melange
  - o Black
- Conscious Choice Half-zip Sweatshirt
  - o Light yellow
  - o Black
  - o White
  - o Light blue
- Conscious Choice H&M+ True To You Skinny High Jeans
  - o Light denim blue
  - o Black
  - o Light denim blue
  - o Dark gray
- Conscious Choice MAMA Nursing Dress
  - o White/blue striped
- Conscious Choice MAMA Draped Satin Dress
  - o Black
  - o Red
- Conscious Choice Baseball Jacket
  - o Denim blue/Have A Great Day
  - o Black/gray melange
- Conscious Choice Rib-knit Pants
  - o White
  - o Black
- Conscious Choice Crop Vest
  - o Bright red
  - o Black
- Conscious Choice Bead-detail Knit Cardigan
  - o Light beige melange
  - o Gray melange
- Conscious Choice Oversized Printed T-shirt
  - o Pink/Care Bears
- Conscious Choice H&M+ Wide-sleeved Dress
  - o Bright red
- Conscious Choice Bead-detail Knit Cardigan
  - o Gray melange
  - o Light beige melange
- Conscious Choice Ribbed Pants
  - o Pigeon blue
- Conscious Choice H&M+ Fine-knit Sweater

- - Black
  - Pigeon blue
- Conscious Choice Denim Paper-bag Shorts
  - Denim blue
  - Light denim blue
- Conscious Choice Ribbed Modal-blend Henley Shirt
  - Dark gray melange
- Conscious Choice Waffled Bathrobe
  - Dark gray
  - Graphite gray
  - Light beige
  - Dusty rose
- Conscious Choice V-neck Sweater Vest
  - Pink melange
  - Light beige melange
- Conscious Choice Ribbed Tank Top
  - White
  - Light blue
- Conscious Choice Cut-out Top
  - Red
  - Brown
  - White
- Conscious Choice Fitted Dress
  - Black/studs

Classic Collection Jacquard-weave Bathrobe
  - Light taupe
  - Black
- Conscious Cho ce

Rib-knit Turtleneck Sweater
  - Navy blue
  - Light gray melange
  - Light beige melange
- Conscious Choice Oversized Hoodie
  - Black
  - White
  - Dark gray
  - Brown
- Conscious Choice Rope Waist Belt
  - Black
- Conscious Choice H&M+ Tie-belt Dress
  - Black
  - Light blue

- Conscious Choice Cut-out Detail Pants
  - Orange
  - Black
- Conscious Choice Slit-hem Leggings
  - Black
  - Light beige
- Conscious Choice Skinny Low Jeans
  - Dark denim gray
- Conscious Choice Crop Sweatshirt
  - Dark gray
  - Black
  - Dark blue
  - Light yellow
- Conscious Choice Rib-knit Top
  - Green
- Conscious Choice Rib-knit Wool-blend Cardigan
  - White
- Conscious Choice Satin and Lace Bathrobe
  - Black
- Conscious Choice H&M+ Hooded Crop Jacket
  - Black
  - Light gray melange
- Conscious Choice Glittery Bodycon Dress
  - Black
- Conscious Choice Track Jacket
  - Black
- Conscious Choice Sleeveless Jersey Dress
  - Black
  - Light green
  - Light beige
- Conscious Choice Velour Hooded Jacket
  - Light purple
  - Dark taupe
  - Mint green
- Conscious Choice H&M+ Oversized T-shirt
  - Black/Smiley®
- Conscious Choice Printed Sweatshirt
  - White/Grateful Dead
  - Pink/The Cramps
  - Dark gray/Garfield
- Conscious Choice Velour Pants
  - Light purple

51

- Beige
- Pink
- Brown
- Conscious Choice Fine-knit Tank Top
  - Cream
  - Black
  - Light gray melange
  - Dark brown
- Conscious Choice Sweater
  - Light blue
- Conscious Choice Super Push-up Bikini Top
  - White
- Conscious Choice Drawstring Sweatshirt
  - Blue
  - Cream
  - Light orange
- Conscious Choice 3-pack Gold-plated Rings
  - Gold-colored
- Conscious Choice Hooded Crop Sweatshirt Jacket
  - Black
  - Dark brown
  - Green
  - Light blue
- Conscious Choice Short Twill Skirt
  - Yellow/argyle
  - Blue/plaid
  - Black
  - Black/white plaid
- Conscious Choice MAMA Denim shirt dress
  - Light denim blue
- Conscious Choice Seamless Leggings Black
  - Khaki green
  - Dark taupe
  - Light gray-blue
- Conscious Choice Wrapover Top
  - Black
  - Brown
  - Light blue
- Conscious Choice H&M+ Oversized Hoodie
  - White/tie-dye
  - Black
- Conscious Choice Knit Balaclava

- o Red
- Conscious Choice Long Satin Blouse
  - o White
  - o Dark blue
- Conscious Choice Tie-detail Crop Top
  - o White
- Conscious Choice Patterned Nightshirt
  - o Light gray/leopard print
  - o Dusty rose/zebra print
- Conscious Choice Track Pants
  - o Black
  - o Green/white
  - o Powder pink/white
- Conscious Choice Knit Sweater
  - o Bright blue
  - o Taupe
  - o Light beige
  - o Dark taupe
- Conscious Choice Oversized Sweatshirt
  - o Dark blue
  - o Black/Los Angeles
- Conscious Choice MAMA Fine-knit Sweater
  - o Pink melange
  - o Dark gray melange
  - o Green
- Conscious Choice Rib-knit Dress
  - o Light green-beige
- Conscious Choice Drawstring Top
  - o Light beige/floral
  - o White/eucalyptus leaves
- Conscious Choice Wool-blend Coat
  - o Brown
- Conscious Choice Straight High Jeans
  - o Blue
- Conscious Choice Balloon-sleeved Satin Blouse
  - o Light gray
  - o Dark gray
- Conscious Choice Crease-leg Leggings
  - o Black
- Conscious Choice H&M+ Tie-neck Blouse
  - o Light pink/floral
- Conscious Choice Fluffy Crop Top

- Conscious Choice Rib-knit Tunic
  - White
  - Cream
- Conscious Choice Rib-knit Turtleneck Sweater
  - Light beige melange
  - Navy blue
  - Light gray melange
- Conscious Choice Knit Sweater
  - Black
  - Taupe
  - Light beige
  - Dark taupe
- Conscious Choice Quilted Jacket
  - Light blue
  - Beige
- Conscious Choice Faux Fur-collar Cardigan
  - Dark brown
  - Black
  - Light blue
- Conscious Choice Satin Shirt Dress
  - Dark gray/patterned
- Conscious Choice Twill Dress
  - Orange/plaid
- Conscious Choice Ribbed Jersey Dress
  - Light green
  - Black
  - Light gray melange
  - Light taupe
- Conscious Choice Short Sweater
  - Light beige melange
  - Dark khaki green
- Conscious Choice Sleeveless Hooded Sweatshirt
  - White
- Conscious Choice Cotton Cap
  - Pistachio green
  - Black
  - Beige
- Conscious Choice Ribbed Turtleneck Sweater
  - Light beige
- Conscious Choice 6 Pairs Hoop Earrings
  - Gold-colored
- Conscious Choice Hoodie with Motif

- o Light green/Athletic
- o Light gray melange/Running
- o Light taupe
- Conscious Choice Sleeveless Shirt Jacket
  - o Cream
  - o Beige
  - o Light blue
- Conscious Choice MAMA Printed Sweatshirt
  - o Light gray melange/UCLA
- Conscious Choice Velour Hooded Jacket
  - o Mint green
  - o Dark taupe
  - o Light purple
- Conscious ChoiceFine-knit Joggers
  - o Light pale green
  - o Gray melange
- Conscious Choice Slim High Denim Shorts
  - o Light denim blue
- Conscious Choice Oversized Hoodie
  - o Blue/Yale
  - o Pink/Mickey Mouse
- Conscious Choice Linen-blend Pajama Shirt
  - o Light gray/narrow-striped
- Conscious Choice Rhinestone-embellished Rib-knit Top
  - o Light taupe
- Conscious Choice Faux Shearling-lined Denim Jacket
  - o Denim blue
- Conscious Choice Velour Joggers
  - o Navy blue
  - o Cream
  - o Light blue
  - o Light yellow
- Conscious Choice MAMA True To You Skinny High Jeans
  - o Denim blue
- Conscious Choice Bootcut High Waist Jeans
  - o Black
  - o Denim blue
- Conscious Choice Creased Pants
  - o Cream
  - o Black
- Conscious Choice Rib-knit Shorts
  - o Light yellow

- o Taupe
- Conscious Choice H&M+ Seamless Sports Leggings
  - o Black
- Conscious Choice Crop Turtleneck Sweater
  - o Dark pink
  - o Light beige
  - o Gray melange
- Conscious Choice Seamless Top
  - o Orange
  - o Lavender
  - o Black
  - o Beige
- Conscious Choice Rhinestone-button Knit Cardigan
  - o White
  - o Black
  - o Light beige
  - o Dark gray melange
- Conscious Choice H&M+ V-waist Leggings
  - o Black
- Conscious Choice Hooded Crop Sweatshirt Jacket
  - o Light gray melange
  - o Dark brown
  - o Green
  - o Light blue
- Conscious Choice Velour Joggers
  - o Dusty rose
  - o Light turquoise
- Conscious Choice Super Push-up Bralette
  - o White
  - o Black
- Conscious Choice Ruffle-collared Blouse
  - o Black
  - o Light beige
- Conscious Choice H&M+ 2-pack T-shirts
  - o Black
  - o White
- Conscious Choice Tie Belt Shirt Dress
  - o Brown/jaguar-patterned
  - o Black/floral
  - o Black
  - o Bright red
- Conscious Choice Tie Belt Coat

- o Cream
- Conscious Choice Wool-blend Cable-knit Sweater
    - o Light pink
- Conscious Choice Denim Shirt Jacket
    - o Denim blue
- Conscious Choice Straight High Ankle Jeans
    - o White
    - o Light denim blue
    - o Dark denim blue
- Conscious Choice Smocked Bandeau Bikini Top
    - o Light purple
    - o Black
- Conscious Choice 10-pack Hipster Briefs
    - o Black
    - o Gray melange/black/beige
- Conscious Choice Seamless Light Support Sports Bra
    - o Black
    - o Light green
- Conscious Choice Corduroy Bucket Hat
    - o White/Care Bears
- Conscious Choice H&M+ Shirt Dress
    - o Dark pink
    - o Beige
- Conscious Choice Satin Nightgown
    - o Dark gray
    - o Black
- Conscious Choice Super Soft Sports Leggings
    - o Black
    - o Dark gray
    - o Light blue
- Conscious Choice Velour Jumpsuit
    - o Light beige
- Conscious Choice Fine-knit Tank Top
    - o Dark brown
    - o Black
    - o Light gray melange
    - o Cream
- Conscious Choice Flower-detail Eyeglass Chain
    - o Gold-colored/flowers
- Conscious Choice Padded Shirt Jacket
    - o Light green-beige
- Conscious Choice Velour Hooded Jacket

