**<u>CONSCIOUS CHOICE – Men's Products</u>**

- Conscious Choice Relaxed Fit Twill Pants
  - Dark gray
  - Dark blue
- Conscious Choice Oversized Denim Jacket
  - Black
  - White
- Conscious Choice Faux Leather Jacket
  - Black
- Conscious Choice Relaxed Fit Twill Pants
  - Dark blue
  - Dark gray
- Conscious Choice Oversized Fit Corduroy Overshirt
  - Gray/white plaid
  - Purple/tie-dye
- Conscious Choice Chunky Sneakers
  - White
  - Light beige
- Conscious Choice Quilted Shacket
  - Khaki green
  - Black
- Conscious Choice Quilted Shacket
  - Black
  - Khaki green
- Conscious Choice Relaxed Fit Twill Shirt
  - Khaki green/black
  - Red/black
  - Light beige/black
  - Light purple/black
- Conscious Choice Regular Fit Crop Joggers
  - Black
  - Khaki green
- Conscious Choice Relaxed Fit Twill Shirt
  - White/black
  - Red/black
  - Khaki green/black
  - Light beige/black
- Conscious Choice Oversized Fit Corduroy Overshirt
  - Purple/tie-dye
  - Gray/white plaid
- Conscious Choice Oversized Fit Padded Shacket
  - Blue/plaid
- Conscious Choice Teddy-bear Cargo Vest
  - Cream
  - Black

1

Exhibit B

- Conscious Choice Faux Suede Shacket
  - Cream
- Conscious Choice Regular Fit Water-repellent Running Jacket
  - Khaki green/color-block
  - Black
- Conscious Choice Oversized Denim Jacket
  - White
  - Black
- Conscious Choice Teddy-bear Cargo Vest
  - Black
  - Cream
- Conscious Choice Twill Bucket Hat
  - Cream
- Conscious Choice Relaxed Fit Printed Sports Shirt
  - White/mountaintops
  - Light beige
- Conscious Choice Regular Fit Easy-iron Shirt
  - White
  - Black
- Conscious Choice Regular Fit Easy-iron Shirt
  - White
  - Black
- Conscious Choice Skinny Jeans
  - Black
  - Denim blue
  - Light denim blue
  - Dark blue
- Conscious Choice Wool-blend Car Coat
  - Black
  - Taupe melange
  - Black/houndstooth-patterned
- Conscious Choice Water-repellent Puffer Jacket
  - Black
  - Dark khaki green
  - Dark gray
- Conscious Choice Slim Fit Cotton Chinos
  - Black
  - Dark blue
- Conscious Choice
- Conscious Choice Oversized Fit Cotton T-shirt
  - Black
  - Light gray melange
  - White
  - Light blue
- Conscious Choice Relaxed Fit Twill Overshirt
  - Black

- o White
- Conscious Choice Felted Wool-blend Shirt Jacket
  - o Black/white plaid
- Conscious Choice Oversized Fit Cotton T-shirt
  - o White
  - o Light gray melange
  - o Black
  - o Light blue
- Conscious Choice Satin Baseball Jacket
  - o Ligh beige
  - o Black
- Conscious Choice Loose Carpenter Jeans
  - o Denim blue
- Conscious Choice Wool-blend Coat
  - o Dark gray/herringbone pattern
  - o Gray melange
  - o Brown
  - o Dark gray
- Conscious Choice Regular Fit Cotton Chinos
  - o Beige
  - o Black
  - o Khaki green
  - o Dark gray
- Conscious Choice Skinny Jeans
  - o Light denim blue
  - o Black
  - o Denim blue
  - o Dark blue
- Conscious Choice Skinny Jeans
  - o Dark blue
  - o Black
  - o Denim blue
  - o Light denim blue
- Conscious Choice Derby Shoes
  - o Black
- Conscious Choice Skinny Jeans
  - o Dark blue
  - o Black
  - o Denim blue
  - o Light denim blue
- Conscious Choice
- Conscious Choice Oversized Fit Cotton hoodie
  - o Black
  - o Light gray melange
  - o White
  - o Light blue

3

- Conscious Choice Relaxed Fit Pants
  - Black
  - Beige/plaid
- Conscious Choice Corduroy Overshirt
  - Black
- Conscious Choice Wool-blend Coat
  - Brown
  - Gray melange
  - Dark gray
  - Dark gray/herringbone pattern
- Conscious Choice Skinny Cropped Jeans
  - Black
  - Light denim blue
  - Denim blue
  - Light gray
- Conscious Choice Skinny Jeans
  - Dark gray
  - Black
  - Denim blue
  - Light denim blue
- Conscious Choice Quilted Puffer Jacket
  - Gray
  - White
  - Black
- Conscious Choice Cotton Twill Overshirt
  - Cream
- Conscious Choice Slim Fit Cotton Chinos
  - Dark blue
  - Black
- Conscious Choice Regular Fit Cotton Chinos
  - Black
  - Beige
  - Khaki green
  - Dark gray
- Conscious Choice Derby Shoes
  - Gray
  - Black
  - Light beige
- Conscious Choice Skinny Jeans
  - Dark denim blue
  - Black
  - Denim blue
  - Light denim blue
- Conscious Choice Oversized Fit Cotton sweatshirt
  - Black
  - Light gray melange

- o White
- o Light blue
- Conscious Choice Wool-blend Baseball Jacket
  - o Dark beige/Aeuphorie
- Conscious Choice Relaxed Fit Overshirt
  - o Dark green
  - o Burgundy
- Conscious Choice Smiley® x H&M Embroidered Puffer Jacket
  - o Black/Smiley®
- Conscious Choice Slim Fit Blazer
  - o Blue melange
- Conscious Choice Relaxed Fit Cotton Joggers
  - o Light beige
  - o Light gray melange
  - o White
  - o Black
- Conscious Choice Relaxed Fit Cotton Joggers
  - o Light green
  - o Light gray melange
  - o White
  - o Black
- Conscious Choice Oversized Fit Cotton T-shirt
  - o Light green
  - o Light gray melange
  - o White
  - o Black
- Conscious Choice Quilted Puffer Jacket
  - o White
  - o Gray
  - o Black
- Conscious Choice Oversized Fit Cotton T-shirt
  - o Light gray melange
  - o White
  - o Black
  - o Light blue
- Conscious Choice Relaxed Fit Cotton Joggers
  - o Black
  - o Light gray melange
  - o White
  - o Light blue
- Conscious Choice Chunky Sneakers
  - o Light beige
  - o White
- Conscious Choice Skinny Cropped Jeans
  - o Light gray
  - o Light denim blue

- o Black
- o Denim blue
- Conscious Choice Relaxed Fit Cotton Joggers
  - o Light gray melange
  - o White
  - o Black
  - o Light blue
- Conscious Choice Oversized Fit Cotton T-shirt
  - o Light blue
  - o Light gray melange
  - o White
  - o Black
- Conscious Choice Satin Baseball Jacket
  - o Black
  - o Light beige
- Conscious Choice Padded Cotton Denim Jacket
  - o Denim blue
- Conscious Choice Relaxed Fit Cotton Joggers
  - o Light blue
  - o Light gray melange
  - o White
  - o Black
- Conscious Choice 5-pack Rings
  - o Silver-colored
- Conscious Choice Oversized Wool-blend Coat
  - o Dark gray
  - o Gray/plaid
- Conscious Choice Sports Shorts
  - o Black
  - o Dark gray melange
  - o Dark blue melange
- Conscious Choice Oversized Fit Cotton hoodie
  - o Light beige
  - o Light gray melange
  - o White
  - o Black
- Conscious Choice Regular Fit Twill Joggers
  - o Black
  - o Khaki green
  - o Dark beige
  - o Dark gray
- Conscious Choice Wool-blend Coat
  - o Gray melange
  - o Brown
  - o Dark gray
  - o Dark gray/herringbone pattern