- o Dusty rose
- Conscious Choice Ribbed Jersey T-shirt
  - o Black
  - o Light blue
  - o Light gray
  - o Beige
- Conscious Choice Fine-knit Dress
  - o Black
  - o Light yellow
- Conscious Choice Hoodie
  - o Dark gray/Cascade Falls
  - o Light blue
- Conscious Choice H&M+ True To You Skinny High Jeans
  - o Black
  - o Light denim blue
  - o Dark gray
  - o Dark blue
- Conscious Choice H&M+ Long-sleeved Top
  - o Cream
- Conscious Choice Cotton Trench Coat
  - o Cream
- Conscious Choice Knit Dress
  - o Cream
  - o Light beige melange
  - o Beige
- Conscious Choice Rhinestone-embellished Ribbed Cardigan
  - o Black
  - o Light beige
- Conscious Choice H&M+ Printed Sweatshirt
  - o Light green/New York
- Conscious Choice Faux Shearling Track Jacket
  - o Black
  - o Dark brown
- Conscious Choice Hooded Rain Cape
  - o Black
  - o Light beige
  - o Khaki green
- Conscious Choice Shaping High Jeans
  - o Black/No fade black
  - o Dark denim blue/washed
  - o Light denim blue
  - o Denim blue

- Conscious Choice 6 Pairs Hoop Earrings
  - Gold-colored
- Conscious Choice Oversized Joggers
  - Light purple
  - Red
- Conscious Choice Faux Fur-collar Cardigan
  - Light blue
  - Black
  - Dark brown
- Conscious Choice Skinny High Jeggings
  - Gray
  - Black
  - Dark denim blue
- Conscious Choice Oversized Hoodie
  - Light gray melange
  - Black
  - White
  - Dark gray
- Conscious Choice Seamless Sports Top
  - Black
- Conscious Choice Turtleneck Sweater
  - Black
  - Dark gray melange
  - Beige melange
- Conscious Choice H&M+ Shirt Dress
  - Dusty rose
  - Pistachio green
  - Light beige/leopard print
- Conscious Choice Lace-trimmed Sleeveless Satin Top
  - Powder beige
- Conscious Choice Quilted Outdoor Jacket
  - Black
- Conscious Choice Cape Jacket
  - Brown
  - Black
  - Light taupe
- Conscious Choice High Support Bonded Sports Bra
  - Dark plum purple
- Conscious Choice Fitted Halterneck Jumpsuit with Foot Straps
  - Dark gray
- Conscious Choice Flounce-trimmed Dress
  - Light beige/floral

59

- o Red/floral
- Conscious Choice Seamless Leggings
  - o Black
  - o Dark taupe
  - o Dusty rose
- Conscious Choice Crop Sweatshirt
  - o Light beige
  - o Light gray-blue
- Conscious Choice Double-strand Pendant Necklace
  - o Gold-colored
- Conscious Choice THERMOLITE® Half-zip Top
  - o Beige
  - o Black
- Conscious Choice H&M+ Cut-out Top
- Conscious Choice 5-pack Lace-trimmed Bikini Briefs
  - o Black
- Conscious Choice Oversized Printed Sweatshirt
- Conscious Choice Rhinestone-embellished Ribbed Cardigan
  - o Light beige
  - o Black
- Conscious Choice Cotton-blend Sweatpants
  - o Bright red
  - o Light gray melange
- Conscious Choice MAMA Padded Outdoor Jacket
  - o Black
- Conscious Choice Quilted Jacket
- Conscious Choice Satin Crop Top
  - o Yellow-green
  - o Dark brown
  - o Black
  - o Silver-colored
- Conscious Choice Loose Straight Jeans
  - o Black

Ribbed Jersey Pants Beige
  - o Black
  - o Light gray melange
  - o Light blue
- Conscious Choice

Oversized Denim Sh rt
  - o Light denim blue
  - o Denim blue
- Conscious Choice Long-sleeved Top

- o Light taupe
- o Light beige
- Conscious Choice H&M+ High Support Sports Bra
    - o Black
- Conscious Choice Mesh Top
    - o Brown
    - o Brown/green patterned
- Conscious Choice H&M+ Padded Outdoor Jacket
    - o Black
- Conscious Choice Ribbed Jersey Pants
    - o Light blue
    - o Black
    - o Light gray melange
    - o Light gray
- Conscious Choice Padded Bikini Top
    - o White/leaf-patterned
- Conscious Choice MAMA Before & After Flared Leggings
    - o Dark gray
- Conscious Choice Jacquard-knit Sweater
    - o Dark blue/reindeer
    - o Light gray melange/Les Alpes
    - o Light beige melange/patterned
- Conscious Choice Padded-cup Swimsuit
    - o Black
- Conscious Choice Tennis Skirt
    - o Black
    - o Light blue
- Conscious Choice Quilted Cape Jacket
    - o Black
- Conscious Choice H&M+ Color-block Nylon Jacket
    - o Dark blue/color-block
- Conscious Choice Ribbed Jersey Pants
    - o Light gray melange
    - o Black
    - o Light blue
    - o Light gray
- Conscious Choice Short Skirt
    - o Dark brown/patterned
- Conscious Choice MAMA 2-pack Nursing Bras
    - o Light turquoise/powder pink
    - o Light purple/black
- Conscious Choice MAMA Hooded Sweatshirt Dress

- - Light gray
- Conscious Choice H&M+ Long-sleeved Dress
  - Black
  - Light taupe
- Conscious Choice Embroidered Baseball Jacket
  - Black/Harry Potter
- Conscious Choice Rib-knit Bolero Sweater
  - Orange-red
- Conscious Choice Rib-knit Shorts
  - Taupe
  - Light yellow
- Conscious Choice Brazilian Thong Bikini Bottoms
  - Black
- Conscious Choice H&M+ Sweatshirt
  - Light blue/Valencia
  - Dark brown/Portland
- Conscious Choice Track Pants
  - Dark green
  - Black
- Conscious Choice Color-block Faux Shearling Anorak
  - Dark beige
- Conscious Choice H&M+ Crop T-shirt
  - Light beige/white
  - Black/white
  - Dark blue/white
- Conscious Choice Flared Stretch Pants
  - Beige
  - Dark beige
- Conscious Choice MAMA Tie Belt Tunic
  - Pink/small flowers
  - Black
- Conscious Choice Crop Hoodie
  - Dark blue
  - Black
  - Red
  - Light yellow
- Conscious Choice Hooded Puffer Jacket
  - Light purple
  - Black
  - White
  - Bright blue
- Conscious Choice Oversized Hoodie

- o Dark gray
- o Black
- o White
- o Brown
- Conscious Choice Sequined Romper
  - o Light beige/silver-colored
- Conscious Choice Tie-belt Satin Dress
  - o Dusty rose
- Conscious Choice 25 Pairs Earrings
  - o Silver-colored
- Conscious Choice Ribbed Thong Bodysuit
  - o White/blue floral
- Conscious Choice MAMA Ribbed Nursing Top
  - o Light purple
  - o Light beige melange
- Conscious Choice Ribbed Jersey Dress
  - o Light gray melange
  - o Black
  - o Light taupe
  - o Light green
- Conscious Choice Fleece Turtleneck Sweater
  - o Black
  - o Beige
  - o Light beige
- Conscious Choice MAMA Skinny High Split Jeans
  - o Denim blue
- Conscious Choice V-neck Sweater Vest
  - o Light beige melange
  - o Pink melange
- Conscious Choice Wide-leg Sports Pants
  - o White
  - o Black
  - o Dark blue
- Conscious Choice Oversized Bomber Jacket
  - o Light beige
  - o Black
- Conscious Choice Lyocell-blend Shirt Dress
  - o Light beige
- Conscious Choice Ribbed Top
  - o Pigeon blue
  - o Taupe
- Conscious Choice Hooded Sweatshirt Dress

- o Black
- o Light gray melange
- o Dark blue
- o Light yellow
- Conscious Choice Twisted-detail Top
  - o Light beige
  - o Black/patterned
- Conscious Choice Ribbed Leggings
  - o Light beige melange
  - o Black
- Conscious Choice V-neck Sweater
  - o Beige melange
  - o Light blue
- Conscious Choice Knit Dress
  - o Light beige
- Conscious Choice Seamless Leggings
  - o Dark taupe
  - o Black
  - o Dusty rose
- Conscious Choice Padded bikini top
  - o Black
- Conscious Choice Rib-knit Dress
  - o Light beige
- Conscious Choice Knit Dress
- Conscious Choice H&M+ Ribbed Cardigan
  - o Natural white
- Conscious Choice Joggers
  - o Light gray melange
  - o Light taupe
  - o Dark blue
- Conscious Choice Ribbed Biker Shorts
  - o Taupe
  - o Black
- Conscious Choice Slim High Split Jeans
  - o Dark denim gray
  - o Black
  - o Denim blue
- Conscious Choice MAMA Ribbed Nursing Dress
  - o Black
- Conscious Choice Sports Anorak
  - o Powder pink
  - o Black

64

- Conscious Choice Super Soft Sports Leggings
  - Dark gray
  - Black
  - Light blue
- Conscious Choice Crop Tank Top
  - Light gray/glittery
  - Black/glittery
- Conscious Choice Rib-knit Cardigan
  - Navy blue
- Conscious Choice H&M+ Short-sleeved Tunic
  - Black
- Conscious Choice Jacquard-knit Cardigan
  - Yellow/argyle pattern
- Conscious Choice Seamless Stirrup Leggings
  - Dark gray
- Conscious Choice Knit Cardigan
- Conscious Choice Sleeveless Jersey Dress
  - Light beige
  - Black
  - Light green
- Conscious Choice Linen-blend Nightshirt
  - Light gray
- Conscious Choice 3-pack Bracelets
  - Gold-colored
- Conscious Choice Glittery Skirt
  - Silver-colored
- Conscious Choice Embrace Slim High Ankle Jeans
  - Denim blue
  - Light denim blue
  - Denim blue
- Conscious Choice Crinkled Chiffon Blouse with Lacing
  - Black
- Conscious Choice Nylon Puffer Vest
  - Black
- Conscious Choice Wide-leg Sports Pants
  - Dark blue
  - Black
  - White
- Conscious Choice Sports Anorak
  - Black
  - Powder pink
- Conscious Choice Pajama Shirt and Leggings