6

- Conscious Choice Denim Overshirt
  - Cream
  - Olive green
  - Light denim blue
- Conscious Choice Relaxed Fit Overshirt
  - Burgundy
  - Dark green
- Conscious Choice Regular Fit Cargo Pants
  - Black
  - Dark gray
- Conscious Choice Regular Fit Cotton Chinos
  - Dark gray
  - Black
  - Beige
  - Khaki green
- Conscious Choice Water-repellent Puffer Jacket
  - Black
  - Navy blue
- Conscious Choice Slim Fit Sports Joggers
  - Black
  - Gray melange
  - Dark blue
- Conscious Choice Oversized Fit Cotton sweatshirt
  - Light beige
  - Light gray melange
  - White
  - Black
- Conscious Choice Slim Tapered Jeans
  - White
  - Black
  - Light blue
  - Black
- Conscious Choice Slim Tapered Jeans
  - Black
  - White
  - Light blue
  - Black
- Conscious Choice Wool-blend Jacket
  - Black
- Conscious Choice Wool-blend Car Coat
  - Taupe melange
  - Black
  - Black/houndstooth-patterned
- Conscious Choice Slim Fit Tailored Shorts
  - Black
  - Dark blue

7

- - Beige
- Conscious Choice Oversized Fit Cotton hoodie
  - Light blue
  - Light gray melange
  - White
  - Black
- Conscious Choice Oversized Fit Cotton sweatshirt
  - Light green
  - Light gray melange
  - White
  - Black
- Conscious Choice Relaxed-fit THERMOLITE® Padded Overshirt
  - Khaki green/brown plaid
- Conscious Choice Regular Fit Cotton Chinos
  - Khaki green
  - Black
  - Beige
  - Dark gray
- Conscious Choice Water-repellent Car Coat
  - Black
  - Beige
  - Light gray
- Conscious Choice Oversized Faux Shearling Jacket
  - Black
  - Light beige
- Conscious Choice Regular Fit Twill Joggers
  - Khaki green
  - Black
  - Dark beige
  - Dark gray
- Conscious Choice Oversized Fit Cotton hoodie
  - Light gray melange
  - White
  - Black
  - Light blue
- Conscious Choice Skinny Cropped Jeans
  - Light denim blue
  - Black
  - Denim blue
  - Light gray
- Conscious Choice Regular Fit Shacket
  - Dark blue/plaid
  - White/plaid
- Conscious Choice Regular Fit Felted Shirt Jacket
  - Light gray
- Conscious Choice Derby Shoes

- o Light beige
- o Black
- o Gray
- Conscious Choice Skinny Jeans
  - o Denim blue
  - o Black
  - o Denim blue
  - o Light denim blue
- Conscious Choice Slim Denim Shorts
  - o Pale denim blue
  - o Light denim blue
  - o Black
  - o Light denim blue
- Conscious Choice Regular Fit Shirt Jacket
  - o Black
  - o Beige
- Conscious Choice Relaxed Fit Corduroy Overshirt
  - o Black
  - o Beige
- Conscious Choice Sports Shorts
  - o Dark gray melange
  - o Black
  - o Dark blue melange
- Conscious Choice Wool-blend Coat
  - o Light beige
- Conscious Choice Relaxed Fit Cotton Jogger Shorts
  - o Black
  - o Light gray melange
  - o White
  - o Light blue
- Conscious Choice Relaxed Fit Pants
  - o Beige/plaid
  - o Black
- Conscious Choice Water-repellent Car Coat
  - o Black
  - o Beige
- Conscious Choice Skinny Cropped Jeans
  - o Denim blue
  - o Light denim blue
  - o Black
  - o Light gray
- Conscious Choice Wool-blend Coat
  - o Dark gray
  - o Gray melange
  - o Brown
  - o Dark gray/herringbone pattern

9

- Conscious Choice Relaxed Fit Cotton Jogger Shorts
  - Light green
  - Light gray melange
  - White
  - Black
- Conscious Choice Oversized Fit Cotton hoodie
  - Light green
  - Light gray melange
  - White
  - Black
- Conscious Choice Relaxed Fit Cotton Drawstring Pants
  - Black
  - Beige
- Conscious Choice Relaxed Fit Felted Overshirt
  - Dark turquoise
  - Brown melange
- Conscious Choice Relaxed Fit Cotton Drawstring Pants
  - Beige
  - Black
- Conscious Choice Relaxed Fit Printed T-shirt
  - White/Club de Demain
  - Turquoise/Club de Demain
- Conscious Choice Water-repellent Jacket
  - Black
  - Light gray
  - Purple
- Conscious Choice Slim Denim Shorts
  - Light denim blue
  - Pale denim blue
  - Light denim blue
  - Black
- Conscious Choice Quilted Puffer Jacket
  - Black
  - Gray
  - White
- Conscious Choice Relaxed Fit Corduroy Shirt
  - Pistachio green
- Conscious Choice Relaxed Fit Plaid Flannel Shirt
  - Red/brown
  - Light yellow/black
- Conscious Choice Small Shoulder Bag
  - Black
  - Brown
- Conscious Choice Relaxed Fit Turtleneck Sweater
  - Cream
  - Black

- o   Dark beige melange
- Conscious Choice Wool-blend Pea Coat
  - o   Black
  - o   Dark blue
- Conscious Choice Slim Tapered Jeans
  - o   Black
  - o   White
  - o   Black
  - o   Light blue
- Conscious Choice 3-pack Boxer Shorts
  - o   White
  - o   Light beige
  - o   Light green
  - o   Light gray melange
- Conscious Choice Slim Fit Slacks
  - o   Black/white plaid
  - o   Black
  - o   Gray/plaid
  - o   Gray plaid
- Conscious Choice Slim Tapered Jeans
  - o   Light blue
  - o   White
  - o   Black
  - o   Black
- Conscious Choice Regular Fit Easy-iron Shirt
  - o   Black
  - o   White
- Conscious Choice Knit Cardigan with Embroidery
  - o   Dark green
- Conscious Choice Wool-blend Jacket
  - o   Brown/beige plaid
  - o   Beige
  - o   Navy blue
- Conscious Choice Relaxed Fit Cotton Jogger Shorts
  - o   Light beige
  - o   Light gray melange
  - o   White
  - o   Black
- Conscious Choice Relaxed Fit Cotton Jogger Shorts
  - o   Light blue
  - o   Light gray melange
  - o   White
  - o   Black
- Conscious Choice Slim Fit Slacks
  - o   Steel blue
  - o   Black

- o Gray/plaid
- o Gray plaid
- Conscious Choice Oversized Fit Cotton sweatshirt
  - o Light gray melange
  - o White
  - o Black
  - o Light blue
- Conscious Choice Oversized Fit Cotton sweatshirt
  - o White
  - o Light gray melange
  - o Black
  - o Light blue
- Conscious Choice Oversized Fit Cotton sweatshirt
  - o Light blue
  - o Light gray melange
  - o White
  - o Black
- Conscious Choice Wool-blend Shacket
  - o Purple
  - o Beige
- Conscious Choice Wool-blend Funnel-collar Coat
  - o Black
  - o Light gray
  - o Beige
- Conscious Choice Relaxed Fit Twill Shirt
  - o Light beige/black
  - o Red/black
  - o Khaki green/black
  - o Light purple/black
- Conscious Choice Oversized Fit Cotton T-shirt
  - o Light beige
  - o Light gray melange
  - o White
  - o Black
- Conscious Choice Regular Fit Hoodie
  - o Black
  - o Cream
- Conscious Choice Regular Fit THERMOLITE® Faux Shearling Vest
  - o Light beige
  - o Black
  - o Turquoise
- Conscious Choice Water-repellent Puffer Jacket
  - o Light khaki green
  - o Light gray
- Conscious Choice Regular Fit Easy-iron Shirt
  - o White