- o Dark gray melange
- o Light green
- Conscious Choice H&M+ Cotton Jersey T-shirt
  - o Khaki green
  - o Black/Original
  - o White
- Conscious Choice Gathered Dress
  - o Light apricot/patterned
- Conscious Choice Twisted-detail Top
  - o Black/patterned
  - o Light beige
- Conscious Choice Faux Shearling Jacket
  - o Light blue
  - o Light beige
- Conscious Choice Smiley® x H&M Short Puffer Jacket
  - o Black/Smiley®
- Conscious Choice Patterned Skort
  - o Light beige/patterned
- Conscious Choice 2-pack Printed Sweatshirts
  - o Dark gray/white
- Conscious Choice Rib-knit Pants
  - o Cream
- Conscious Choice Printed Hoodie
  - o Blue/San Francisco Bay
  - o Dark green/Athlétique
  - o White/Montréal
  - o Dark blue/Chamonix
- Conscious Choice Super Push-up Bikini Top
  - o Black
  - o Pink
- Conscious Choice Ribbed Jersey T-shirt
  - o Beige
  - o Black
  - o Light blue
  - o Light gray
- Conscious Choice MAMA Fine-knit Sweater
  - o Dark gray melange
  - o Pink melange
  - o Green
- Conscious Choice Oversized Denim Dress
  - o Dark denim blue
  - o Denim blue

- Conscious Choice Padded Shacket
  - Pink
  - Light blue
- Conscious Choice MAMA Cable-knit Dress
  - Gray melange
- Conscious Choice Cable-knit Sweater
  - Light beige
- Conscious Choice H&M+ Faux Fur-collar Cardigan
  - Light blue
- Conscious Choice Pajama Shirt and Leggings
  - Light green
  - Dark gray melange
- Conscious Choice MAMA Draped Satin Dress
  - Red
  - Black
- Conscious Choice MAMA Ribbed Dress
  - Light beige melange
- Conscious Choice Winter Running Tights
  - Black
- Conscious Choice Jacquard-knit Sweater
  - White/patterned
- Conscious Choice Printed Dog Sweatshirt
  - Light beige/Pet Club
- Conscious Choice H&M+ Crop T-shirt
  - Black/white
  - Light beige/white
  - Dark blue/white
- Conscious Choice Ribbed Velour Top
  - Khaki green
- Conscious Choice H&M+ Collared Sweater
  - Cream/striped
- Conscious Choice Sweatshorts
  - Dark blue
  - White/Los Angeles
- Conscious Choice Rib-knit Poncho
  - Cream
- Conscious Choice Slip Dress with Decorated Shoulder Straps
  - Black
  - Bright green
- Conscious Choice Oversized Jacket
  - Beige
- Conscious Choice Wide-cut Sweatpants

- o Black/patterned
- Conscious Choice Bikini Bottoms
  - o White
- Conscious Choice Ribbed Pajamas
  - o Turquoise
  - o Dark gray melange
- Conscious Choice Faux Fur-collar Cardigan
  - o Black
  - o Light blue
  - o Dark brown
- Conscious Choice Linen-blend Pajama Shorts
  - o Light gray/narrow-striped
- Conscious Choice Water-repellent Ski Pants
  - o White
  - o Black
- Conscious Choice Terry Hot Pants
  - o Orange
  - o Light pink
- Conscious Choice Hooded Velour Crop Jacket
  - o Navy blue
  - o Cream
  - o Light blue
  - o Light yellow
- Conscious Choice Puffer Jacket
  - o Light beige
- Conscious Choice H&M+ Crop Sweater
  - o Black
  - o Dark khaki green
- Conscious Choice Sleeveless Jersey Dress
  - o Light green
  - o Black
  - o Light beige
- Conscious Choice H&M+ Long-sleeved Dress
  - o Light taupe
  - o Black
- Conscious Choice Warm-lined Slippers
  - o Gray
  - o Beige-pink
- Conscious Choice Rib-knit Turtleneck Sweater
  - o Light gray melange
  - o Navy blue
  - o Light beige melange

- Conscious Choice Cable-knit Wool-blend Joggers
  - Light taupe
  - Light pink
- Conscious Choice Rib-knit Cardigan
  - Light beige
  - Dark gray
- Conscious Choice Track Pants
  - Green/white
  - Black
  - Powder pink/white
- Conscious Choice Rugby Crop Shirt
  - Dark green/striped
  - Black/washed
  - Light beige/Wyoming
- Conscious Choice Ribbed Crop Top
  - White
- Conscious Choice Rib-knit Cardigan
  - Red
  - Cream
- Conscious Choice High Waist Joggers
  - Pink/checked
- Conscious Choice Tennis Skirt
  - Light blue
  - Black
- Conscious Choice MAMA Modal-blend Top
  - Dusty rose
  - Gray melange
- Conscious Choice Knee-length Down Jacket
  - Dark khaki green
- Conscious Choice Seamless Sports Top
  - Black
  - Dark beige
- Conscious Choice Rib-knit Wool-blend Cardigan
  - Light blue
  - Light beige
- Conscious Choice Denim Shirt Dress
  - Denim blue
- Conscious Choice Tie Belt Coat
  - Cream
- Conscious Choice Flare Low Jeans
  - Light denim blue
- Conscious Choice H&M+ Oversized Shacket

- o   Light blue
- Conscious Choice Scuba-look Sweatshirt
  - o   Light taupe
  - o   Light green
- Conscious Choice Super Soft Sports Leggings
  - o   Light blue
  - o   Black
  - o   Dark gray
- Conscious Choice Faux Shearling Track Jacket
  - o   Dark brown
  - o   Black
- Conscious Choice Draped Dress
  - o   Dark turquoise
  - o   Black
  - o   Cerise
- Conscious Choice Water-repellent Cape Jacket
  - o   Dark khaki green
- Conscious Choice Super High Shaping Leggings
  - o   Dark beige
- Conscious Choice Terry Hot Pants
  - o   Light pink
  - o   Orange
- Conscious Choice MAMA Smocked Blouse with Ruffle
  - o   Black
- Conscious Choice H&M+ Half-zip Sweatshirt
  - o   White/Speed Slammin'
- Conscious Choice Sweater Vest
  - o   Dark green
  - o   Light gray melange
  - o   Purple
- Conscious Choice Bike Shorts
  - o   Black
- Conscious Choice MAMA Sports Leggings
  - o   Dark plum purple
- Conscious Choice Triple-strand Necklace
  - o   Gold-colored
  - o   Silver-colored
- Conscious Choice Waffled Bathrobe
  - o   Mauve
  - o   Graphite gray
  - o   Dark gray
  - o   Light beige

- Conscious Choice Padded Triangle Bikini Top
  - Khaki green
  - Black
- Conscious Choice Turtleneck Sweater
  - Cream/black striped
- Conscious Choice MAMA Utility Shirt
  - Beige
- Conscious Choice Fluffy Sweater
  - Red
- Conscious Choice Faux Shearling Jacket
  - Light blue
  - Cream
- Conscious Choice Seamless Leggings
  - Orange
  - Lavender
  - Light green-beige
  - Black
- Conscious Choice Mesh Top
  - Brown/green patterned
  - Brown
- Conscious Choice Crop Vest
  - Light beige/color-block
  - Dark blue
  - Yellow
- Conscious Choic  H&M+ Short Satin Dress
  - Black
- Conscious Choice V-neck Dress
  - Black
  - Red/blue floral
- Conscious Choice Rib-knit Pants
  - Taupe
- Conscious Choice Loose High Waist Jeans
- Conscious Choice Printed Hoodie
  - White/Montréal
  - Dark green/Athlétique
  - Dark blue/Chamonix
  - Dark gray/AE&U
- Conscious Choice Water-repellent Ski Pants
  - Black
  - White
- Conscious Choice Rib-knit Dress
  - Light beige melange

71

- o Black
- Conscious Choice Pleated Skirt
  - o Black
- Conscious Choice Half-zip Sweatshirt
  - o Black
- Conscious Choice

MAMA Cotton Nursing Dress
  - o Black
- Conscious Choice Hooded Rain Cape
  - o Khaki green
  - o Black
  - o Light beige
- Conscious Choice V-neck Tank Top
  - o Light beige
  - o Black
  - o Cream
- Conscious Choice H&M+ Wide High Jeans
  - o Dark gray
  - o Denim blue
- Conscious Choice Hooded Velour Crop Jacket
  - o Cream
  - o Navy blue
  - o Light blue
  - o Light yellow
- Conscious Choice Cotton Jersey Crop Top
  - o Light pink
  - o White
- Conscious Choice Wide-cut Blouse
  - o Cream
  - o Black
  - o Brown/jaguar-patterned
  - o Mint green
- Conscious Choice Fleece Hoodie
  - o Dark taupe
  - o Black
  - o Light beige
  - o Light purple
- Conscious Choice Satin Wrap-front Dress
  - o Black
- Conscious Choice Jacquard-knit Sweater
  - o Black/Coca-Cola
- Conscious Choice MAMA Tie-belt Satin Shirt

- o Black
- Conscious Choice Triple-strand Necklace
  - o Silver-colored
  - o Gold-colored
- Conscious Choice Faux Shearling Vest
  - o Cream
- Conscious Choice Seamless Sports Bralette
  - o Black
- Conscious Choice H&M+ Patterned Wrap Dress
  - o Pink/small flowers
- Conscious Choice Oversized Faux Shearling Jacket
  - o Cream/beige
- Conscious Choice Bootcut High Waist Jeans
  - o Black
  - o Denim blue
- Conscious Choice H&M+ Printed Sweatshirt
  - o White/Saint Moritz
- Conscious Choice H&M+ Printed Sweatshirt
  - o White/Grateful Dead
- Conscious Choice Shirt Jacket
  - o Cream
  - o Light blue
  - o Light pink
  - o Khaki green
- Conscious Choice Printed Sweatshirt
  - o Gray melange/Mickey Mouse
- Conscious Choice Sleeveless Shirt Jacket
  - o Beige
  - o Cream
  - o Light blue
- Conscious Choice Tie Belt Shirt Dress
  - o Light sage green
  - o Black
- Conscious Choice Short Twill Skirt
  - o Black
  - o Blue/plaid
  - o Yellow/argyle
  - o Black/white plaid
- Conscious Choice H&M+ Crop Sweater
  - o Dark khaki green
  - o Black
- Conscious Choice Crop Turtleneck Sweater

- o Gray melange
- o Light beige
- o Dark pink
- Conscious Choice Flounce-collared Blouse
  - o Black/floral
- Conscious Choice High Waist Leggings
  - o Black
  - o Black
  - o Dark gray
- Conscious Choice 5-pack Rings
  - o Gold-colored/Angel
  - o Silver-colored/Babe
- Conscious Choice Crop Blazer
  - o Light beige
- Conscious Choice Crop Vest
  - o Black
  - o Bright red
- Conscious Choice Rib-knit Cardigan
  - o Dark beige
  - o Light pink
- Conscious Choice Cable-knit Sweater Vest
  - o Cream
- Conscious Choice 20-pack Rings
  - o Gold-colored
  - o Silver-colored
- Conscious Choice MAMA Sweatshirt Dress
  - o Light beige
- Conscious Choice Knit Turtleneck Dress
  - o Black
- Conscious Choice Seamless Light Support Sports Bra
  - o Light green
  - o Black
- Conscious Choice MAMA Sweatshirt
  - o Bright blue/Paris
- Conscious Choice MAMA Slit-cuff Ribbed Top
  - o Black
- Conscious Choice H&M+ Hooded Crop Jacket
  - o Light gray melange
- Conscious Choice H&M+ Crop Sweatshirt
  - o Light yellow
  - o Black
  - o White