12

- o Black
- Conscious Choice Regular Fit Dressy Joggers
  - o Light beige/plaid
  - o Black
  - o Gray melange
  - o Dark gray/pinstriped
- Conscious Choice Lined Denim Jacket
  - o Black
  - o Denim blue
- Conscious Choice Regular Fit Running Jacket
  - o Dark green
  - o Black
  - o Orange
  - o Navy blue
- Conscious Choice Skinny Jeans
  - o Denim blue
  - o Black
  - o Light denim blue
  - o Dark blue
- Conscious Choice Sunglasses
  - o Black
  - o Brown
- Conscious Choice Regular Fit Twill Joggers
  - o Dark gray
  - o Black
  - o Khaki green
  - o Dark beige
- Conscious Choice Regular Fit Faux Shearling Jacket
  - o Light beige
  - o Black
  - o Sage green
  - o Rust brown
- Conscious Choice Oversized Fit Cotton Shirt
  - o Black
  - o Light gray melange
  - o White
  - o Light blue
- Conscious Choice Regular Fit Cargo Pants
  - o Dark gray
  - o Black
- Conscious Choice 3-pack Sports Boxer Shorts
  - o Black
  - o Navy blue
  - o Khaki green
- Conscious Choice Slim Fit Sports Joggers
  - o Gray melange

13

- Conscious Choice Lined Denim Jacket
    - Denim blue
    - Black
- Conscious Choice Wool-blend Shacket
    - Beige
    - Purple
    - Conscious Choice Regular Fit Dressy Joggers
        - Black
        - Light beige/plaid
        - Gray melange
        - Dark gray/pinstriped
- Conscious Choice Slim Fit Crop Chinos
    - Black
    - Gray
- Conscious Choice Skinny Fit Crop Slacks
    - Dark gray/plaid
    - Black
    - Light gray/striped
- Conscious Choice Denim Overshirt
    - Light denim blue
    - Olive green
    - Cream
- Conscious Choice Slim Denim Shorts
    - Denim blue
    - Pale denim blue
    - Light denim blue
    - Black
- Conscious Choice Slim Fit Tailored Shorts
    - Beige
    - Black
    - Dark blue
- Conscious Choice 5-pack Sports Socks
    - Black
    - White
- Conscious Choice Relaxed Fit Corduroy Shirt
    - Light yellow
    - Light khaki green
- Conscious Choice Relaxed Pull-on Jeans
    - Light denim blue
    - Black
- Conscious Choice Fleece-lined Shirt Jacket
    - Black
    - Dark beige
- Conscious Choice Slim Fit Sports Joggers

- o Dark blue
- o Gray melange
- o Black
- Conscious Choice Padded Overshirt
  - o Navy blue/white plaid
  - o Cream/green plaid
- Conscious Choice Water-repellent Puffer Jacket
  - o Navy blue
  - o Black
- Conscious Choice Water-repellent Car Coat
  - o Beige
  - o Black
- Conscious Choice Faux Shearling-lined Jacket
  - o Dark beige
  - o Black
- Conscious Choice Oversized Faux Shearling Jacket
  - o Light beige
  - o Black
- Conscious Choice Regular Fit Shirt Jacket
  - o Beige
  - o Black
- Conscious Choice Regular Fit Blazer
  - o Dark blue
- Conscious Choice Oversized Fit Cotton Shirt
  - o Light beige
  - o Light gray melange
  - o White
  - o Black
- Conscious Choice Relaxed Fit Track Jacket
  - o Dark blue
  - o Purple
  - o Orange
- Conscious Choice Faux Shearling-lined Bomber Jacket
  - o Black
  - o Beige
- Conscious Choice Wool-blend Jacket
  - o Beige
  - o Brown/beige plaid
  - o Navy blue
- Conscious Choice Relaxed Fit Cotton Jogger Shorts
  - o White
  - o Light gray melange
  - o Black
  - o Light blue
- Conscious Choice Relaxed Jeans

15

- o  Light denim blue
- o  Graphite gray
- Conscious Choice Water-repellent Jacket
  - o  Black
  - o  White
  - o  Black/blue
  - o  Black/beige
- Conscious Choice Cotton Denim Overshirt
  - o  Dark denim blue
- Conscious Choice 5-pack Rings
  - o  Gold-colored
  - o  Silver-colored
- Conscious Choice Derby Shoes
  - o  Black
  - o  Light beige
  - o  Gray
- Conscious Choice Sports Shorts
  - o  Dark blue melange
  - o  Black
  - o  Dark gray melange
- Conscious Choice Regular Denim Joggers
  - o  Black
  - o  Denim blue
- Conscious Choice Regular Fit Hoodie
  - o  Cream
  - o  Black
- Conscious Choice Water-repellent Car Coat
  - o  Beige
  - o  Black
  - o  Light gray
- Conscious Choice 5-pack Rings
  - o  Silver-colored
  - o  Gold-colored
- Conscious Choice Relaxed Fit Twill Shirt
  - o  Red/black
  - o  Khaki green/black
  - o  Light beige/black
  - o  Light purple/black
- Conscious Choice Water-repellent Jacket
  - o  Light gray
  - o  Black
  - o  Purple
- Conscious Choice Regular Fit Track Jacket
  - o  Beige/black
  - o  Gray melange/black
  - o  Gray melange/white

16

- Conscious Choice Relaxed Fit Joggers
  - Dark brown
  - Black
  - Light beige
- Conscious Choice Cotton twill trucker jacket
  - Blue
  - Yellow
- Conscious Choice Slim Denim Shorts
  - Black
  - Pale denim blue
  - Light denim blue
  - Light denim blue
- Conscious Choice Relaxed Fit Plaid Flannel Shirt
  - Light yellow/black
  - Red/brown
- Conscious Choice Running Shirt
  - Gray melange
  - Bright blue
- Conscious Choice Lined Faux Shearling-collared Denim Jacket
  - Light denim blue
  - Dark denim blue
- Conscious Choice Slim Denim Shorts
  - Black
  - Pale denim blue
  - Light denim blue
  - Black
- Conscious Choice Padded Outdoor Vest
  - Black
- Conscious Choice Fast-drying Sports Pants
  - Dark gray melange
  - Dark beige melange
- Conscious Choice Relaxed-fit Creased Pants
  - Beige
  - Black
- Conscious Choice Relaxed Fit Cotton Jogger Shorts
  - Light gray melange
  - White
  - Black
  - Light blue
- Conscious Choice Slim Fit Crop Chinos
  - Gray
  - Black
- Conscious Choice Regular Fit Dressy Joggers
  - Gray melange
  - Black
  - Light beige/plaid