74

- o   Dark blue
- Conscious Choice MAMA 2-pack Nursing Bras
  - o   Dark gray/black
- Conscious Choice Glittery Crop Top
  - o   Silver-colored
- Conscious Choice Jersey Cargo Pants
- Conscious Choice Fast-drying Track Pants
  - o   Orange
  - o   Neon green
- Conscious Choice Sweatshirt
  - o   Light blue
  - o   White/Paris
  - o   Blue/Mon Chérie Paris
  - o   Light gray melange/New York
- Conscious Choice Cotton Jersey Crop Top
  - o   White
  - o   Light pink
- Conscious Choice Crêped Slip-style Dress
  - o   White
- Conscious Choice Rib-knit Cardigan
  - o   Dark gray
  - o   Beige melange
- Conscious Choice Straight-cut Coat with Tie Belt
  - o   Cream
  - o   Black
- Conscious Choice Airy Dress
  - o   Brown/jaguar-patterned
- Conscious Choice Tie-belt Satin Dress
  - o   Dusty rose
- Conscious Choice Printed Sweatshirt
  - o   Blue/Self-Care Club
- Conscious Choice Tie-belt Cable-knit Cardigan
- Conscious Choice Creased Jersey Pants
  - o   Light taupe
  - o   Light beige
- Conscious Choice Oversized Denim Shirt
  - o   Denim blue
  - o   Light denim blue
- Conscious Choice Shaping Swimsuit
  - o   Black
- Conscious Choice Turtleneck Sweater Vest
  - o   Dark beige

- o Light beige melange
- Conscious Choice Straight-cut Coat with Tie Belt
  - o Black
  - o Cream
- Conscious Choice Ribbed Turtleneck Sweater
  - o Beige
  - o Red
  - o Light purple
  - o Cream
- Conscious Choice Cotton Jersey Crop Top
  - o White
  - o Light pink
- Conscious Choice Cable-knit Sweater
- Conscious Choice Scuba-look Joggers
  - o Light taupe
  - o Light green
- Conscious Choice Seamless Top
  - o Black
  - o Lavender
  - o Beige
  - o Orange
- Conscious Choice Waffled Bathrobe
  - o Charcoal gray
  - o Graphite gray
  - o Dark gray
  - o Light beige
- Conscious Choice Cable-knit Dress
  - o White
- Conscious Choice Satin Blouse
  - o Dusty rose
- Conscious Choice V-neck Peplum Blouse
  - o Black
  - o Brown/jaguar-patterned
- Conscious Choice Wide-leg Pants
  - o Black
- Conscious Choice Hooded Crop Sweatshirt Jacket
  - o Green
  - o Dark brown
  - o Light blue
  - o Orange
- Conscious Choice Crop Turtleneck Sweater
  - o Light beige

- o Gray melange
- o Dark pink
- Conscious Choice H&M+ Loose Straight High Jeans
- Conscious Choice
MAMA Flounce-trimmed Nursing Dress
  - o Black/dotted
- Conscious Choice MAMA Ribbed Dress
  - o Gray melange
- Conscious Choice Fluffy-knit Sweater
  - o Light beige
- Conscious Choice High Waist Leggings
  - o Dark gray
  - o Black
  - o Black
- Conscious Choice Printed Hoodie
  - o Dark gray/Grateful Dead
- Conscious Choice Oversized Fleece Top
  - o White
- Conscious Choice Sweater Vest
  - o Purple
  - o Light gray melange
  - o Dark green
- Conscious Choice Half-zip Sweatshirt Dress
  - o Black
- Conscious Choice Dress with Rhinestone Belt
  - o Powder pink
- Conscious Choice V-neck Dress
  - o Red/blue floral
  - o Black
- Conscious Choice Oversized Sweatshirt
  - o Light apricot
- Conscious Choice MAMA Ribbed Dress
  - o Red
  - o Black
- Conscious Choice MAMA Ribbed Nursing Top
  - o Light beige melange
  - o Light purple
- Conscious Choice Seamless Sports Bike Shorts
  - o Black
- Conscious Choice Hooded Jacket
  - o Light gray melange
- Conscious Choice Ribbed Jersey T-shirt

- o Light blue
- o Black
- o Light gray
- o Beige
- Conscious Choice Rhinestone-button Knit Cardigan
  - o Black
  - o White
  - o Light beige
  - o Dark gray melange
- Conscious Choice Hooded Puffer Jacket
  - o Bright blue
  - o Black
  - o White
  - o Red
- Conscious Choice Appliquéd Sweater
  - o Light beige/patterned
- Conscious Choice V-neck Sweater
  - o Beige melange
  - o Light blue
- Conscious Choice Crop Sweatshirt
  - o Light gray melange/Sacramento
  - o Dark brown/National Athletics
  - o Dark blue/A
  - o Yellow
- Conscious Choice Rib-knit Tunic
  - o Taupe
- Conscious Choice THERMOLITE® Padded Jacket
  - o Light blue
  - o Black
- Conscious Choice Seamless Leggings
  - o Light beige
- Conscious Choice Turtleneck Sweater
  - o Light beige melange
- Conscious Choice Knit Sweater
  - o Light yellow
- Conscious Choice H&M+ True To You Skinny High Jeans
  - o Light denim blue
  - o Black
  - o Light denim blue
  - o Dark gray
- Conscious Choice Ribbed Cotton Jersey Romper
  - o Dusty rose

78

- Conscious Choice Straight High Ankle Jeans
  - Light denim blue
  - White
  - Dark denim blue
- Conscious Choice Seamless Leggings
  - Light green-beige
  - Lavender
  - Black
  - Beige
- Conscious Choice Knit Dress
- Conscious Choice Rib-knit Pants
- Conscious Choice H&M+ Tie Belt Shirt Dress
  - Red
  - Black
- Conscious Choice MAMA Fine-knit Joggers
  - Dark gray melange
- Conscious Choice Flounce-trimmed Dress
  - Red/floral
  - Light beige/floral
- Conscious Choice MAMA Knit Puff-sleeved Dress
  - Black
- Conscious Choice Turtleneck Sweater
  - Dark gray melange
  - Black
  - Beige melange
- Conscious Choice H&M+ Joggers
  - Light gray melange
- Conscious Choice MAMA Ruffle-trimmed Collared Blouse
  - White/floral
- Conscious Choice Brock Collection x H&M Pointed Mules
  - Black
  - Light denim blue
- Conscious Choice Fluffy Cardigan
  - White
- Conscious Choice MAMA Cotton Tank Top
  - Gray melange
- Conscious Choice H&M+ Patterned Dress
  - Red/blue floral
- Conscious Choice MAMA Wide-leg Satin Pants
  - Black
- Conscious Choice MAMA Rib-knit Pants
  - Light taupe

- o Light beige
- Conscious Choice Fleece Joggers
  - o Black
  - o Beige
- Conscious Choice H&M+ True To You Skinny High Jeans
  - o Light denim blue
  - o Black
  - o Dark gray
  - o Dark blue
- Conscious Choice MAMA Before & After Ribbed Leggings
  - o Brown
  - o Dark gray
- Conscious Choice Padded Vest
  - o Dark green
  - o White
  - o Orange-red
- Conscious Choice H&M+ Sporty Half-zip Top
  - o Black
- Conscious Choice Cable-knit Sweater
  - o Beige melange
  - o Light beige melange
- Conscious Choice Calf-length Skirt
  - o Powder beige
  - o Brown/jaguar-patterned
- Conscious Choice Track Pants
  - o Powder pink/white
  - o Green/white
  - o Black
- Conscious Choice Fleece Hoodie
  - o Light beige
  - o Black
  - o Dark taupe
- Conscious Choice Fleece Hoodie
  - o Natural white
  - o Black
  - o Dark taupe
  - o Light beige
- Conscious Choice Ribbed Stirrup Leggings
  - o Khaki green
- Conscious Choice MAMA Knit Sweater
  - o Light beige
- Conscious Choice Padded Microfiber Bralette

80

- o Taupe
- Conscious Choice Coat
- Conscious Choice Fine-knit Cardigan
  - o Light beige
  - o Black
  - o Light beige melange
- Conscious Choice Ribbed Pajamas
  - o Dark gray melange
  - o Turquoise
- Conscious Choice MAMA Fine-knit Sweater
  - o Cream
  - o Bright red
- Conscious Choice Ribbed Biker Shorts
  - o Black
  - o Taupe
- Conscious Choice Sleeveless Shirt Jacket
  - o Light blue
  - o Beige
  - o Cream
- Conscious Choice H&M+ Twill Shirt Jacket
  - o Black/plaid
- Conscious Choice Half-zip Sweatshirt
  - o White/Speed Slammin'

Velour Joggers Light blue
  - o Navy blue
  - o Cream
  - o Light yellow
- Conscious Choice Brazilian Bikini Bottoms
  - o White
- Conscious Choice Wide-sleeved Dress
  - o Black
  - o Brown/jaguar-patterned
- Conscious Choice Rib-knit Dress
  - o Dusty rose
  - o Black
- Conscious Choice Hooded Rain Cape
  - o Light beige
  - o Black
  - o Khaki green
- Conscious Choice Crop Sweatshirt
  - o Black
  - o Dark gray

- - Dark blue
  - Light yellow
- Conscious Choice V-waist Leggings
  - Light beige
  - Black
- Conscious Choice Short Sweater
  - Dark khaki green
  - Light beige melange
- Conscious Choice Cable-knit Wool-blend Joggers
  - Light pink
  - Light taupe
- Conscious Choice Crop Hoodie
  - Light yellow
  - Black
  - Red
  - Dark blue
- Conscious Choice Crop Sweatshirt
  - Dark blue/A
  - Dark brown/National Athletics
  - Light gray melange/Sacramento
  - Yellow
- Conscious Choice Fold-up Rain Cape
  - Dark brown
- Conscious Choice Color-block Faux Shearling Vest
  - Light beige/black
- Conscious Choice Rib-knit Top
  - Cream
  - Beige melange
- Conscious Choice Velour Pants
  - Beige
  - Pink
  - Brown
  - Light purple
- Conscious Choice Pleated Hairband
  - Black
- Conscious Choice Velour Hoodie
  - Light turquoise
- Conscious Choice Rib-knit Dress
  - Black
  - Dusty rose
- Conscious Choice MAMA Ribbed Top
  - Black