- o   Dark gray/pinstriped
- Conscious Choice Relaxed Fit Twill Overshirt
  - o   White
  - o   Black
- Conscious Choice Regular Fit Crop Joggers
  - o   Khaki green
  - o   Black
- Conscious Choice Lightweight Quilted Jacket
  - o   Orange
  - o   Black
  - o   Dark green
- Conscious Choice Twill Jacket
  - o   Black
- Conscious Choice Patterned Resort Shirt
  - o   Red/white
  - o   Dark blue/red
- Conscious Choice Relaxed Fit Printed T-shirt
  - o   Turquoise/Club de Demain
  - o   White/Club de Demain
- Conscious Choice Cotton Canvas Jacket
  - o   Blue
- Conscious Choice Weekend Bag
  - o   Black
- Conscious Choice Slim Denim Shorts
  - o   Light denim blue
  - o   Pale denim blue
  - o   Black
  - o   Light denim blue
- Conscious Choice Wool-blend Car Coat
  - o   Black/houndstooth-patterned
  - o   Black
  - o   Taupe melange
- Conscious Choice Relaxed-fit Creased Pants
  - o   Black
  - o   Beige
- Conscious Choice Rib-knit Hat
  - o   Black
  - o   Sage green
  - o   Gray-blue
- Conscious Choice Cotton Twill Overshirt
  - o   Cream
- Conscious Choice Slim Fit Tailored Shorts
  - o   Dark blue
  - o   Black
  - o   Beige
- Conscious Choice Relaxed Fit Corduroy Overshirt

18

- o Beige
- o Black
- Conscious Choice Running Pants
  - o Black
  - o Sage green
- Conscious Choice Jacquard-knit Sweater with Motif
  - o Red
  - o Dark green
- Conscious Choice Oversized Fit Cotton hoodie
  - o White
  - o Light gray melange
  - o Black
  - o Light blue
- Conscious Choice Wool-blend Jacket
  - o Black
- Conscious Choice Sunglasses
  - o Brown
  - o Black
- Conscious Choice Relaxed Fit Turtleneck Sweater
  - o Black
  - o Cream
  - o Dark beige melange
- Conscious Choice Pull-on Cotton Twill Pants
  - o Blue
- Conscious Choice Patterned Swim Shorts
  - o Dark blue/patterned
- Conscious Choice Regular Fit Faux Shearling Jacket
  - o Dark beige
  - o Black
  - o Sage green
  - o Light beige
- Conscious Choice Relaxed Fit Felted Overshirt
  - o Brown melange
  - o Dark turquoise
- Conscious Choice 2-pack Necklaces
  - o Silver-colored
  - o Gold-colored
- Conscious Choice Regular Fit Running Jacket
  - o Black
  - o Orange
  - o Navy blue
  - o Purple
- Conscious Choice Sports Joggers
  - o Light purple
  - o Black
  - o White

19

- - Khaki green
- Conscious Choice Relaxed Fit Sports Hoodie
  - Light purple
  - Black
  - White
  - Khaki green
- Conscious Choice Windproof Cropped Fit Jacket
  - Light gray
- Conscious Choice High Tops
  - Black
- Conscious Choice Oversized Fit Cotton Shirt
  - Light blue
  - Light gray melange
  - White
  - Black
- Conscious Choice Smiley® x H&M Relaxed Jeans with Embroidery Detail
  - Light denim blue/Smiley®
- Conscious Choice Wool-blend Funnel-collar Coat
  - Beige
  - Black
  - Light gray
- Conscious Choice Running Pants
  - Sage green
  - Black
- Conscious Choice Water-repellent Jacket
  - Light beige
  - Dark turquoise
  - Black
- Conscious Choice Corduroy Overshirt
  - Cream
  - Black
- Conscious Choice Wool-blend Jacket
  - Navy blue
  - Beige
  - Brown/beige plaid
- Conscious Choice Relaxed Jeans
  - Graphite gray
  - Light denim blue
- Conscious Choice Running Shorts
  - Steel blue
- Conscious Choice Relaxed Fit Sports Shirt
  - Khaki green
  - Black
  - White
  - Light purple
- Conscious Choice Regular Denim Joggers

- o Denim blue
- o Black
- Conscious Choice 3-pack Boxer Shorts
    - o Light beige
    - o White
    - o Light green
    - o Light gray melange
- Conscious Choice Seersucker Swim Shorts
    - o Pink
- Conscious Choice Regular Fit Faux Shearling Jacket
    - o Sage green
    - o Black
    - o Light beige
    - o Rust brown
- Conscious Choice Regular Fit Pants
    - o Black
    - o Dark gray
- Conscious Choice Oversized Fit Cotton Shirt
    - o White
    - o Light gray melange
    - o Black
    - o Light blue
- Conscious Choice Wool-blend Flat Cap
    - o Dark gray/plaid
    - o Dark gray
- Conscious Choice Water-repellent Jacket
    - o Black/blue
    - o Black
    - o White
    - o Black/beige
- Conscious Choice Hybrid Skinny Regular Joggers
    - o White
    - o Light denim blue
    - o Dark gray
    - o Light denim blue
- Conscious Choice Regular Fit Dressy Joggers
    - o Dark gray/pinstriped
    - o Black
    - o Light beige/plaid
    - o Gray melange
- Conscious Choice Water-repellent Car Coat
    - o Light gray
    - o Black
    - o Beige
- Conscious Choice Felted Wool-blend Car Coat

- - o Black
- Conscious Choice Printed Dog Hoodie
  - o Light gray melange/Snoopy
- Conscious Choice Quilted Lightweight Hooded Vest
  - o Black
- Conscious Choice Slim Fit Slacks
  - o Black
  - o Gray/plaid
  - o Gray plaid
  - o Black/white plaid
- Conscious Choice 2-pack Necklaces
  - o Gold-colored
  - o Silver-colored
- Conscious Choice Relaxed Fit Corduroy Shirt
  - o Pistachio green
- Conscious Choice Water-repellent Puffer Vest
  - o Light beige
- Conscious Choice 2-pack Bracelets
  - o Gold-colored
  - o Silver-colored
- Conscious Choice Cotton twill trucker jacket
  - o Yellow
  - o Blue
- Conscious Choice Slip-on Cotton Sneakers
  - o Light blue
  - o Black
  - o Light green
- Conscious Choice Quilted Vest
  - o Black
- Conscious Choice Water-repellent Jacket
  - o Purple
  - o Black
  - o Light gray
- Conscious Choice Wool-blend Jacket
  - o Brown/checked
- Conscious Choice Relaxed Fit Track Jacket
  - o Purple
  - o Dark blue
  - o Orange
- Conscious Choice Padded Overshirt
  - o Cream/green plaid
  - o Navy blue/white plaid
- Conscious Choice Relaxed Fit Plaid Overshirt
  - o Gray/black
- Conscious Choice Regular Denim Jogger Shorts
  - o Denim blue

22

- o Light denim blue
- o Black
- Conscious Choice Regular Denim Shorts
  - o Light denim blue
  - o Light denim blue/trashed
- Conscious Choice 2-pack Rings
  - o Silver-colored/black
- Conscious Choice Relaxed Fit Faux Shearling Hooded Jacket
  - o Beige
  - o Dark gray/patterned
- Conscious Choice Rib-knit Hat
  - o Dark red
  - o Light gray melange
- Conscious Choice Hybrid Skinny Regular Joggers
  - o Light denim blue
  - o Light denim blue
  - o Dark gray
  - o White
- Conscious Choice Relaxed Fit Sweater
  - o Light turquoise
- Conscious Choice Regular Fit Cotton Joggers
  - o Beige
  - o Black
  - o White
- Conscious Choice Regular Fit Running Jacket
  - o Navy blue
  - o Black
  - o Orange
  - o Purple
- Conscious Choice Lightweight Quilted Jacket
  - o Black
  - o Dark green
  - o Orange
- Conscious Choice Regular Fit THERMOLITE® Faux Shearling Vest
  - o Black
  - o Light beige
  - o Turquoise
- Conscious Choice Slim Fit Tailored Joggers
  - o Black
  - o Dark green
- Conscious Choice Relaxed Fit Joggers
  - o Black
  - o Light beige
  - o Dark brown
- Conscious Choice Waterproof Cargo Jacket
  - o Khaki green