- Conscious Choice Padded Bikini Top
  - Black
  - Pink/orange floral
- Conscious Choice Cut-out Top
  - Black
  - Red
- Conscious Choice Crop Sweatshirt
  - Purple
  - Dark gray
  - White/Karma
  - Dark gray/skeleton
- Conscious Collection Velour Joggers
  - Light purple
  - Navy blue
  - Cream
  - Light blue
- Conscious Choice MAMA Satin Dress
  - Black/white dotted
  - Dark turquoise
- Conscious Choice Joggers
  - White/Kansas City
  - Light green/tie-dye
- Conscious Choice Fleece Hoodie
  - Black
  - Dark taupe
  - Light beige
  - Light purple
- Conscious Choice Rib-knit Crop Top
  - Light beige
- Conscious Choice Velour Joggers
  - Light turquoise
  - Dusty rose
- Conscious Choice Ribbed Pajamas
  - Light gray melange
- Conscious Choice H&M+ Straight High Ankle Jeans
  - Black
- Conscious Choice Wide-leg Pull-on Pants
  - Light blue
- Conscious Choice H&M+ Oversized Cotton T-shirt
  - Light yellow
  - White
  - Dark gray

- Conscious Choice Wide-cut Sweatpants
- Conscious Choice Satin Nightshirt Blue
- Conscious Choice Hair Claw
  - Black
- Conscious Choice Rib-knit Top
  - Light green
  - White
- Conscious Choice Rib-knit Cardigan
  - Light blue
  - Gray melange
- Conscious Choice Padded Bikini Top
  - Black
- Conscious Choice Padded Underwire Lace Bra
  - Black
  - White
  - Sage green
- Conscious Choice Rib-knit Top
  - White
  - Light green
- Conscious Choice MAMA Seamless Nursing Top
  - Taupe
  - Dark gray
- Conscious Choice Ribbed Modal-blend Leggings
  - Gray melange
- Conscious Choice Satin Crop Top
  - Silver-colored
  - Dark brown
  - Black
  - Yellow-green
- Conscious Choice 2-pack Lace Thong Briefs
  - Black
  - Sage green
- Conscious Choice Smiley® x H&M 2-pack Signet Rings
  - Green/Smiley®
- Conscious Choice MAMA Ribbed Leggings
  - Black
- Conscious Choice H&M+ Loose High Waist Jeans
  - Denim blue
  - Charcoal gray
- Conscious Choice Plaid Scarf
  - Dark gray
  - Beige

- Conscious Choice H&M+ Long Satin Wrap-front Dress
- Conscious Choice Lyocell-blend Dress
  - White/black dotted
- Conscious Choice Fitted Dress
  - Turquoise/green dotted
- Conscious Choice Rib-knit Hat
  - Dark gray
- Conscious Choice Hooded Sweatshirt Dress
  - Light yellow
  - Black
  - Light gray melange
  - Dark blue
- Conscious Choice Ribbed Modal-blend Leggings
  - Taupe melange
- Conscious Choice MAMA Support Tights 100 Denier
  - Black

Hooded Velour Crop J cket
  - Light blue
  - Navy blue
  - Cream
  - Light yellow
- Conscious Choice Seamless Leggings
  - Light gray-blue
  - Black
  - Khaki green
  - Dark taupe
- Conscious Choice Oversized Hoodie
  - Brown
  - Black
  - White
  - Dark gray
- Conscious Choice Waffled Bathrobe
  - Graphite gray
  - Dark gray
  - Light beige
  - Dusty rose
- Conscious Choice Rib-knit Cardigan
  - Dark red
  - Light purple
  - Orange-red
  - Green
- Conscious Choice MAMA Seamless Sports Leggings

- o Black
- Conscious Choice H&M+ Seamless Sports Bike Shorts
  - o Black
- Conscious Choice MAMA Seamless Sports Leggings
  - o Dark gray
- Conscious Choice Turtleneck Top
  - o Dark gray
  - o Black
  - o Dark blue
- Conscious Choice H&M+ Cotton Jersey Leggings
  - o Black
  - o Dark gray
- Conscious Choice Velour Pants
  - o Pink
  - o Beige
  - o Brown
  - o Light purple

Velour Joggers Cream
  - o Navy blue
  - o Light blue
  - o Light yellow
- Conscious Choice Turtleneck Top
  - o Black
  - o Dark gray
  - o Dark blue
- Conscious Choice Ribbed Modal-blend Tank Top
  - o Light turquoise
- Conscious Choice Knit Beret
  - o Black
  - o Cream
- Conscious Choice H&M+ Shirt Dress
  - o Pistachio green
  - o Dusty rose
  - o Light beige/leopard print
- Conscious Choice Oversized Faux Shearling Hoodie
  - o Beige
  - o Black
- Conscious Choice Seamless Running Leggings
  - o Cerise
  - o Black
- Conscious Choice Hooded Velour Crop Jacket
  - o Light purple

86

- - Navy blue
  - Cream
  - Light blue
- Conscious Choice Printed Hoodie
  - Dark blue/Chamonix
  - Dark green/Athlétique
  - White/Montréal
  - Dark gray/AE&U
- Conscious Choice Hoodie
  - Light blue
  - Dark gray/Cascade Falls
- Conscious Choice Printed Hoodie
  - Dark gray/AE&U
  - Dark green/Athlétique
  - White/Montréal
  - Dark blue/Chamonix
- Conscious Choice Long Shirt Jacket
  - Greenish-brown
- Conscious Choice H&M+ Sweatshirt Dress
  - Purple/tie-dye
  - Black/Des Sports
  - Light beige/patterned
- Conscious Choice Fine-knit Cardigan
  - Black
  - Light beige
  - Light beige melange
- Conscious Choice Viscose Turtleneck Top
  - Gray
  - Black
  - Beige
  - Light beige
- Conscious Choice MAMA Plaid Shirt
  - Bright blue/plaid
- Conscious Choice H&M+ Crop Sweatshirt
  - Dark blue
  - Black
  - White
  - Light yellow
- Conscious Choice Seamless Leggings
  - Dusty rose
  - Dark taupe
  - Black

87

- Conscious Choice Ribbed Velour Joggers
  - Khaki green
- Conscious Choice Smiley® x H&M Double-strand Necklace
  - Gold-colored/Smiley®
- Conscious Choice MAMA Balloon-sleeved Blouse
  - Light green-beige
- Conscious Choice H&M+ Loose High Waist Jeans
  - Charcoal gray
  - Denim blue

- Conscious Choice Pajama T-shirt and Pants
  - Gray
- Conscious Choice Ribbed Leggings
  - Light beige
  - Dark gray
- Conscious Choice MAMA Seamless Nursing Top
  - Dark gray
  - Taupe
- Conscious Choice Smiley® x H&M Faux Fur Laptop Case
  - Light purple/Smiley®
- Conscious Choice 10-pack Rings
  - Gold-colored
- Conscious Choice Studio Collection Mesh Hoodie Top
  - Light beige/patterned
- Conscious Choice Crop Sweatshirt
  - Dark brown/National Athletics
  - Dark blue/A
  - Light gray melange/Sacramento
  - Yellow
- Conscious Choice Fleece Turtleneck Sweater
  - Light beige
  - Black
  - Beige
- Conscious Choice Ribbed Mock Turtleneck Sweater
  - Black
- Conscious Choice Bangle
  - Silver-colored
  - Gold-colored
- Conscious Choice Hooded Sweatshirt Dress
  - Light gray melange
  - Black
  - Dark blue

- o Light yellow
- Conscious Choice Hooded Sweatshirt Dress
  - o Dark blue
  - o Black
  - o Light gray melange
  - o Light yellow
- Conscious Choice MAMA Tie Belt Tunic
  - o Black
  - o Pink/small flowers
- Conscious Choice Light Support Sports Bralette
  - o Pink
  - o Pistachio green
- Conscious Choice Cotton Jersey T-shirt
  - o Dark gray/Love
  - o Black/Original
  - o White/Smile
  - o Light blue/Smile
- Conscious Choice MAMA Track Pants
  - o Dark blue
- Conscious Choice Quilted Vest
  - o Light pink
  - o Dark khaki green
- Conscious Choice Quilted Vest
  - o Dark khaki green
  - o Light pink
- Conscious Choice Seamless Push-up Bra
  - o Black
  - o Powder pink
- Conscious Choice Turtleneck Sweater
  - o Light beige melange
- Conscious Choice Ribbed Pajamas
  - o Gray melange
- Conscious Choice Halterneck Dress with Collar
  - o Black
- Conscious Choice H&M+ Slim High Ankle Jeans
  - o Denim blue
- Conscious Choice Sports Top
  - o Black
- Conscious Choice Fleece Turtleneck Sweater
  - o Beige
  - o Black
  - o Light beige

89

- Conscious Choice Rib-knit Cardigan
  - Gray melange
  - Light blue
- Conscious Choice Seamless Running Leggings
  - Black
  - Cerise
- Conscious Choice Flounce-collared Cardigan
  - Mint green
  - Light beige
- Conscious Choice Ribbed Velour Crop Top
  - Light blue
  - Navy blue
  - Light yellow
  - Light taupe
- Conscious Choice High Waist Shorts
  - Black/leopard print
  - Light blue/purple floral
  - Light beige
- Conscious Choice 2-pack Gold-plated Anklets
  - Gold-colored
- Conscious Choice MAMA Layered Running Shorts
  - Black
- Conscious Choice Fleece Hoodie
  - Light purple
  - Black
  - Dark taupe
  - Light beige
- Conscious Choice Ribbed Velour Crop Top
  - Light taupe
  - Navy blue
  - Light yellow
  - Light blue
- Conscious Choice Printed Dog Hoodie
  - Light gray melange/Snoopy
- Conscious Choice Dotted Cotton Jersey Top
  - Apricot/dotted
- Conscious Choice H&M+ Wide-leg Sweatpants
  - Black
- Conscious Choice Ribbed Velour Crop Top
  - Navy blue
  - Light yellow
  - Light taupe

90

- o Light blue
- Conscious Choice Faux Shearling Hoodie
  - o Navy blue
- Conscious Choice 2-pack Bracelets
  - o Silver-colored
- Conscious Choice H&M+ Crop T-shirt
  - o Dark blue/white
  - o Black/white
  - o Light beige/white
- Conscious Choice H&M+ Wide High Jeans
  - o Light denim blue
- Conscious Choice Large Plastic Hair Claw
  - o Light pink
- Conscious Choice Faux Shearling Baseball Jacket
  - o Black
- Conscious Choice Cut-out Top
  - o Red
  - o Black
- Conscious Choice Tie-belt Puffer Vest
  - o Light taupe
- Conscious Choice Rib-knit Top
  - o Taupe
  - o White
- Conscious Choice Knit Turtleneck Collar
  - o Khaki green
  - o White
- Conscious Choice Fast-drying Sports Pants
  - o Black
- Conscious Choice Oversized Cotton Shirt
  - o Light blue
- Conscious Choice Tie-belt Crêped Dress
  - o Bright green
- Conscious Choice Crop Top
  - o Dusty rose
- Conscious Choice High Waist Shorts
  - o Black
- Conscious Choice Quilted Dog Jacket
  - o Black
  - o Bright red
- Conscious Choice High Waist Leggings
  - o Black
  - o Black