- Conscious Choice Slim Fit Tailored Joggers
  - Dark green
  - Black
- Conscious Choice 5-pack Sports Socks
  - White
  - Black
- Conscious Choice Relaxed Fit Twill Shirt
  - Light purple/black
  - Red/black
  - Khaki green/black
  - Light beige/black
- Conscious Choice Relaxed Fit Track Jacket
  - Orange
  - Dark blue
  - Purple
- Conscious Choice Oversized Fit Cotton Shirt
  - Light green
  - Light gray melange
  - White
  - Black
- Conscious Choice Embroidery-detail Dog Sweatshirt
  - White/Mickey Mouse
- Conscious Choice Round Eyeglasses
  - Gold-colored
- Conscious Choice Printed Dog Sweatshirt
  - Light beige/Pet Club
- Conscious Choice Cotton Bucket Hat
  - Black
  - White
  - Light green
  - Light blue
- Conscious Choice 2-pack Bracelets
  - Silver-colored
  - Gold-colored
- Conscious Choice Warm-lined Slip-on Boots
  - Black
  - Beige
- Conscious Choice 3-pack Sports Boxer Shorts
  - Khaki green
  - Black
  - Navy blue
- Conscious Choice Regular Fit Dressy Joggers
  - Dark brown melange
  - Black/pinstriped
  - Dark gray melange
- Conscious Choice Cotton Bucket Hat

- o Light beige
- o Black
- o White
- o Light green
- Conscious Choice Regular Fit Track Jacket
  - o Gray melange/black
  - o Gray melange/white
  - o Beige/black
- Conscious Choice Sterling Silver Necklace
  - o Silver-colored
- Conscious Choice Relaxed Fit Sports Shirt
  - o Black
  - o White
  - o Khaki green
  - o Light purple
- Conscious Choice Slim Tapered Jeans
  - o Dark gray
- Conscious Choice Twill Car Coat
  - o Black
- Conscious Choice Oversized Wool-blend Coat
  - o Gray/plaid
  - o Dark gray
- Conscious Choice Double-breasted Wool-blend Coat
  - o Black
- Conscious Choice Padded Windbreaker
  - o Khaki brown
  - o Black
  - o Light gray
- Conscious Choice Twill Coat
  - o Black
  - o Dark gray/narrow-striped
- Conscious Choice Water-repellent Parka
  - o Black
  - o Light beige
- Conscious Choice Relaxed Fit Cotton Joggers
  - o White
  - o Light gray melange
  - o Black
  - o Light blue
- Conscious Choice Felted Wool-blend Car Coat
  - o Black
- Conscious Choice Slip-on Cotton Sneakers
  - o Black
  - o Light green
  - o Light blue
- Conscious Choice Oversized Fit Cotton Shirt

- o Light gray melange
- o White
- o Black
- o Light blue
- Conscious Choice Water-repellent Puffer Jacket
  - o Dark khaki green
  - o Black
  - o Dark gray
- Conscious Choice Relaxed Fit Sports Hoodie
  - o Black
  - o White
  - o Khaki green
  - o Light purple
- Conscious Choice Wool-blend Pea Coat
  - o Dark blue
  - o Black
- Conscious Choice Lined Corduroy Jacket
  - o Dark beige
  - o Navy blue
  - o Light beige
- Conscious Choice Wool-blend Shirt Jacket
  - o Black/white checked
- Conscious Choice Lined Corduroy Jacket
  - o Light beige
  - o Navy blue
  - o Dark beige
- Conscious Choice Water-repellent Puffer Jacket
  - o Dark gray
  - o Black
  - o Dark khaki green
- Conscious Choice Smiley® x H&M Fleece Vest
  - o Beige/Smiley®
- Conscious Choice Water-repellent Jacket
  - o Black
  - o Light beige
  - o Dark turquoise
- Conscious Choice Padded Windbreaker
  - o Light gray
  - o Black
  - o Khaki brown
- Conscious Choice Relaxed Fit Sports Shirt
  - o Light purple
  - o Black
  - o White
  - o Khaki green

26

- Conscious Choice Smiley® x H&M Necklace Silver-colored/Smiley®
- Conscious Choice Water-repellent Puffer Jacket
  - Light gray
  - Light khaki green
- Conscious Choice Regular Fit Faux Shearling Jacket
  - Navy blue
  - Black
  - Sage green
  - Light beige
- Conscious Choice Regular Fit Fast-drying Running Shirt
  - Black
  - Dark gray
- Conscious Choice Patterned Resort Shirt
  - Dark blue/red
  - Red/white
- Conscious Choice Sports Joggers
  - Black
  - White
  - Khaki green
  - Light purple
- Conscious Choice Slim Fit Slacks
  - Gray/plaid
  - Black
  - Gray plaid
  - Black/white plaid
- Conscious Choice Relaxed Fit Joggers
  - Light beige
  - Black
  - Dark brown
- Conscious Choice Relaxed Pull-on Jeans
  - Black
  - Light denim blue
- Conscious Choice Regular Fit Unconstructed Jacket
  - Dark gray/patterned
- Conscious Choice Slim Fit Slacks
  - Gray plaid
  - Black
  - Gray/plaid
  - Black/white plaid
- Conscious Choice Relaxed Fit Fleece Shirt
  - Beige
  - Black
- Conscious Choice Relaxed Fit Twill Shirt
  - Light green/black
  - Red/black
  - Khaki green/black

27

- o Light beige/black
- Conscious Choice Padded Parka
  - o Black
- Conscious Choice Lined Faux Shearling-collared Denim Jacket
  - o Dark denim blue
  - o Light denim blue
- Conscious Choice Regular Fit V-neck Sweater
  - o Navy blue
  - o White
- Conscious Choice Padded Windbreaker
  - o Black
  - o Khaki brown
  - o Light gray
- Conscious Choice Relaxed Fit Printed Sports Shirt
  - o Light beige
  - o White/mountaintops
- Conscious Choice 3-pack Rings
  - o Silver-colored
- Conscious Choice Regular Denim Shorts
  - o Light denim blue/trashed
  - o Light denim blue
- Conscious Choice Wool-blend Flat Cap
  - o Dark gray
  - o Dark gray/plaid
- Conscious Choice Faux Shearling-lined Trucker Jacket
  - o Cream
- Conscious Choice Water-repellent Jacket
  - o Dark turquoise
  - o Light beige
  - o Black
- Conscious Choice Water-repellent Puffer Jacket
  - o Black
- Conscious Choice Faux Shearling Outdoor Jacket
  - o Khaki green/patterned
  - o White
- Conscious Choice Regular Fit Twill Shirt
  - o Beige
  - o Dark gray
- Conscious Choice Faux Shearling-lined Bomber Jacket
  - o Beige
  - o Black
- Conscious Choice Twill Coat
  - o Dark gray/narrow-striped
  - o Black
- Conscious Choice Regular Fit Short-sleeved Sports Shirt
  - o Black