- o Dark gray
- Conscious Choice Plaid Scarf
  - o Beige
  - o Dark gray
- Conscious Choice Ribbed Velour Leggings
  - o Navy blue
  - o Light yellow
  - o Light taupe
  - o Light blue
- Conscious Choice H&M+ Pocket-detail Sports Leggings
  - o Black
- Conscious Choice H&M+ Slim High Split Jeans
  - o Dark denim gray
  - o Black
- Conscious Choice Cable-knit Collar
  - o White
- Conscious Choice MAMA Crinkled Dress
  - o Black
- Conscious Choice MAMA Tights 100 Denier
  - o Black
- Conscious Choice MAMA Pajama Pants
  - o Black
  - o Light gray melange
- Conscious Choice Rib-knit Leggings
  - o Light beige melange
- Conscious Choice Cotton Jersey Leggings
  - o Light green
  - o Black
- Conscious Choice Cut-out Blouse
  - o White
  - o Black
  - o Red
- Conscious Choice Calf-length Sequined Skirt
  - o White
- Conscious Choice 20-pack Rings
  - o Silver-colored
  - o Gold-colored
- Conscious Choice Crop Hoodie
  - o Red
  - o Black
  - o Light yellow
  - o Dark blue

Circular Design Story Jacquard-patterned Pants
- o Pink
- Conscious Choice Drawstring-detail Leggings
  - o Dark gray
- Conscious Choice Ribbed Velour Crop Top
  - o Light yellow
  - o Navy blue
  - o Light taupe
  - o Light blue
- Conscious Choice Quilted Overalls
  - o Black
- Conscious Choice MAMA Ribbed Pants
  - o Light beige melange
- Conscious Choice Knit Dress
  - o Light beige melange
- Conscious Choice Ribbed Velour Leggings
  - o Light taupe
  - o Navy blue
  - o Light yellow
  - o Light blue
- Conscious Choice MAMA Rib-knit Pants
  - o Light beige
  - o Light taupe
- Conscious Choice MAMA 2-pack Ribbed Tank Tops
  - o Orange/light gray melange
- Conscious Choice Cut-out Blouse
  - o Black
  - o White
  - o Red
- Conscious Choice MAMA 2-piece Nursing Set
  - o Black
- Conscious Choice H&M+ Seamless Padded Bra
  - o Black
  - o White
  - o Pink
- Conscious Choice Sports Top
  - o Blue
- Conscious Choice Smiley® x H&M - H&M+ Knit Sweater Vest
  - o Black/Smiley®
- Conscious Choice H&M+ Chiffon Dress
  - o Turquoise
- Conscious Choice Long-sleeved Tunic

93

- o Black
- Conscious Choice H&M+ High Waist Joggers
  - o Dark gray
  - o Light yellow
- Conscious Choice Netflix x H&M Varsity Jacket
  - o Dark red/Dolphins
- Conscious Choice Fleece Joggers
  - o Beige
  - o Black
- Conscious Choice Pajama Shorts
  - o Light gray
- Conscious Choice3 Pairs Hoop Earrings
  - o Silver-colored
- Conscious Choice Sports Sweatshirt
  - o Black
  - o White
- Conscious Choice THERMOLITE® Leggings
  - o Black
  - o Beige
- Conscious Choice Triangle Bikini Top
  - o Neon yellow/multicolored
- Conscious Choice Rib-knit Sweater
  - o Black
  - o Dark gray
  - o Beige melange
  - o Ice blue
- Conscious Choice H&M+ Satin Tunic
  - o Dusty rose
  - o Black
- Conscious Choice Seamless Push-up Bra
  - o Powder pink
  - o Black
- Conscious Choice Smiley® x H&M Ribbed Hat
  - o Light purple/Smiley®
  - o White/Smiley®
- Conscious Choice MAMA Crop Leggings
  - o Black
- Conscious Choice H&M+ Joggers
  - o Dark blue
  - o Red
- Conscious Choice Embroidery-detail Dog Sweatshirt
  - o White/Mickey Mouse

94

- Conscious Choice Faux Shearling Joggers
  - Black
- Conscious Choice Rhinestone-button Knit Cardigan
  - Light beige
  - Black
  - White
  - Dark gray melange
- Conscious Choice H&M+ Jacquard-knit Sweater
  - Light gray melange/Les Alpes
  - Dark blue/reindeer
- Conscious Choice Faux Shearling Sweatshirt
  - Black
- Conscious Choice H&M+ Fine-knit Sweater
  - Pigeon blue
  - Black
- Conscious Choice Seamless Jersey Top
  - Dark gray
- Conscious Choice H&M+ Padded Shacket
  - Light green-beige
- Conscious Choice Smock-detail Dress
  - Black/floral
- Conscious Choice Ribbed Top
  - White
  - Black
- Conscious Choice Sports Leggings
  - Black
- Conscious Choice Padded Bikini Top
  - Pink/orange floral
  - Black
- Conscious Choice Ribbed Bike Shorts
  - Nougat beige
  - Black
- Conscious Choice Pleated Blouse
- Conscious Choice Brazilian Bikini Bottoms
  - Black
- Conscious Choice Wide High Jeans
  - Denim blue
  - Light denim blue
- Conscious Choice Rib-knit Cardigan
- Conscious Choice Velour Handbag
  - Pink/The Powerpuff Girls
- Conscious Choice 11-pack Rings

- o Silver-colored
- o Gold-colored
- Conscious Choice Quilted Dog Jacket
  - o Bright red
  - o Black
- Conscious Choice Seamless Leggings
  - o Black/beige
- Conscious Choice 5-pack Rings
  - o Silver-colored/Babe
  - o Gold-colored/Angel
- Conscious Choice Winter Running Tights
  - o Navy blue
- Conscious Choice H&M+ Crop Sweatshirt
  - o Cream
  - o Black
- Conscious Choice Crocodile-shaped Rhinestone Ring
  - o Gold-colored
- Conscious Choice MAMA Fine-knit Sweater
  - o Bright red
  - o Cream
- Conscious Choice Rib-knit Pants
  - o Khaki green
- Conscious Choice Knit Shorts
  - o Cream
- Conscious Choice Calf-length Skirt
  - o Brown/jaguar-patterned
  - o Powder beige
- Conscious Choice 7-pack Rings
  - o Silver-colored
- Conscious Choice Crop Sweatshirt
  - o Dark gray
  - o White/Karma
  - o Purple
  - o Dark gray/skeleton
- Conscious Choice Cut-out Blouse
  - o Red
  - o White
  - o Black
- Conscious Choice MAMA Cotton Nursing Dress
  - o Black
- Conscious Choice Padded Shacket
  - o Light blue

96

- o Pink
- Conscious Choice Rib-knit Turtleneck Sweater
  - o Black
- Conscious Choice Ribbed Top
  - o Taupe
  - o Pigeon blue
- Conscious Choice Sweatshorts
  - o White/Los Angeles
  - o Dark blue
- Conscious Choice Nightshirt
  - o Light gray
- Conscious Choice Rib-knit Dress
  - o Light taupe
- Conscious Choice H&M+ Seamless Sports Leggings
  - o Black
- Conscious Choice Crop Sweatshirt
  - o Dark yellow
- Conscious Choice Rib-knit Dress
- Conscious Choice Faux Fur Slippers
  - o Black
  - o Gray
- Conscious Choice Circular Design Story Draped Mini Skirt
  - o White
- Conscious Choice THERMOLITE® Half-zip Top
  - o Black
  - o Beige
- Conscious Choice H&M+ Flared High Jeans
  - o Dark gray
- Conscious Choice H&M+ Cotton Jersey Leggings
  - o Dark gray
  - o Black
- Conscious Choice Jacquard-weave Wrap Dress
  - o Cream/patterned
- Conscious Choice Sweatshirt Dress
  - o Light taupe
  - o Black
  - o White
- Conscious Choice Knit Beret
  - o Cream
  - o Black
- Conscious Choice Double-strand Necklace
  - o Gold-colored/multicolored

- Conscious Choice Crop Sweatshirt
  - Yellow
  - Dark brown/National Athletics
  - Dark blue/A
  - Light gray melange/Sacramento
- Conscious Choice 9-pack Rings
  - Gold-colored
- Conscious Choice Ribbed Bike Shorts
  - Black
  - Nougat beige
- Conscious Choice Cable-knit Cardigan
  - Light sage green
- Conscious Choice Ribbed Velour Leggings
  - Light blue
  - Navy blue
  - Light yellow
  - Light taupe
- Conscious Choice Ring
  - Gold-colored
- Conscious Choice No Fear x H&M Long-sleeved Crop Top
  - Black/No Fear
  - Green/No Fear
- Conscious Choice H&M+ Crease-front Leggings
  - Black
- Conscious Choice MAMA Knit Pants
  - Light gray melange
- Conscious Choice Smocked Top
  - Black
  - Cream
- Conscious Choice Boxy Sports Top
  - Orange
  - White
- Conscious Choice MAMA Track Jacket
  - Dark blue
- Conscious Choice MAMA Sweater
  - White/patterned
- Conscious Choice Hooded Velour Crop Jacket
  - Light yellow
  - Navy blue
  - Cream
  - Light blue
- Conscious Choice Padded Underwire Lace Bra

- o White
- o Black
- o Sage green
- Conscious Choice Sports Sweatshirt
  - o White
  - o Black
- Conscious Choice Ribbed Dress
  - o Light yellow
- Conscious Choice 90s Baggy Regular Jeans
  - o Light denim blue
- Conscious Choice Ribbed Velour Crop Top
  - o Light purple
  - o Navy blue
  - o Light yellow
  - o Light taupe
- Conscious Choice MAMA Support Tights 40 Denier
  - o Black
- Conscious Choice THERMOLITE® Leggings
  - o Beige
  - o Black
- Conscious Joice Recycled denim Loose Straight High Jeans
  - o Denim blue
- Conscious Choice Quilted Dog Jacket
  - o Light taupe
  - o Black
- Conscious Choice Knit Wrist Warmers
  - o Gray
- Conscious Choice Smiley® x H&M Fleece Bucket Hat
  - o Purple/Smiley®
- Conscious Choice No Fear x H&M Long-sleeved Crop Top
  - o Green/No Fear
  - o Black/No Fear
- Conscious Choice MAMA Modal-blend Top
  - o Gray melange
  - o Dusty rose
- Conscious Choice Smiley® x H&M - H&M+ Oversized Faux Fur Jacket
  - o Purple/Smiley®
- Conscious Choice Bikini Bottoms
  - o Bright red
- Conscious Choice Boxy Sports Top
  - o White
  - o Orange