- o   Beige
- o   Purple
- Conscious Choice Embroidery-detail Jersey Shorts
  - o   Dark green
  - o   Dark blue
- Conscious Choice Regular Fit Twill Joggers
  - o   Dark beige
  - o   Black
  - o   Khaki green
  - o   Dark gray
- Conscious Choice Regular Fit Pants
  - o   Dark gray
  - o   Black
- Conscious Choice Rib-knit Hat
  - o   Gray-blue
  - o   Black
  - o   Sage green
- Conscious Choice Relaxed Fit Rib-knit Sweater
  - o   Black
  - o   Green melange
- Conscious Choice 3-pack Rings
  - o   Silver-colored
  - o   Gold-colored/silver-colored
- Conscious Choice Roll-top Backpack
  - o   Black
- Conscious Choice Regular Fit Corduroy Jacket
  - o   Black
- Conscious Choice Embroidery-detail Jersey Shorts
  - o   Dark blue
  - o   Dark green
- Conscious Choice Relaxed Fit Fleece Hoodie
  - o   Cream
  - o   Light purple
- Conscious Choice Water-repellent Anorak
  - o   Cream
- Conscious Choice Cotton Bucket Hat
  - o   Light green
  - o   Black
  - o   White
  - o   Light blue
- Conscious Choice Blue Light Eyeglasses
  - o   Black
  - o   Brown/tortoiseshell-patterned
- Conscious Choice Mesh Sports Shorts
  - o   Black
  - o   Sage green

- Conscious Choice 3-pack Boxer Shorts
  - Light green
  - White
  - Light beige
  - Light gray melange
- Conscious Choice Regular Fit Fast-drying Running Shirt
  - Dark gray
  - Black
- Conscious Choice Slip-on Cotton Sneakers
  - Light green
  - Black
  - Light blue
- Conscious Choice Cotton Bucket Hat
  - White
  - Black
  - Light green
  - Light blue
- Conscious Choice 3-pack Sports Boxer Shorts
  - Navy blue
  - Black
  - Khaki green
- Conscious Choice Polarized Sunglasses
  - Gold-colored
  - Black
- Conscious Choice Sterling Silver Necklace
  - Silver-colored/sterling silver
- Conscious Choice Soft Faux Shearling Slippers
  - Light gray/Rick and Morty
  - Light green/The Mandalorian
  - Yellow/SpongeBob SquarePants
- Conscious Choice Regular Fit Dress Pants
  - Black
  - Black/herringbone-patterned
- Conscious Choice Regular Fit Fine-knit Sweater
  - Black
  - Dark green
- Conscious Choice Cap
  - Black
  - Light beige
- Conscious Choice 2-pack Rib-knit Hats
  - Gray/dark gray
  - Khaki green/black
- Conscious Choice Relaxed Fit Corduroy Shirt
  - Light yellow
  - Light khaki green
- Conscious Choice Corduroy Bucket Hat

- o Light beige
- Conscious Choice Jacquard-knit Sweater with Motif
  - o Dark green
  - o Red
- Conscious Choice Relaxed Fit Fleece Hoodie
  - o Light purple
  - o Cream
- Conscious Choice Rib-knit Hat
  - o Sage green
  - o Black
  - o Gray-blue
- Conscious Choice Tie and Handkerchief
  - o Turquoise/white dotted
- Conscious Choice Relaxed Fit Faux Shearling Jacket
  - o White/beige checked
- Conscious Choice Regular Fit Sports Shirt
  - o Black
  - o Light gray melange
- Conscious Choice 3-pack Rings
  - o Gold-colored
  - o Silver-colored
- Conscious Choice Regular Fit Dressy Joggers
  - o Dark gray melange
  - o Black/pinstriped
  - o Dark brown melange
- Conscious Choice Lined Slippers
  - o Dark beige
- Conscious Choice Knit Hat
  - o Black
  - o Gray melange
- Conscious Choice THERMOLITE® Jacket
  - o Black
- Conscious Choice Soft Faux Shearling Slippers
  - o Light green/The Mandalorian
  - o Yellow/SpongeBob SquarePants
  - o Light gray/Rick and Morty
- Conscious Choice Regular Fit Dress Pants
  - o Black/herringbone-patterned
  - o Black
- Conscious Choice Mesh Sports Shorts
  - o Black
  - o Navy blue
- Conscious Choice 3-pack Boxer Shorts
  - o Light gray melange
  - o White
  - o Light beige

- o Light green
- Conscious Choice Detachable-collar Corduroy Jacket
  - o Light beige
  - o Black
- Conscious Choice THERMOLITE® Relaxed Fit Faux Shearling Jacket
  - o Black
  - o Beige
  - o Dark turquoise
- Conscious Choice Sports Joggers
  - o Black
  - o Light gray melange
- Conscious Choice Weekend Bag
  - o Black
- Conscious Choice Regular Fit Padded Running Jacket
  - o Black
- Conscious Choice Polarized Sunglasses
  - o Black
  - o Gold-colored
- Conscious Choice 3-pack Rings
  - o Silver-colored
  - o Gold-colored
- Conscious Choice 3-pack Rings
  - o Gold-colored/silver-colored
  - o Silver-colored
- Conscious Choice Regular Fit THERMOLITE® Faux Shearling Sweater
  - o Black
  - o Light beige
  - o Blue-gray
- Conscious Choice Slim Fit Slacks
  - o Beige/plaid
  - o Black
  - o Gray/plaid
  - o Gray plaid
- Conscious Choice Relaxed Fit Fleece Shirt
  - o Black
  - o Beige
- Conscious Choice Regular Fit THERMOLITE® Faux Shearling Sweater
  - o Blue-gray
  - o Black
  - o Light beige
- Conscious Choice Small Shoulder Bag
  - o Brown
  - o Black
- Conscious Choice Faux Shearling Jacket
  - o Black
- Conscious Choice Faux Shearling Outdoor Jacket

-        o  White
-        o  Khaki green/patterned
- Conscious Choice 4 Pairs Earrings
  - o  Silver-colored
- Conscious Choice Water-repellent Jacket
  - o  Black/beige
  - o  Black
  - o  White
  - o  Black/blue
- Conscious Choice THERMOLITE® Padded Vest
  - o  Black
- Conscious Choice Warm-lined Slip-on Boots
  - o  Beige
  - o  Black
- Conscious Choice 2-pack Rib-knit Hats
  - o  Khaki green/black
  - o  Gray/dark gray
- Conscious Choice Jacquard-knit Sweater
  - o  Orange
- Conscious Choice Regular Fit Track Jacket
  - o  Gray melange/white
  - o  Gray melange/black
  - o  Beige/black
- Conscious Choice Cotton Bucket Hat
  - o  Light blue
  - o  Black
  - o  White
  - o  Light green
- Conscious Choice Regular Fit Shacket
  - o  White/plaid
  - o  Dark blue/plaid
- Conscious Choice Regular Fit Dressy Joggers
  - o  Black/pinstriped
  - o  Dark brown melange
  - o  Dark gray melange
- Conscious Choice Rib-knit Hat
  - o  Black melange
  - o  Gray
- Conscious Choice 2-pack Necklaces
  - o  Gold-colored/silver-colored
  - o  Silver-colored/black
- Conscious Choice Relaxed Fit Faux Shearling Jacket
  - o  White/beige checked
- Conscious Choice Regular Fit Faux Shearling Jacket
  - o  Rust brown

33

- o Black
- o Sage green
- o Light beige
- Conscious Choice Regular Fit V-neck Sweater
  - o White
  - o Navy blue
- Conscious Choice Relaxed Fit Wool-blend Sweater
  - o Pink/dark gray
  - o Khaki green/dark blue
  - o White/black
- Conscious Choice Sterling Silver Signet Ring
  - o Silver-colored/sterling silver
- Conscious Choice 3-pack Boxer Shorts
  - o Light blue
  - o White
  - o Light beige
  - o Light green
- Conscious Choice Side-stripe Joggers
  - o Dark green
- Conscious Choice Quilted Dog Jacket
  - o Black
  - o Bright red
- Conscious Choice Sports Joggers
  - o Light gray melange
  - o Black
- Conscious Choice Relaxed Fit Faux Shearling Hooded Jacket
  - o Dark gray/patterned
  - o Beige
- Conscious Choice Regular Fit THERMOLITE® Faux Shearling Sweater
  - o Light beige
  - o Black
  - o Blue-gray
- Conscious Choice Jersey Hat
  - o Black
- Conscious Choice Sports Joggers
  - o White
  - o Black
  - o Khaki green
  - o Light purple
- Conscious Choice Regular Fit Sports Shirt
  - o Light gray melange
  - o Black
- Conscious Choice Relaxed Fit Sports Hoodie
  - o White
  - o Black
  - o Khaki green