- Conscious Choice Seamless Sports Top
  - Dark beige
  - Black
- Conscious Choice Low-cut T-shirt
  - White
- Conscious Choice Crop Sweatshirt
  - Light gray-blue
  - Light beige
- Conscious Choice Quilted Dog Jacket
  - Black
  - Light taupe
- Conscious Choice Fine-knit Cardigan
  - Light beige melange
  - Light beige
  - Black
- Conscious Choice Cable-knit Dress
  - Light beige melange
- Conscious Choice Cable-knit Shorts
  - Light beige
- Conscious Choice Satin Nightshirt
  - Blue/dotted
- Conscious Choice Rib-knit Half-zip Sweater
  - Light beige melange
- Conscious Choice Cable-knit Shorts
  - Light sage green
- Conscious Choice Wide High Ankle Jeans
  - Pale denim blue
- Conscious Choice 2-pack Cotton Jersey Leggings
  - Light yellow/beige
- Conscious Choice Knit Dress
- Conscious Choice Padded Bandeau Bikini Top
  - Rust brown
- Conscious Choice Bikini Bottoms
  - Navy blue
- Conscious Choice Turtleneck Top
  - Light taupe
- Conscious Choice Jacquard-knit Dog Sweater
  - White/Cortina Ski
- Conscious Choice Ribbed Velour Leggings
  - Purple
  - Navy blue
  - Light yellow

- o   Light taupe
- Conscious Choice Collared Knit Dress
  - o   Gray melange
- Conscious Choice Ribbed Tube Scarf
  - o   Orange
  - o   Light purple
- Conscious Choice MAMA Seamless Belly Band
  - o   White
- Conscious Choice Viscose Turtleneck Top
  - o   Beige
  - o   Black
  - o   Light beige
  - o   Gray
- Conscious Choice H&M+ Satin Shirt
  - o   Bright red
- Conscious Choice H&M+ Cotton Jersey T-shirt
  - o   White
  - o   Black/Original
  - o   Khaki green
- Conscious Choice Velour Joggers
  - o   Light yellow
  - o   Navy blue
  - o   Cream
  - o   Light blue
- Conscious Choice No Fear x H&M Jersey Crop Top
  - o   White/No Fear
  - o   Green/No Fear
- Conscious Choice Faux Fur Slippers
  - o   Gray
  - o   Black
- Conscious Choice H&M+ Hoodie
  - o   Light pink/Smile
  - o   Black
  - o   Gray melange/Love
  - o   Light gray melange
- Conscious Choice Knit Turtleneck Collar
  - o   White
  - o   Khaki green

Smiley® x H&M - H&M+ Short Puffer Jacket
  - o   Black/Smiley®
- Conscious Choice MAMA Turtleneck Nursing Top
  - o   Black

101

- Conscious Choice 2-pack Rib-knit Hats
  - Light blue/brown
  - Light purple/cream
- Conscious Choice Padded Bikini Top
  - Black
  - Pink
- Conscious Choice Oversized Sports Top
- Conscious Choice Twill Shirt Jacket Dark gray
- Conscious Choice Knit Pants
  - Turquoise
- Conscious Choice Knit Dress
- Conscious Choice MAMA Jacquard-knit Sweater
  - Light pink/patterned
  - Black/patterned
- Conscious Choice H&M+ Cotton Jersey T-shirt
  - Black/Original
  - White
  - Khaki green
- Conscious Choice H&M+ Patterned Wrap Dress
  - Black/hearts
- Conscious Choice H&M+ Seamless Padded Bra
  - Pink
  - Black
  - White
- Conscious Choice One-shoulder Swimsuit
- Conscious Choice H&M+ Knit Pants
  - Dark gray melange
- Conscious Choice H&M+ Crop Sweatshirt
  - Dark blue
  - Dark brown/National Athletics
- Conscious Choice Loose High Cargo Jeans
- Conscious Choice H&M+ Slit-hem Hoodie
  - Dark blue/Colorado
- Conscious Choice Ribbed Velour Leggings
  - Light yellow
  - Navy blue
  - Light taupe
  - Light blue
- Conscious Choice H&M+ 2-pack T-shirts
  - White
  - Black
- Conscious Choice 2-pack Necklaces

- o Silver-colored
- Conscious Choice MAMA 2-pack Nursing Bras
  - o Powder beige/dark gray
  - o Black/gray melange
- Conscious Choice H&M+ 7-pack Cotton Thong Briefs
  - o Light pink/days of the week
- Conscious Choice Jersey Dress
  - o Cream
- Conscious Choice Crease-front Leggings
  - o Black
  - o Dark gray
  - o Dark green
- Conscious Choice Hair Claw
  - o Light pink/patterned
- Conscious Choice Faux Shearling Sweatshirt
  - o Beige
- Conscious Choice Mesh Shirt
  - o Black/yellow plaid
- Conscious Choice Jacquard-knit Sweater
  - o Pink/snowflakes
  - o Cream/Let it Snow
- Conscious Choice 2-pack Rib-knit Hats
  - o Light purple/cream
  - o Light blue/brown
- Conscious Choice H&M+ Straight High Ankle Jeans
  - o Dark denim blue
- Conscious Choice Printed Sweatshirt
  - o Dark blue
  - o White/Illuminate
- Conscious Choice Shaping High Jeans
  - o Dark denim blue/washed
  - o Black/No fade black
  - o Light denim blue
  - o Denim blue
- Conscious Choice H&M+ Crop Sweatshirt
  - o Black
  - o Cream
- Conscious Choice Crop Sweatshirt
  - o Steel blue/Wild West
- Conscious Choice Denim Mini Skirt
  - o Denim blue/floral
- Conscious Choice Sports Tank Top

103

- o   Black
- Conscious Choice Sleeveless Sweatshirt
    - o   Gray melange
    - o   Black
    - o   Taupe
- Conscious Choice H&M+ Faux Shearling Jacket
    - o   Light beige
- Conscious Choice MAMA Patterned Cotton Shirt
    - o   Light pink/floral
- Conscious Choice 2-pack Lace Thong Briefs
    - o   Sage green
    - o   Black
- Conscious Choice H&M+ Slit-detail Leggings
    - o   Black
- Conscious Choice Hand Chain and Rings
    - o   Silver-colored
- Conscious Choice Knit Dress
    - o   Black
- Conscious Choice THERMOLITE® Padded Jacket
    - o   Black
    - o   Light blue
- Conscious Choice H&M+ Smocked bodycon dress
    - o   Pink
- Conscious Choice H&M+ Flared Low Waist Jeans
    - o   Light denim blue
- Conscious Choice Padded Underwire Lace Bra
    - o   Sage green
    - o   Black
    - o   White
- Conscious Choice Double-strand Pendant Necklace
- Conscious Choice V-neck Bodysuit
    - o   Black
- Conscious Choice H&M+ Hoodie
    - o   Gray melange/Love
    - o   Black
    - o   Light gray melange
    - o   Light pink/Smile
- Conscious Choice Cotton Pajama Shorts
    - o   Turquoise/leopard print
- Conscious Choice Smiley® x H&M Printed Fabric Belt
    - o   Black/Smiley®
- Conscious Choice Knit Cashmere-blend Pants

- o Dark gray melange
- Conscious Choice H&M+ Draped Dress
  - o Black
- Conscious Choice Faux Shearling Hoodie
  - o Cream
- Conscious Choice Appliquéd Knit Dress
  - o Black/patterned
- Conscious Choice MAMA Jacquard-knit Sweater
  - o Black/patterned
  - o Light pink/patterned
- Conscious Choice Brazilian Bikini Bottoms
  - o Pink/orange floral
- Conscious Choice Knit Tank Top
  - o Black
- Conscious Choice Metal Hair Claw Gold-colored
- Conscious Choice Smocked Top
  - o Cream
  - o Black
- Conscious Choice Double-strand Necklace
  - o Silver-colored
- Conscious Choice Ribbed Shorts
  - o Taupe
- Conscious Choice MAMA Cotton-blend Pajamas
  - o Light gray/black
- Conscious Choice H&M+ 2-pack Sports Bras
- Conscious Choice 11-pack Rings
  - o Gold-colored
  - o Silver-colored
- Conscious Choice Seamless Pointelle Jersey Top
  - o Dusty rose
- Conscious Choice Ribbed Leggings
  - o Black
  - o Light beige melange
- Conscious Choice D-ring Belt
  - o Black/patterned
- Conscious Choice MAMA Ribbed Dress
  - o Beige
- Conscious Choice Satin Pajama Shirt
  - o Pigeon blue
- Conscious Choice Knit Pants
  - o Light beige melange
- Conscious Choice 2 Pairs Chenille Socks

105

- o Black/white
- Conscious Choice Metal Hair Claw
  - o Gold-colored
- Conscious Choice Knit Headband
  - o Dark gray
- Conscious Choice Padded Bra
  - o White
  - o Dark khaki green
  - o Powder pink
- Conscious Choice Cable-knit Cardigan
  - o Light beige melange
- Conscious Choice Rib-knit Shorts
  - o Beige melange
- Conscious Choice Rib-knit Dress
  - o Black
  - o Light beige melange
- Conscious Choice Faux Shearling Cap
  - o Black
  - o Light purple
- Conscious Choice Double-strand Necklace
  - o Silver-colored
- Conscious Choice Open-backed Dress
  - o Black
- Conscious Choice Jacquard-knit Wrist Warmers
  - o White
- Conscious Choice High Leg Swimsuit
  - o Black
- Conscious Choice V-neck Tank Top
  - o Cream
  - o Black
  - o Light beige
- Conscious Choice 6-pack Rings
  - o Silver-colored
- Conscious Choice Ribbed Tube Scarf
  - o Light purple
  - o Orange
- Conscious Choice 3-pack Thong Briefs
  - o Black
- Conscious Choice Padded Bikini Top
  - o Navy blue
- Conscious Choice V-neck Tank Top
  - o Black