- - Light purple
- Conscious Choice Regular Denim Jogger Shorts
  - Black
  - Light denim blue
  - Denim blue
- Conscious Choice Water-repellent Jacket
  - White
  - Black
  - Black/blue
  - Black/beige
- Conscious Choice Relaxed Fit Turtleneck Sweater
  - Dark beige melange
  - Black
  - Cream
- Conscious Choice Regular Fit Twill Shirt
  - Dark gray
  - Beige
- Conscious Choice Regular Fit Corduroy Pants
  - Black
- Conscious Choice Slim Fit Track Pants
  - Dark gray melange
  - Beige melange
- Conscious Choice Regular Fit Cotton Joggers
  - Black
  - Beige
  - White
- Conscious Choice Quilted Dog Jacket
  - Black
  - Light taupe
- Conscious Choice Relaxed Fit Twill Shirt
  - Light yellow/black
  - Red/black
  - Khaki green/black
  - Light beige/black
- Conscious Choice Soft Faux Shearling Slippers
  - Yellow/SpongeBob SquarePants
  - Light green/The Mandalorian
  - Light gray/Rick and Morty
- Conscious Choice Cap
  - Light beige
  - Black
- Conscious Choice Regular Fit Running Jacket
  - Black/orange patterned
  - Dark gray/patterned
- Conscious Choice Sunglasses
  - Gold-colored/brown

- o   Gold-colored/black
- Conscious Choice Relaxed Fit Corduroy Shirt
  - o   Light khaki green
  - o   Light yellow
- Conscious Choice THERMOLITE® Track Jacket
  - o   Khaki brown/black
  - o   Black
- Conscious Choice Sunglasses
  - o   Gold-colored/black
  - o   Gold-colored/brown
- Conscious Choice Rib-knit Hat
  - o   Gray
  - o   Black melange
- Conscious Choice Regular Denim Jogger Shorts
  - o   Light denim blue
  - o   Denim blue
  - o   Black
- Conscious Choice Regular Fit Running Jacket
  - o   Purple
  - o   Black
  - o   Orange
  - o   Navy blue
- Conscious Choice Wool-blend Shirt Jacket
  - o   Black/white checked
- Conscious Choice Relaxed Fit Faux Shearling Jacket
  - o   Light beige
  - o   Black
- Conscious Choice Freefit® Slim Jeans
  - o   Dark denim blue
  - o   Light denim blue
  - o   Light denim blue
  - o   Denim blue
- Conscious Choice Padded Parka
  - o   Dark gray
  - o   Brown
- Conscious Choice Scarf
  - o   Dark red
- Conscious Choice Relaxed Fit Corduroy Shirt
  - o   Light yellow
  - o   Light khaki green
- Conscious Choice Regular Fit Short-sleeved Sports Shirt
  - o   Beige
  - o   Purple
  - o   Black
- Conscious Choice Regular Fit THERMOLITE® Faux Shearling Vest
  - o   Turquoise

- o Black
- o Light beige
- Conscious Choice Regular Fit THERMOLITE® Faux Shearling Vest
  - o Turquoise
  - o Black
  - o Light beige
- Conscious Choice THERMOLITE® Relaxed Fit Faux Shearling Jacket
  - o Beige
  - o Black
  - o Dark turquoise
- Conscious Choice Muscle Fit Track Jacket
  - o Black
  - o Khaki green
- Conscious Choice Relaxed Tapered Pull-on Jeans
  - o Denim blue
- Conscious Choice Necklace and Bracelet
  - o Silver-colored
- Conscious Choice Regular Fit Shirt
  - o Dark red/dotted
- Conscious Choice Blue Light Eyeglasses
  - o Brown/tortoiseshell-patterned
  - o Black
- Conscious Choice Relaxed Fit Plaid Flannel Shirt
  - o Light yellow/black
  - o Red/brown
- Conscious Choice Water-repellent Parka
  - o Light beige
  - o Black
- Conscious Choice Waterproof Shell Jacket
  - o Black
  - o Orange/dark blue
  - o Khaki green/black
- Conscious Choice Fast-drying Sports Pants
  - o Dark beige melange
  - o Dark gray melange
- Conscious Choice Running Leggings
  - o Black
- Conscious Choice Relaxed Fit Corduroy Shirt
  - o Pistachio green
- Conscious Choice Padded Parka
  - o Light gray-blue/white pattern
  - o Black/dark orange
- Conscious Choice THERMOLITE® Relaxed Fit Faux Shearling Jacket
  - o Dark turquoise
  - o Black
  - o Beige

37

- Conscious Choice Quilted Dog Jacket
  - Bright red
  - Black
- Conscious Choice Windproof Running Jacket
  - Orange
  - Bright blue
- Conscious Choice Running Shorts
  - Blue
- Conscious Choice Relaxed Fit Wool-blend Cardigan
  - Khaki beige
- Conscious Choice Sports Joggers
  - Khaki green
  - Black
  - White
  - Light purple
- Conscious Choice Quilted Dog Jacket
  - Light taupe
  - Black
- Conscious Choice Wool-blend Jacket
  - Black
- Conscious Choice Appliquéd Dog Sweater
  - Natural white/Mickey Mouse
- Conscious Choice Regular Fit Running Jacket
  - Dark gray/black
  - Burgundy/black
- Conscious Choice Patterned Scarf
  - Dark gray
- Conscious Choice Waterproof Shell Jacket
  - Orange/dark blue
  - Khaki green/black
  - Black
- Conscious Choice Relaxed Fit Water-repellent Overshirt
  - Light beige
- Conscious Choice Sunglasses
  - Black
- Conscious Choice Wallet with D-ring
  - Black
- Conscious Choice Faux Shearling-lined Slippers
  - Dark gray
  - Dark blue
- Conscious Choice Knit Hat
  - Gray melange
  - Black
- Conscious Choice 2-pack Bracelets
  - Silver-colored
- Conscious Choice Jacquard-knit Dog Sweater

- o White/Cortina Ski
- o Light beige/patterned
- Conscious Choice Side-striped Jacket
  - o Dark green
- Conscious Choice Corduroy Overshirt
  - o Black
  - o Cream
- Conscious Choice 2-pack Necklaces
  - o Silver-colored/black
  - o Gold-colored/silver-colored
- Conscious Choice Relaxed Fit Water-repellent Overshirt
  - o Light beige
- Conscious Choice Running Shirt
  - o Bright blue
  - o Gray melange
- Conscious Choice 3-pack Rings
  - o Silver-colored
- Conscious Choice Mesh Sports Shorts
  - o Sage green
  - o Black
- Conscious Choice Relaxed Fit Sports Hoodie
  - o Khaki green
  - o Black
  - o White
  - o Light purple
- Conscious Choice Lightweight Quilted Jacket
  - o Dark green
  - o Black
  - o Orange
- Conscious Choice Padded Parka
  - o Brown
  - o Dark gray
- Conscious Choice Base-layer Shirt
  - o Dark khaki green
- Conscious Choice Regular Fit Fast-drying Running Shirt
  - o Light gray melange
  - o Blue melange
- Conscious Choice Relaxed Fit Faux Shearling Jacket
  - o Black
  - o Light beige
- Conscious Choice COOLMAX® Running Tights
  - o Black
- Conscious Choice Regular Fit Fine-knit Sweater
  - o Dark green
  - o Black