- o   Cream
- o   Light beige
- Conscious Choice Puffer Jacket
  - o   Light brown
  - o   Black
- Conscious Choice H&M+ Joggers
  - o   Light gray melange
- Conscious Choice H&M+ Seamless Padded Bra
  - o   White
  - o   Black
  - o   Pink
- Conscious Choice 2-pack Best Friends Necklaces
  - o   Gold-colored/Best Friends
- Conscious Choice No Fear x H&M Jersey Crop Top
  - o   Green/No Fear
  - o   White/No Fear
- Conscious Choice Long-sleeved Top
  - o   White
  - o   Black
- Conscious Choice MAMA Pajama Pants
  - o   Light gray melange
  - o   Black
- Conscious Choice Rib-knit Sweater
  - o   Light taupe
- Conscious Choice Padded Bra
  - o   Dark khaki green
  - o   White
  - o   Powder pink
- Conscious Choice Warm-lined Slippers
  - o   Beige-pink
  - o   Gray
- Conscious Choice Smiley® x H&M Ribbed Hat
  - o   White/Smiley®
  - o   Light purple/Smiley®
- Conscious Choice Half-zip Faux Shearling Collar
  - o   Cream
  - o   Dark beige
- Conscious Choice Ribbed Stirrup Leggings
  - o   Cream
- Conscious Choice Fine-knit Cardigan
  - o   Light blue
- Conscious Choice Mom Loose Fit Ultra High Jeans

- o White
- o Black
- o Denim blue
- o Light denim blue
- Conscious Choice H&M+ V-neck Cardigan
  - o Mint green
- Conscious Choice H&M+ Wide-leg Sweatpants
  - o Black
- Conscious Choice Half-zip Faux Shearling Collar
  - o Dark beige
  - o Cream
- Conscious Choice Recycled denim H&M+ Oversized Denim Jacket
  - o Denim blue
  - o Black
- Conscious Choice H&M+ High Waist Sports Leggings
  - o Black
- Conscious Choice Sweater
  - o Gray melange
  - o Light beige melange
- Conscious Choice Ribbed Modal-blend Jersey Shorts
  - o Light turquoise
- Conscious Choice Sports Unitard
- Conscious Choice Printed Bike Shorts
  - o Black/Ariana Grande
- Conscious Choice Airy Lyocell-blend Dress
  - o Light blue/patterned
- Conscious Choice Chin-strap Bucket Hat
  - o Light yellow/Coca-Cola
- Conscious Choice Faux Shearling Cap
  - o Light purple
  - o Black
- Conscious Choice Innovation Co-Exist Story Padded Recycled Nylon Pants
  - o Cream
- Conscious Choice Circular Design Story Digital-print T-shirt
  - o White/dotted
- Conscious Choice Padded Bikini Top
  - o Neon yellow
- Conscious Choice 2-pack Anklets
  - o Silver-colored
- Conscious Choice H&M+ Cotton Jersey Crop Top
  - o Black
  - o Light pink

- Conscious Choice Wide High Jeans
  - Light denim blue
  - Denim blue
- Conscious Choice H&M+ Velour Hooded Jacket
  - Light purple
- Conscious Choice Fitted Jersey Dress
  - Dark gray
  - Black
  - Light beige
- Conscious Choice Crop Hoodie
  - White/Los Angeles
  - Dark blue
- Conscious Choice H&M+ High Waist Joggers
  - Light yellow
  - Dark gray
- Conscious Choice Fine-knit Appliquéd Hat
  - Light pink/The Powerpuff Girls
- Conscious Choice Padded Triangle Bikini Top
  - Light blue
- Conscious Choice Crop Hoodie
  - Dark blue
  - White/Los Angeles
- Conscious Choice Crop Top
  - Brown
- Conscious Choice Knit Cardigan
  - Gray melange
- Conscious Choice H&M+ Hoodie
  - Light gray melange
  - Black
  - Gray melange/Love
  - Light pink/Smile
- Conscious Choice Recycled denim H&M+ 90s Baggy High Jeans
  - Denim blue
- Conscious Choice Circular Design Story Jacquard-patterned Shirt
- Conscious Choice MAMA Seamless Sports Leggings
  - Black
  - Dark plum purple
- Conscious Choice Rib-knit Hat
  - White/UCLA
  - Light gray melange/UCLA
- Conscious Choice Short Hooded Sweatshirt Jacket
  - Brown

- Conscious Choice Smiley® x H&M Handbag Accessory
  - Yellow/Smiley®
- Conscious Choice H&M+ Faux Shearling Vest
  - Cream
- Conscious Choice Bikini Bottoms
  - White
- Conscious Choice H&M+ Crop Sweatshirt
  - Dark brown/National Athletics
  - Dark blue
- Conscious Choice Jacquard-knit Sweater
  - Cream/Let it Snow
  - Pink/snowflakes
- Conscious Choice H&M+ 90s Flare Low Jeans
  - Denim blue/floral
- Conscious Choice Long-sleeved Sports Bodysuit
- Conscious Choice
Rhinestone-embellishe  Jacquard-weave Pants
  - Cream
- Conscious Choice H&M+ Half-zip Sweatshirt
  - Light pink
  - Black
  - White
- Conscious Choice Collared Knit Dress
  - Cream
- Conscious Choice Velour Bucket Hat
  - Light blue/The Powerpuff Girls
- Conscious Choice Seamless Leggings
  - Dark taupe
  - Black
  - Khaki green
  - Light gray-blue
- Conscious Choice Cotton Jersey T-shirt
  - Light khaki green/Smile
  - Black/Original
  - White/Smile
  - Light blue/Smile
- Conscious Choice 6-pack Rings
  - Gold-colored
- Conscious Choice Mom Ultra High Denim Shorts
  - Black/washed
  - Light denim blue
  - Denim blue

- Conscious Choice H&M+ Loose Straight High Jeans
  - Denim blue
- Conscious Choice MAMA Cleansing-wipe Case
  - Light gray
- Conscious Choice Seamless Pointelle Jersey Shorts
  - Dusty rose
- Conscious Choice H&M+ Hooded Crop Jacket
  - Light purple
  - Brown
- Conscious Choice Short Rhinestone Necklace
  - Gold-colored
- Conscious Choice Padded Bra
  - Powder pink
  - White
  - Dark khaki green
- Conscious Choice Beret
  - Black/The Powerpuff Girls
- Conscious Choice Ribbed Crop Top
  - Black
  - White
- Conscious Choice Wide-cut Pants
- Conscious Choice H&M+ Half-zip Sweatshirt
  - White
  - Black
  - Light pink
- Conscious Choice Oversized Jacket
- Conscious Collection Recycled denim H&M+ Oversized Denim Jacket
  - Black
  - Denim blue
- Conscious Choice Rib-knit Pants
  - Black
  - White
- Conscious Choice H&M+ Pants
  - Black
- Conscious Choice MAMA Velour Dress
  - Black
- Conscious Choice H&M+ Half-zip Sweatshirt
  - Black
  - White
  - Light pink
- Conscious Choice H&M+ Hoodie
  - Black

- o   Gray melange/Love
- o   Light gray melange
- o   Light pink/Smile
- Conscious Choice H&M+ Ruffle-trimmed Wrap Dress
  - o   Red/floral
- Conscious Choice

H&M+ Seamless Light Support Sports Bra
  - o   Black
- Conscious Choice H&M+ Slim High Split Jeans
  - o   Black
  - o   Dark denim gray
- Conscious Choice H&M+ Jacquard-knit Sweater
  - o   Dark blue/reindeer
  - o   Light gray melange/Les Alpes
- Conscious Choice Long-sleeved Top
  - o   Black
  - o   White
- Conscious Choice MAMA Ribbed Top
  - o   Black
- Conscious Choice H&M+ High Support Sports Bra
  - o   Black
- Conscious Choice Denim Crop Top
- Conscious Choice Dress
- Conscious Choice Pendant Necklace
  - o   Gold-colored
- Conscious Choice Pleated Skirt
  - o   Light pink/plaid
  - o   Black
- Conscious Choice MAMA Ribbed Nursing Top
  - o   Black
  - o   Light gray melange
- Conscious Choice Printed-motif Crop Top
  - o   Light pink/Blackpink
  - o   White/Blackpink
- Conscious Choice MAMA Ribbed Nursing Top
  - o   Light gray melange
  - o   Black
- Conscious Choice MAMA Cotton T-shirt
- Conscious Choice Rib-knit Hat
  - o   Light gray melange/UCLA
  - o   White/UCLA
- Conscious Choice Sequined Crop Top

112

- Conscious Choice Sports Tank Top
  - Black
- Conscious Choice H&M+ Hooded Crop Jacket
  - Brown
  - Light purple
- Conscious Choice MAMA Sweatshirt Dress
  - Black
- Conscious Choice Embrace Slim High Ankle Jeans
  - Light denim blue
  - Denim blue
  - Denim blue
- Conscious Choice MAMA Hooded Sweatshirt Dress
  - Dark gray
- Conscious Choice H&M+ Knit Pants
  - Dark gray melange
- Conscious Choice Knit Sweater
- Conscious Choice MAMA Wrap-front Cardigan
- Conscious Choice MAMA Nursing Top
  - Black
- Conscious Choice Short Denim Shorts
  - Charcoal gray
- Conscious Choice MAMA Fine-knit Sweater
- Conscious Choice Knit Cardigan
  - Gray melange
- Conscious Choice 25 Pairs Studs and Earrings
- Conscious Choice Oversized Puffer Jacket
  - Gray
- Conscious Choice
  - Taupe
- Conscious Choice Cable-knit Sweater
  - Cream
  - Black
- Conscious Choice MAMA Cotton-blend Joggers
  - Gray melange
- Conscious Choice Cotton Hoodie
  - Blue
- Conscious Choice Smocked Top
  - White/small flowers
- Conscious Choice Gold-plated Birthstone Ring
  - Blue/September
- Conscious Choice Rib-knit Hat
- Conscious Choice H&M+ Slim High Split Jeans

- - Dark denim gray
  - Black
- Conscious Choice Gold-plated Birthstone Ring
  - Blue/September
- Conscious Choice Gold-plated Birthstone Ring
  - Blue/September
- Conscious Choice H&M+ Rib-knit Top
- Conscious Choice H&M+ Long Cardigan
- Conscious Choice Sweater
  - Turquoise
- Conscious Choice H&M+ Long Cardigan
- Conscious Choice To All The Boys x H&M A-line Skirt
  - Black/To All the Boys
- Conscious Choice Long Vegan Leather Vest
  - Black
- Conscious Choice Knit Cardigan
  - Cream
- Conscious Choice Vintage Slim High Ankle Jeans
- Conscious Choice Pleated Skirt
  - Black
- Conscious Choice 2-pack Cotton T-shirts
  - Black/white
- Conscious Choice One-shoulder Bikini Top
- Conscious Choice MAMA Mom Loose Ankle Jeans
  - Denim blue
- Conscious Choice H&M+ Long Wrap Dress
  - Dark blue/red floral
- Conscious Choice Denim Mini Skirt
  - Denim blue/floral
- Conscious Choice H&M+ Loose Straight High Jeans
  - Denim blue
- Conscious Choice 25-pack Rings
- Conscious Choice Mom Loose-fit Ultra High Jeans
- Conscious Choice Tie-belt shacket
- Conscious Choice Padded Pet Carrier Bag
- Conscious Choice MAMA Mom Loose Ankle Jeans
  - Denim blue
- Conscious Choice 9-pack Rings
  - Gold-colored