- Conscious Choice Running Cap
  - Steel blue
  - Light gray
  - Black
  - Dark gray/patterned
- Conscious Choice Regular Fit Short-sleeved Sports Shirt
  - Purple
  - Beige
  - Black
- Conscious Choice Padded Overshirt
  - Navy blue/white plaid
  - Cream/green plaid
- Conscious Choice 2-pack Necklaces
  - Silver-colored
- Conscious Choice Relaxed Fit Wool-blend Sweater
  - White/black
  - Khaki green/dark blue
  - Pink/dark gray
- Conscious Choice Lined Corduroy Jacket
  - Navy blue
  - Light beige
  - Dark beige
- Conscious Choice Faux Shearling-lined Slippers
  - Dark blue
  - Dark gray
- Conscious Choice Padded Pet Carrier Bag
  - Beige/leopard print
- Conscious Choice Shoulder Bag
  - Dark khaki green
- Conscious Choice Windproof Running Jacket
  - Bright blue
  - Orange
- Conscious Choice Regular Fit Fleece Hoodie
  - Black
- Conscious Choice Windproof Running Pants
  - Black
- Conscious Choice Regular Fit Faux Shearling Jacket
  - Dark gray
  - Beige
- Conscious Choice Faux Shearling-lined Hooded Jacket
  - Black
- Conscious Choice Running Cap
  - Dark gray/patterned
  - Light gray
  - Steel blue
  - Black

40

- Conscious Choice Relaxed Fit THERMOLITE® Fleece Joggers
  - Black
- Conscious Choice THERMOLITE® Track Jacket
  - Black
  - Khaki brown/black
- Conscious Choice Regular Fit Cotton Joggers
  - White
  - Black
  - Beige
- Conscious Choice Rib-knit Hat
  - Dark blue/striped
  - Dark green/striped
- Conscious Choice Rib-knit Hat
  - Dark green/striped
  - Dark blue/striped
- Conscious Choice Relaxed Fit Fleece Joggers
  - Brown
  - Black
- Conscious Choice Running Cap
  - Black
  - Light gray
  - Steel blue
  - Dark gray/patterned
- Conscious Choice Regular Fit Softshell Jacket
  - Dark khaki green
  - Black
  - Orange
- Conscious Choice Regular Fit Running Shirt
  - Black
- Conscious Choice Relaxed Fit Faux Shearling Sweater
  - Light brown
- Conscious Choice Relaxed Fit Fleece Joggers
  - Black
  - Brown
- Conscious Choice Relaxed Fit Plaid Flannel Shirt
  - Light yellow/black
  - Red/brown
- Conscious Choice Slim Fit Track Pants
  - Beige melange
  - Dark gray melange
- Conscious Choice 3-pack COOLMAX® Sports Socks
  - White
- Conscious Choice Regular Fit Sports Tank Top
- Conscious Choice Regular Fit Running Jacket
  - Orange
  - Black

- - Navy blue
  - Purple
- Conscious Choice Running Cap
  - Light gray
  - Steel blue
  - Black
  - Dark gray/patterned
- Conscious Choice Relaxed Fit Basketball Tank
- Conscious Choice THERMOLITE® Sports Headband
  - Black
  - Dark gray melange
  - Bright blue
- Conscious Choice Regular Fit Fast-drying Running Shirt
  - Blue melange
  - Light gray melange
- Conscious Choice Fleece-lined Hat
  - Black
- Conscious Choice Twill Overshirt
  - Black
- Conscious Choice Regular Fit Running Jacket
  - Black
- Conscious Choice Mesh Sports Shorts
  - Navy blue
  - Black
- Conscious Choice Twill Overshirt
  - Black
- Conscious Choice Signet Ring
  - Silver-colored/black
- Conscious Choice COOLMAX® Running Shirt
  - White
- Conscious Choice 2-pack COOLMAX® Sports Boxers
  - Black
- Conscious Choice Pattern-knit Sweater
  - Red/Coca-Cola
  - Black/Star Wars
  - Dark green/Star Wars
- Conscious Choice Sports Shorts
  - Black
- Conscious Choice Small Shoulder Bag
  - Dark gray
- Conscious Choice Regular Fit Running Jacket
  - Black
- Conscious Choice Circular Design Story Printed Scarf
  - Red/patterned
- Conscious Choice Regular Fit Running Jacket

42

- o Dark gray/patterned
- o Black/orange patterned
- Conscious Choice Regular Fit Softshell Jacket
  - o Black
  - o Dark khaki green
  - o Orange
- Conscious Choice Regular Fit Running Jacket
  - o Burgundy/black
  - o Dark gray/black
- Conscious Choice Loose Fit Sports Tank Top
  - o Dark blue melange
- Conscious Choice Circular Design Story Printed Satin Scarf
  - o Purple/patterned
- Conscious Choice Waterproof Shell Jacket
  - o Khaki green/black
  - o Orange/dark blue
  - o Black
- Conscious Choice Skinny Fit Crop Slacks
  - o Black
  - o Light gray/striped
  - o Dark gray/plaid
- Conscious Choice Regular Fit Softshell Jacket
  - o Orange
  - o Black
  - o Dark khaki green
- Conscious Choice Relaxed Fit Overshirt
- Conscious Choice Water-repellent Puffer Jacket
  - o Black
- Conscious Choice Regular Fit Water-repellent Running Jacket
  - o Black
  - o Khaki green/color-block
- Conscious Choice Hooded Overshirt
- Conscious Choice Pattern-knit Sweater
  - o Black/Star Wars
  - o Red/Coca-Cola
  - o Dark green/Star Wars
- Conscious Choice Regular Fit Faux Shearling Jacket
  - o Beige
  - o Dark gray
- Conscious Choice Relaxed Fit Wool-blend Sweater
  - o Khaki green/dark blue
  - o White/black
  - o Pink/dark gray
- Conscious Choice THERMOLITE® Sports Headband
  - o Dark gray melange
  - o Black

- o   Bright blue
- Conscious Choice Sweater
  - o   Dark blue/Merry Christmas
  - o   Red/fireplace
  - o   Dark green
  - o   White/patterned
- Conscious Choice Muscle Fit Track Jacket
  - o   Khaki green
  - o   Black
- Conscious Choice THERMOLITE® Tube Scarf
  - o   Bright blue
- Conscious Choice Sweater
  - o   Dark green
  - o   Dark blue/Merry Christmas
  - o   Red/fireplace
  - o   White/patterned
- Conscious Choice Jacquard-knit Dog Sweater
  - o   Light beige/patterned
  - o   White/Cortina Ski
- Conscious Choice Relaxed Fit Overshirt
- Conscious Choice Fine-knit Hat
- Conscious Choice Relaxed Fit Wool-blend Overshirt
- Conscious Choice THERMOLITE® Sports Headband
  - o   Bright blue
  - o   Black
  - o   Dark gray melange
- Conscious Choice Regular Fit Flannel Shirt
  - o   Khaki green/black
- Conscious Choice Sports Shorts
  - o   Dark khaki green
- Conscious Choice Good News x H&M
Sneakers
  - o   Light beige/patterned
- Conscious Choice Redesign Denim Denim Jacket
  - o   Dark blue
- Conscious Choice Running Pants