## <u>CONSCIOUS CHOICE – Kids' Products</u>

- Conscious Choice  Relaxed Fit Jeans Light blue/tie-dye
- Conscious Choice Sibling Ruffle-trimmed Double-weave Dress
  - o   Light powder pink/snails
- Conscious Choice Swim Trunks
  - o   Navy blue/striped
- Conscious Choice Cotton Seersucker Blouse
  - o   Dark beige-pink
- Conscious Choice 3-piece Cotton Set
  - o   Navy blue/beige
  - o   Gray/race cars
  - o   Dark green/stars
  - o   Green/splatter print
- Conscious Choice Relaxed Fit Twill Pants
  - o   Gray
  - o   Light pink
  - o   Mint green
- Conscious Choice Relaxed Fit Jeans
  - o   Denim blue
  - o   Light blue
  - o   Denim blue/color-block
  - o   Light denim blue
- Conscious Choice Comfort Stretch Relaxed Fit Jeans
  - o   Light gray
  - o   Denim blue
- Conscious Choice Oversized Hoodie
  - o   White/tie-dye
- Conscious Choice 2-pack Flared Leggings
  - o   Dark beige-pink/powder pink
  - o   Dark taupe/mustard yellow
- Conscious Choice 3-pack Skinny Fit Jeans
  - o   Black/dark denim blue
  - o   Denim blue
- Conscious Choice Skirt
  - o   Dark green/floral
  - o   Black
- Conscious Choice Cotton Twill Cargo Pants
  - o   Dark beige-pink
- Conscious Choice Loose Fit Joggers
  - o   Blue
- Conscious Choice Fleece Jacket
  - o   Light beige/purple
- Conscious Choice Wide Fit Low Jeans
  - o   Dark denim blue
- Conscious Choice Fleece Jacket



- o Green/black
- Conscious Choice 2-piece Cotton Set
  - o Light green/black
  - o Khaki green/black
  - o Light purple/tie-dye
  - o Light turquoise/black
- Conscious Choice Cotton Denim Shacket
  - o Light denim blue
- Conscious Choice 2-piece Cotton Set
  - o Pink/tie-dye
  - o Khaki green/black
  - o Light purple/tie-dye
  - o Light turquoise/black
- Conscious Choice Flip-sequin Hoodie
  - o Light gray melange/dinosaur
- Conscious Choice Oversized Jersey Shirt
  - o Natural white/brick red
- Conscious Choice Loose Fit Jeans
  - o Denim blue
- Conscious Choice Slim Fit Jeans with Reinforced Knees
  - o Gray
- Conscious Choice Oversized Printed Sweatshirt
- Conscious Choice Fleece Jacket
  - o Black/tie-dye
- Conscious Choice Sweatpants
  - o Light beige/dinosaur
  - o Blue/dachshunds
  - o Light gray melange
- Conscious Choice 5-pack Skinny Fit Jeans
  - o Black/dark denim blue/gray
- Conscious Choice 2-piece Cotton Jersey Set
  - o Neon green
  - o Black
  - o Dusky green
  - o Dark gray
- Conscious Choice Ruffle-trimmed Swimsuit
  - o Light pink/glitter
- Conscious Choice Double-weave Cotton Dress
  - o Light turquoise
  - o Dark beige-pink
- Conscious Choice 7-pack T-shirts
  - o Light pink/hearts
- Conscious Choice Patterned cotton dress
  - o Mustard yellow/floral
- Conscious Choice 2-piece Cotton Set
  - o Dark beige-pink/striped

2

- Conscious Choice Patterned Flounced Swimsuit
  - Turquoise
- Conscious Choice Patterned Swimsuit
  - Neon green/unicorns
  - Light green/cheetahs
  - Light blue/striped
- Conscious Choice 2-pack Swim Shorts
  - Orange/navy blue
  - Khaki green/lime green
- Conscious Choice 2-pack Swim Shorts
  - Khaki green/lime green
  - Orange/navy blue
- Conscious Choice Double-weave Cotton Dress
  - Dark beige-pink
  - Light turquoise
- Conscious Choice Printed Swimsuit
  - Neon green/Hello Kitty
- Conscious Choice 2-piece Sequined Set
  - Dark blue/Pokémon
- Conscious Choice 2-piece Printed Set
  - Natural white/E.T.
  - Pistachio green/E.T.
- Conscious Choice Hooded Jacket
  - Light purple
  - Navy blue
  - Light pink
  - Dark red
- Conscious Choice 7-pack Jersey Leggings
  - Pink/gray melange
- Conscious Choice 2-pack Slim Fit Chinos
  - Navy blue/light beige
- Conscious Choice 3-pack Cotton Tank Tops
  - Beige-pink
- Conscious Choice 2-pack Flounced Bikinis
  - Light pink/rainbows
- Conscious Choice Hooded Bomber Jacket
  - Black
  - Khaki green
- Conscious Choice Satin Bomber Jacket
  - Light pink
- Conscious Choice 2-pack Cotton Henley Shirts
  - Brown/cream
- Conscious Choice 3-piece Cotton Set
  - Green/splatter print
  - Gray/race cars
  - Dark green/stars

- o   Navy blue/beige
- Conscious Choice Costume
  - o   Red/Spider-Man
  - o   Green/Hulk
  - o   Red/Iron Man
- Conscious Choice Jersey Culottes
  - o   Black
  - o   Light pink
- Conscious Choice Comfort Stretch Denim Joggers
  - o   Denim blue
  - o   Black
  - o   Dark denim blue
- Conscious Choice Relaxed Fit High Jeans
  - o   Light denim blue
  - o   Black
- Conscious Choice Comfort Stretch Hooded Denim Jacket
  - o   Dark gray
- Conscious Choice Hooded Bath Towel
  - o   Light pink/rabbit
  - o   White/rabbit
  - o   Brown/bear
  - o   Light gray/bear
- Conscious Choice Dolphin-detail swimsuit
  - o   Pink/dolphins
- Conscious Choice Oversized Sweatshirt Dress
  - o   Purple
  - o   Navy blue
- Conscious Choice Hooded Jacket
  - o   Light pink
  - o   Navy blue
  - o   Light pink
  - o   Dark red
- Conscious Choice Sibling 2-piece Cotton Set
  - o   Dark beige-pink/striped
- Conscious Choice 3-pack Skinny Fit Jeans
  - o   Denim blue
  - o   Black/dark denim blue
- Conscious Choice Unicorn Hobby Horse
  - o   Light beige/unicorn
- Conscious Choice 2-piece Sweatshirt Set
  - o   Dark gray
  - o   Light beige
- Conscious Choice 3-pack Cotton Henley Shirts
  - o   Light turquoise/dark gray
- Conscious Choice 2-pack Swim Trunks
  - o   Blue/sharks

4

- Conscious Choice 3-pack Jersey Dresses
  - Navy blue/dotted
- Conscious Choice Patterned Swimsuit
  - Light green/cheetahs
  - Neon green/unicorns
  - Light blue/striped
- Conscious Choice Hooded Bath Towel
  - White/rabbit
  - Light pink/rabbit
  - Brown/bear
  - Light gray/bear
- Conscious Choice 5-pack Jersey Joggers
  - Gray melange/black
  - Dark green/gray/beige
  - Bright blue/gray
  - Green/orange/blue
- Conscious Choice 2-piece Set
  - Brown
  - Black
  - Turquoise
  - Yellow
- Conscious Choice 5-pack Jersey Tops
  - Light beige/striped
  - Light yellow/light purple
- Conscious Choice 2-pack Slub Jersey Pants
  - Light turquoise/dark gray
- Conscious Choice 2-pack Sweatshirts
  - Light pink/light gray melange
- Conscious Choice 7-pack Cotton Tank Tops
  - Dark blue/red
  - Khaki green/light brown
- Conscious Choice Hooded Jacket
  - Apricot
  - Navy blue
  - Light pink
  - Dark red
- Conscious Choice Jersey Culottes
  - Light pink
  - Black
- Conscious Choice Printed Swimsuit
  - Black/Harry Potter
  - Black/MTV
- Conscious Choice Embroidered-detail Tunic
  - Light apricot/flowers
- Conscious Choice Oversized Hooded Jacket
  - Khaki green

5

- o Dusty rose
- Conscious Choice 2-piece Cotton Set
  - o Denim blue/beige
- Conscious Choice Wide Leg Jeans
  - o Denim blue
  - o Black
- Conscious Choice 7-pack Cotton Tank Tops
  - o Khaki green/light brown
  - o Dark blue/red
- Conscious Choice 4-pack Printed T-shirts
  - o Dark blue/Harry Potter
- Conscious Choice Printed Hoodie
  - o Black/NASA
  - o Brown/color-block
  - o Navy blue/Colorado
  - o Light beige/striped
- Conscious Choice Hooded Bath Towel
  - o Brown/bear
  - o White/rabbit
  - o Light pink/rabbit
  - o Light gray/bear
- Conscious Choice Patterned Swimsuit
  - o Pink/Miami
  - o Pink/zebra print
  - o Pink/tie-dye
  - o Pink/palm trees
- Conscious Choice 2-piece Cotton Jersey Set
  - o Dark gray
  - o Black
  - o Dusky green
  - o Neon green
- Conscious Choice Relaxed Fit High Ankle Jeans
  - o Denim blue
  - o Light denim blue
  - o Denim blue
- Conscious Choice 2-piece Set
  - o Black
  - o Brown
  - o Turquoise
  - o Yellow
- Conscious Choice Skirt
  - o Black
  - o Dark green/floral
- Conscious Choice Patterned Twin Duvet Cover
  - o White/checked

- Conscious Choice Suit
  - Navy blue
- Conscious Choice Patterned Twill Cap
  - Red/Spider-Man
  - Black/Batman
- Conscious Choice 2-piece Sweatshirt Set
  - Light beige/Love
  - Dusty rose/unicorns
  - Dark red
  - Navy blue
- Conscious Choice Relaxed Fit Twill Pants
  - Mint green
  - Gray
  - Light pink
- Conscious Choice 4-pack Ribbed Socks
  - Dark brown/Dark yellow
  - Turquoise/beige melange
  - Natural white/green
- Conscious Choice Patterned Swimsuit
  - Pink/tie-dye
  - Pink/zebra print
  - Pink/palm trees
  - Light purple/orca
- Conscious Choice Children's Apron and Chef's Hat
  - Light beige/rabbit
  - Brown/bear
- Conscious Choice Printed Joggers
  - Light green/Disney
- Conscious Choice Hooded Bath Towel
  - Light gray/bear
  - White/rabbit
  - Light pink/rabbit
  - Brown/bear
- Conscious Choice 3-pack Jersey Joggers
  - Light beige/hearts
  - Light gray melange/light pink
  - Brown/leopard print
  - Dark red/light pink/black
- Conscious Choice Crib Duvet Cover Set
  - White
  - Light pink
  - Light green
- Conscious Choice 2-piece Sports Set
  - Light blue
  - Black

- Conscious Choice Textured-knit Cardigan
  - Light green
  - Light gray melange/dotted
- Conscious Choice Hooded Bomber Jacket
  - Khaki green
  - Black
- Conscious Choice Denim Shirt
  - Denim blue
- Conscious Choice 2-piece Printed Set
  - Red/Spider-Man
- Conscious Choice 2-piece Sports Set
  - Light pink/Active Vibes
  - Black/leopard print
- Conscious Choice 3-pack Boxer Shorts
  - Dark beige-pink/yellow
  - Light green/snails
- Conscious Choice Relaxed Fit High Jeans
  - Black
  - Light denim blue
- Conscious Choice Relaxed Fit Jeans
  - Light denim blue
  - Light blue
  - Denim blue
  - Denim blue/color-block
- Conscious Choice 5-pack Jersey Joggers
  - Bright blue/gray
  - Dark green/gray/beige
  - Gray melange/black
  - Green/orange/blue
- Conscious Choice Comfort Stretch Denim Joggers
  - Dark denim blue
  - Denim blue
  - Black
- Conscious Choice 5-pack Jersey Joggers
  - Green/orange/blue
  - Dark green/gray/beige
  - Gray melange/black
  - Bright blue/gray
- Conscious Choice 2-piece Sports Set
  - Black/leopard print
  - Light pink/Active Vibes
- Conscious Choice 2-piece Set
  - Light green/Love
  - Light pink/black
  - Light purple/Love
  - Light khaki green/color-block

- Conscious Choice Patterned Swimsuit
  - Pink/palm trees
  - Pink/zebra print
  - Pink/tie-dye
  - Light purple/orca
- Conscious Choice 3-pack Boxer Shorts
  - Light green/snails
  - Dark beige-pink/yellow
- Conscious Choice Mini Me 2-piece Sweatshirt and Joggers Set
  - Light gray-blue
  - Pale pink
- Conscious Choice Comfort Stretch Relaxed Fit Jeans
  - Denim blue
  - Light gray
- Conscious Choice 3-pack Flare Fit Jeans
  - Light denim blue/black
  - Denim blue/light pink
- Conscious Choice Swim Shorts
  - Light green/striped
  - Dark blue/ombre
- Conscious Choice Relaxed Fit High Ankle Jeans
  - Denim blue
  - Light denim blue
  - Denim blue
- Conscious Choice Swim Shorts
  - Dark blue/ombre
  - Light green/striped
- Conscious Choice 3-pack Jersey Shirts
  - Green/beige
- Conscious Choice Patterned Cotton Cap
  - Natural white/plaid
- Conscious Choice Printed Poncho-style Towel
  - Blue/Spider-Man
- Conscious Choice Costume
  - Green/Hulk
  - Red/Spider-Man
  - Red/Iron Man
- Conscious Choice 3-pack Flare Fit Jeans
  - Denim blue/light pink
  - Light denim blue/black
- Conscious Choice Cotton Poplin Blouse
  - White
  - Light gray
- Conscious Choice Comfort Stretch Denim Joggers
  - Black
  - Denim blue

- o Dark denim blue
- Conscious Choice Ruffle-trimmed Ribbed Top
  - o Pink
  - o Natural white
  - o Light yellow
- Conscious Choice 5-pack Jersey Joggers
  - o Dark green/gray/beige
  - o Gray melange/black
  - o Bright blue/gray
  - o Green/orange/blue
- Conscious Choice 2-pack Flared Leggings
  - o Dark taupe/mustard yellow
  - o Dark beige-pink/powder pink
- Conscious Choice Mini Me Ribbed Cotton Cozy Set
  - o Light beige melange
- Conscious Choice Cotton Sweater
  - o Cream/dusty rose
- Conscious Choice Hooded Jacket
  - o Dark gray/rainbow
  - o Light gray melange/color-block
  - o Khaki green/butterflies
- Conscious Choice 5-pack Jersey Tops
  - o Light yellow/light purple
  - o Light beige/striped
- Conscious Choice Crib Duvet Cover Set
  - o Light green
  - o White
  - o Light pink
- Conscious Choice Faux Shearling Jacket
  - o Black
  - o Light beige
- Conscious Choice Denim Overalls
  - o Denim blue
  - o Light denim blue
- Conscious Choice Superstretch Skinny Fit High Ankle Jeans
  - o Light denim blue
  - o Black/washed
  - o Pale denim blue
- Conscious Choice Wall Decoration
  - o Natural white/Wild and Free
- Conscious Choice Double-weave Cotton Skirt
  - o Light dusky green
  - o Brown
  - o Dark gray/striped
- Conscious Choice Wall Decoration
  - o Natural white/Wild and Free

10

- Conscious Choice 2-pack Tights
  - Gray melange/natural white
  - Gray melange/light brown
- Conscious Choice 3-pack T-shirts
  - White/light gray melange
- Conscious Choice 2-piece Set
  - Light khaki green/color-block
  - Light pink/black
  - Light green/Love
  - Light purple/Love
- Conscious Choice Faux Shearling Jacket
  - Black
  - Light beige
- Conscious Choice Denim Overalls
  - Light denim blue
  - Denim blue
- Conscious Choice 2-piece Cotton Set
  - Dark beige-pink/seal
- Conscious Choice Children's Apron and Chef's Hat
  - Brown/bear
  - Light beige/rabbit
- Conscious Choice 3-piece Cotton Set
  - Dark gray
- Conscious Choice Fast-drying Sports Shorts
  - Light blue
- Conscious Choice 2-pack Twill Shorts
  - Light purple/khaki green
  - Natural white/black
- Conscious Choice Sibling 2-piece Sweatshirt and Joggers Set
  - Light taupe
  - Light gray-green/Live Slow
- Conscious Choice 2-pack Super Soft Skinny Jeans
  - Denim blue/dark denim blue
- Conscious Choice Bird Pennant Garland
  - Blue/birds
- Conscious Choice 5-pack Henley Shirts
  - Light gray melange/striped
  - Navy blue/khaki green
- Conscious Choice Flutter-sleeved Romper
  - Pink/floral
  - Beige/leopard print
- Conscious Choice 4-pack Ribbed Socks
  - Turquoise/beige melange
  - Dark brown/Dark yellow
  - Natural white/green
- Conscious Choice 2-pack Hooded Jackets

- o Dark yellow/dark gray
- o Brown/gray
- Conscious Choice Textured-knit Cardigan
  - o Light gray melange/dotted
  - o Light green
- Conscious Choice 2-piece Double-weave Cotton Set
  - o Mustard yellow
- Conscious Choice Patterned Twin Duvet Cover
  - o White/birds
- Conscious Choice Comfort Stretch Flare Low Jeans
  - o Black
  - o Light denim blue
- Conscious Choice 2-pack Joggers
  - o Light pink/light gray melange
  - o Light purple/pink
- Conscious Choice Appliquéd Oversized Hoodie
  - o Natural white/The Mandalorian
- Conscious Choice 2-piece Sports Set
  - o Black
  - o Light blue
- Conscious Choice 2-pack Hoodies
  - o Yellow/beige
- Conscious Choice Hooded Jacket
  - o Light gray melange/color-block
  - o Dark gray/rainbow
  - o Khaki green/butterflies
- Conscious Choice 2-piece Printed Set
  - o Pistachio green/E.T.
  - o Natural white/E.T.
- Conscious Choice Wide Leg Jeans
  - o Black
  - o Denim blue
- Conscious Choice Printed Swimsuit
  - o Black/MTV
  - o Black/Harry Potter
- Conscious Choice 2-pack Denim Joggers
  - o Denim blue/light denim blue
  - o Black/denim blue
- Conscious Choice Sunglasses
  - o Black
  - o Turquoise
- Conscious Choice 3-pack Jersey Joggers
  - o Navy blue/hearts
  - o Light gray melange/light pink
  - o Brown/leopard print
  - o Dark red/light pink/black

- Conscious Choice Relaxed Fit Jeans
  - Light blue
  - Denim blue
  - Denim blue/color-block
  - Light denim blue
- Conscious Choice Slim Fit Cargo Joggers
  - Black
- Conscious Choice 3-pack Henley Shirts
  - Light turquoise/khaki green
  - Light beige/striped
- Conscoius Collection Waffled Cotton Throw
  - Brown
  - Dark yellow
  - Light beige

Conscious Collection Sibling 2-piece Sibling Set
  - Light green/Lil Bro
- Conscious Choice Sunglasses
  - Dark green
  - Blue
- Conscious Choice Joggers
  - Light pink/unicorns
  - Navy blue
- Conscious Choice Double-weave Pants
  - Beige-pink
- Conscious Choice 2-pack Slim Fit Stretch Jeans
  - Black
- Conscious Choice 2-pack Denim Joggers
  - Black/denim blue
  - Denim blue/light denim blue
- Conscious Choice 2-pack Skinny Fit High Jeans
  - Dark gray/black
  - Light denim blue/dark denim
  - Dark denim blue/black
- Conscious Choice Pile Rug
  - Light beige/plaid
- Conscious Choice Padded Hooded Parka
  - Brown
- Conscious Choice 2-pack Knit Socks
  - Powder pink
  - Light beige/dark blue
- Conscious Choice Waffled Cotton Throw
  - Light beige
  - Dark yellow
  - Brown
- Conscious Choice 2-piece Set
  - Light pink/black

13

- o   Light green/Love
- o   Light purple/Love
- o   Light khaki green/color-block
- Conscious Choice Fine-knit Cotton Set
  - o   Beige
- Conscious Choice Hooded Sweatshirt Jumpsuit
  - o   Dark orange
  - o   Black
- Conscious Choice 2-piece Sweatshirt Set
  - o   Dark red
  - o   Dusty rose/unicorns
  - o   Navy blue
  - o   Light beige/Love
- Conscious Choice 5-pack Puff-sleeved Tops
  - o   Coral pink/light yellow
- Conscious Choice Printed Hoodie
  - o   Dark green/color-block
  - o   Brown/color-block
  - o   Navy blue/Colorado
  - o   Black/NASA

Conscious Choice Mini Me Appliquéd Hoodie
  - o   Light gray melange/Running
  - o   Light green/Athletic
- Conscious Choice Printed Hoodie
  - o   Light beige/striped
  - o   Brown/color-block
  - o   Navy blue/Colorado
  - o   Black/NASA
- Conscious Choice Relaxed Fit High Ankle Jeans
  - o   Light denim blue
  - o   Denim blue
  - o   Denim blue
- Conscious Choice Hooded Sweatshirt Jumpsuit
  - o   Black
  - o   Dark orange
- Conscious Choice Satin Ballet Shoes
  - o   Light pink
  - o   Light pink
- Conscious Choice 2-pack Hooded Jackets
  - o   Brown/gray
  - o   Dark yellow/dark gray
- Conscious Choice 2-pack Slim Fit Superstretch Jeans
  - o   Dark denim blue/dark gray
- Conscious Choice 2-pack Joggers
  - o   Light purple/pink
  - o   Light pink/light gray melange

- Conscious Choice 2-pack Twill Shorts
  - Natural white/black
  - Light purple/khaki green
- Conscious Choice Sunglasses
  - Silver-colored
- Conscious Choice Cargo Joggers
  - Light beige
  - Light pink
- Conscious Choice Comfort Stretch Flare Low Jeans
  - Light denim blue
  - Black
- Conscious Choice Hooded Jacket
  - Dark red
  - Navy blue
  - Light pink
  - Light pink
- Conscious Choice 2-piece Cotton Jersey Set
  - Dark gray
  - Black
  - Dusky green
  - Neon green
- Conscious Choice Soft Toy
  - Black/penguin
- Conscious Choice 3-piece Gift Set
  - Dusty rose/floral
- Conscious Choice Oversized Printed T-shirt
  - Light yellow/The Mandalorian
- Conscious Choice Sweatshirt
  - Dark khaki green
  - Black

Conscious Choice Cotton Twill Cap
  - Powder pink/tie-dye
  - Black/New York
  - Green/New York
  - Light beige/Los Angeles
- Conscious Choice Mini Me 2-piece Sweatshirt and Joggers Set
  - Pale pink
  - Light gray-blue
- Conscious Choice Oversized Hoodie
  - Light gray melange
  - Black
- Conscious Choice Sports Joggers
  - Black
  - Gray melange
  - Navy blue
- Conscious Choice Save the Children Soft Toy Dumbbell

15

- o Black
- Conscious Choice 2-piece Set
  - o Natural white/dotted
- Conscious Choice Satin Ballet Shoes
  - o Light pink
  - o Light pink
- Conscious Choice 2-piece Set
  - o Light pink/cat
  - o Light pink/black
  - o Light green/Love
  - o Light purple/Love
- Conscious Choice Sports Leggings with Shorts
  - o Black
- Conscious Choice Straight Fit Stretch Jeans
  - o Dark gray
  - o Denim blue
- Conscious Choice 5-pack Henley Shirts
  - o Navy blue/khaki green
  - o Light gray melange/striped
- Conscious Choice Soft Toy Monster
  - o Light beige/monster
- Conscious Choice 7-pack Tank Tops
  - o White/dark gray melange
- Conscious Choice Linen-blend Sun Hat
  - o Light dusky green
- Conscious Choice 3-pack Cotton Jersey Shirts
  - o Light beige/splatter print
  - o Gray/dark green/light green
- Conscious Choice Hooded Jacket
  - o Navy blue
  - o Light pink
  - o Dark red
  - o Light pink
- Conscious Choice 3-pack Jersey Joggers
  - o Dark red/light pink/black
  - o Light gray melange/light pink
  - o Brown/leopard print
  - o Light beige/hearts
- Conscious Choice Patterned Twin Duvet Cover Set
  - o Light gray/clouds
- Conscious Choice Mini Me 2-piece Cozy Cotton Set
  - o Dusty rose
  - o Light gray-blue
- Conscious Choice Oversized Printed T-shirt
  - o White/The Mandalorian
- Conscious Choice 3-pack Cotton Tank Tops

- o White
- o Dark blue/white/gray melange
- o Khaki green/black/dark gray
- Conscious Choice Patterned Twill Cap
  - o Black/Batman
  - o Red/Spider-Man
- Conscious Choice Unicorn Leotard
  - o Cerise/unicorn
- Conscious Choice Terry Shirt
  - o Dark beige-pink/sun
- Conscious Choice Superstretch Skinny Fit High Ankle Jeans
  - o Pale denim blue
  - o Black/washed
  - o Light denim blue
- Conscious Choice 2-piece Printed Set
  - o Dark gray/Chip 'n' Dale
- Conscious Choice Relaxed Fit Chinos
  - o Light beige
- Conscious Choice Oversized Hoodie
  - o Light gray
- Conscious Choice 3-pack Foldover-cuff Joggers
  - o Black
- Conscious Choice Loose Fit Twill Pants
  - o Beige
  - o Dark gray
- Conscious Choice Soft Appliquéd Slippers
  - o Dark gray/Mickey Mouse
- Conscious Choice Patterned Twin Duvet Cover Set
  - o Brown/bear
- Conscious Choice 2-piece Sweatshirt Set
  - o Turquoise
  - o Pink
- Conscious Choice Sunglasses
  - o Turquoise
  - o Black
- Conscious Choice Decorated Sunglasses
  - o Light pink/flowers
- Conscious Choice Mini Me 2-piece Waffled Cotton Jersey Set
  - o Dusty rose
- Conscious Choice Knit Wool-blend Cardigan
  - o Natural white
  - o Dark gray/dinosaurs
- Conscious Choice Oversized Sweatshirt Dress
  - o Navy blue
  - o Purple
- Conscious Choice 2-piece Sweatshirt Set

- - Navy blue
  - Dusty rose/unicorns
  - Dark red
  - Light beige/Love
- Conscious Choice Book-shaped Storage Box
  - Natural white/Monster
- Conscious Choice 2-pack Swimsuits
  - Purple/ice cream
- Conscious Choice 2-piece Cotton Set
  - Light beige/white
- Conscious Choice 2-pack Oversized Shirts
  - Light beige/Live Slow
- Conscious Choice Velour Soft Toy
  - White/cat
- Conscious Choice Faux Shearling Jacket
  - Light beige
  - Black
- Conscious Choice Terry Romper
  - Light dusky green
- Conscious Choice Sports Joggers
  - Gray melange
  - Black
  - Navy blue
- Conscious Choice Wide Leg Jeans
  - Denim blue/color-block
  - Black/washed
  - Denim blue
- Conscious Choice Pocket-detail Jersey Shirt
  - White/color-block
  - Light green/dinosaur
- Conscious Choice Bucket Hat
  - Dark beige-pink
- Conscious Choice Sibling 2-piece Sweatshirt and Joggers Set
  - Light gray-green/Live Slow
  - Light taupe
- Conscious Choice Sibling 2-piece Printed Sibling Set
  - Purple/Snoopy
  - Light green/Snoopy
- Conscious Choice Crib Duvet Cover Set
  - Light pink
  - White
  - Light green
- Conscious Choice 2-pack Jeggings
  - Black/denim blue
- Conscious Choice Patterned Bikini
  - Pink/tie-dye

18

- - Purple/Vacay All Day
- Conscious Choice Soft Toy
  - White/rabbit
- Conscious Choice Faux Fur Shoulder Bag
  - Brown/Chip 'n' Dale
- Conscious Choice Skinny Fit Stretch Jeans
  - Dark denim blue
  - Dark blue
  - Black
- Conscious Choice 2-piece Cotton Set
  - Denim blue/white
- Conscious Choice Printed Hoodie
  - Brown/color-block
  - Navy blue/Colorado
  - Black/NASA
  - Light beige/striped
- Conscious Choice Oversized Printed Sweatshirt
  - Brown/Harry Potter
  - Dark khaki green/Garfield
  - Light gray/SpongeBob
- Conscoius Choice Mini Me Fine-knit Cotton Set
  - Light taupe
- Conscious Choice 2-pack Patterned Cotton Curtains
  - White/rainbows
  - White/dotted
  - White/clouds
  - White/dinosaurs
- Conscious Choice 5-pack Leggings
  - Khaki green/black
- Conscious Choice Skinny Fit Stretch Jeans
  - Dark blue
  - Dark denim blue
  - Black
- Conscious Choice Hoodie
  - Light khaki green/color-block
- Conscious Choice Flutter-sleeved Romper
  - Beige/leopard print
  - Pink/floral
- Conscious Choice Padded Hooded Parka
  - Brown
  - Black
- Conscious Choice Mini Me Appliquéd Hoodie
  - Light green/Athletic
  - Light gray melange/Running
- Conscious Choice Patterned Swimsuit
  - Light purple/orca

19

- - Pink/zebra print
  - Pink/tie-dye
  - Pink/palm trees
- Conscious Choice 3-piece Set
  - Black/marble-patterned
- Conscious Choice Sports Joggers
  - Navy blue
  - Black
  - Gray melange
- Conscious Choice Joggers
  - Light gray melange
  - Black
- Conscious Choice 3-pack Jersey Tops
  - Light purple
  - Mint green/white/black
  - White/black/light gray melange
  - Light pink/white/dark gray
- Conscious Choice 2-pack Printed Jersey Shirts
  - Black/Marvel Comics
- Conscious Choice Hooded Jacket
  - Light yellow/Love
  - Navy blue
  - Light pink
  - Dark red
- Conscious Choice 3-pack Corduroy Treggings
  - Pink/light blue/light purple
  - Powder pink/light brown/gray
  - Dark brown/turquoise/rust red
  - Pink/gray/beige
- Conscious Choice Princess Costume
  - Light pink
- Conscious Choice 3-pack Bike shorts
  - Black
- Conscious Choice 2-piece Sweatshirt and Skirt Set
  - Light purple/black
  - Light gray melange/black
- Conscious Choice Ribbed Jersey Dress
  - Light pink
  - Sage green
- Conscious Choice Padded Boots
  - Beige-pink/leopard print
  - Black
  - Brick red
  - Mint green
- Conscious Choice Cotton T-shirt
  - Light beige

- o White
- o Light purple
- o Apricot/white striped
- Conscious Choice 2-piece Faux Shearling Set
  - o Natural white/Minnie Mouse
- Conscious Choice Joggers
  - o Black
  - o Light gray melange
- Conscious Choice Oversized Printed Jersey Shirt
  - o Light gray/The Mandalorian
- Conscious Choice 2-pack Twill Joggers
  - o Denim blue/light denim blue
  - o Dark denim blue/dark gray
- Conscious Choice Cotton T-shirt
  - o Apricot/white striped
  - o White
  - o Light purple
  - o Light beige
- Conscious Choice Double-weave Skirt
  - o Dark gray
- Conscious Choice 4-pack Ribbed Socks
  - o Natural white/green
  - o Turquoise/beige melange
  - o Dark brown/Dark yellow
- Conscious Choice Wall Decoration
  - o Light beige/Triceratops
  - o White/unicorn
  - o Light green/dinosaur
- Conscious Choice 2-pack Twill Joggers
  - o Dark denim blue/dark gray
  - o Denim blue/light denim blue
- Conscious Choice Sweatshirt
  - o Light yellow
  - o Light purple/tie-dye
- Conscious Choice Printed Hoodie
  - o Yellow/Arctic Peaks
  - o Brown/color-block
  - o Navy blue/Colorado
  - o Black/NASA
- Conscious Choice Sweatshirt
  - o Black
  - o Dark khaki green
- Conscious Choice 2-pack Denim Jeggings
  - o Dark denim blue/dark gray
  - o Dark denim/light denim blue
  - o Black/dark gray

- Conscious Choice 2-piece Set
  - Light turquoise/NASA
  - Light purple/NASA
  - Dusty rose/NASA
  - Light pink/tie-dye
- Conscious Choice Soft Appliquéd Slippers
  - Brown/Chip 'n' Dale
- Conscious Choice 2-piece Sweatshirt Set
  - Pink
  - Turquoise
- Conscious Choice Cargo Joggers
  - Light pink
  - Light beige
- Conscious Choice 2-piece Ribbed Jersey Set
  - Light green
  - Light pink
- Conscious Choice Patterned Joggers
  - Dark gray/marble-patterned
  - Gray melange/splatter print
- Conscious Choice Sunglasses
  - Blue
  - Dark green
- Conscious Choice Oversized Hoodie

$13.49 $ 17.99
  - Dusty rose
  - Light gray melange
  - Natural white/NASA
- Conscious Choice 2-piece Set with Foldover Cuffs
  - Dark gray
  - Dark beige
- Conscious Choice Superstretch Skinny Fit High Ankle Jeans
  - Black/washed
  - Pale denim blue
  - Light denim blue
- Conscious Choice 2-piece Set
  - Light green
  - Dark gray
  - Dark turquoise
  - Cream
- Conscious Choice Hooded Jacket
  - Blue
  - Khaki green melange
- Conscious Choice 3-pack Jersey Joggers
  - Brown/leopard print
  - Light gray melange/light pink
  - Dark red/light pink/black

- o Light beige/hearts
- Conscious Choice Patterned Twin Duvet Cover Set
  - o Light pink/dotted
  - o White/dotted
  - o Light gray/dotted
- Conscious Choice Wall Decoration
  - o Light green/dinosaur
  - o White/unicorn
  - o Light beige/Triceratops
- Conscious Choice Oversized Hoodie
  - o Black
  - o Light gray melange
- Conscious Choice 3-pack Slim Fit Denim Joggers
  - o Light denim blue/denim gray
  - o Gray/dark denim/denim blue
- Conscious Choice 2-pack Sweatshirts
  - o Light beige/dotted
- Conscious Choice Cotton T-shirt
  - o Light purple
  - o White
  - o Apricot/white striped
  - o Light beige
- Conscious Choice 2-pack Print-motif Gloves
  - o Light gray melange/Pokémon
  - o Bright blue/Spider-Man
Conscious Choice Mini Me 2-piece Cozy Cotton Set
  - o Light gray-blue
  - o Dusty rose
- Conscious Choice Sibling 2-piece Printed Sibling Set
  - o Light green/Snoopy
  - o Purple/Snoopy
- Conscious Choice Peacock Costume
  - o Turquoise/peacock
- Conscious Choice Joggers
  - o Black melange
  - o Khaki green melange
- Conscious Choice Dotted Crib Sheet
  - o White/dotted
  - o Light pink/dotted
  - o Light gray/dotted
- Conscious Choice Costume
  - o Red/Iron Man
  - o Red/Spider-Man
  - o Green/Hulk
- Conscious Choice Cotton Denim Overalls
  - o Light denim blue

- Conscious Choice 3-pack Slim Fit Denim Joggers
  - Gray/dark denim/denim blue
  - Light denim blue/denim gray
- Conscious Choice Joggers
  - Light beige/dinosaurs
  - Dark beige/wild animals
  - Black/ghosts
  - Light beige/holiday motif
- Conscious Choice Oversized Hooded Jacket
  - Dusty rose
  - Khaki green
- Conscious Choice 2-piece Ribbed Cotton Set
  - Khaki green
  - Dusty rose/NYC
- Conscious Choice Joggers
  - Light gray melange/color-block
  - Dark gray/rainbow
  - Khaki green/butterflies
- Conscious Choice 3-piece Set
  - Mustard yellow/striped
- Conscious Choice Mini Me 2-pack Knit Socks
  - Beige melange/light beige
- Conscious Choice 2-piece Sweatshirt Set
  - Light purple/purple
- Conscious Choice Relaxed Fit Twill Pants
  - Light pink
  - Gray
  - Mint green
- Conscious Choice Mini Me Sweater
  - Light green
- Conscious Choice Oversized Printed Jersey Shirt
  - White/Spider-Man
- Conscious Choice Wide Leg Jeans
  - Denim blue
  - Black/washed
  - Denim blue/color-block
- Conscious Choice 2-pack Relaxed Fit Denim Joggers
  - Denim blue/light denim blue
- Conscious Choice 3-pack Jersey Tops
  - Light pink/white/dark gray
  - Mint green/white/black
  - White/black/light gray melange
  - Light purple
- Conscious Choice Oversized Printed Hoodie

- o Dark gray/The Mandalorian
- o Purple/The Mandalorian
- Conscious Choice 2-piece Sweatshirt Set
  - o Cerise
  - o Brown
  - o Light green
- Conscious Choice Sports Leggings
  - o Black
  - o Orange
  - o Cerise
  - o Bright blue
- Conscious Choice 2-piece Cozy Cotton Set
  - o Dark beige-pink/seals
- Conscious Choice Hooded Jacket
  - o Brown/leopard print
- Conscious Choice Ruffle-trimmed Ribbed Top
  - o Light yellow
  - o Natural white
  - o Pink
- Conscious Choice 3-piece Set
  - o Dark red/floral
- Conscious Choice Plaid Cotton Shirt
  - o Beige/plaid
- Conscious Choice Patterned Twin Duvet Cover Set
  - o White/dotted
  - o Light pink/dotted
  - o Light gray/dotted
- Conscious Choice Straight-leg Printed Joggers
  - o Light purple/The Mandalorian
- Conscious Choice Patterned Swimsuit
  - o Pink/zebra print
  - o Pink/tie-dye
  - o Pink/palm trees
  - o Light purple/orca
- Conscious Choice 2-pack Sports Tops
  - o Navy blue/orange
  - o Black/gray melange
- Conscious Choice Sweatpants
  - o Dark gray/color-block
  - o Dark gray
- Conscious Choice Padded Boots
  - o Black
  - o Brick red
  - o Mint green
  - o Beige-pink/leopard print
- Conscious Choice Relaxed Fit High Pants

- o Light gray denim
- Conscious Choice Printed Sweatshirt Dress
  - o Dark gray/The Mandalorian
- Conscious Choice Joggers
  - o Navy blue
  - o Light pink/unicorns
- Conscious Choice Oversized Printed Hoodie
  - o Purple/The Mandalorian
  - o Dark gray/The Mandalorian
- Conscious Choice Joggers
  - o Brown/leopard print
  - o Dusty rose/rainbows
  - o Dark gray/dotted
  - o Dark gray/color-block
- Conscious Choice Double-weave Cotton Skirt
  - o Dark gray/striped
  - o Light dusky green
  - o Brown
- Conscious Choice Joggers
  - o Light beige/stars
  - o Dusty rose/rainbows
  - o Dark gray/dotted
  - o Dark gray/color-block
- Conscious Choice 2-pack Patterned Cotton Curtains
  - o White/dotted
  - o White/clouds
  - o White/dinosaurs
  - o Dark gray/planets
- Conscious Choice Ribbed Jersey Dress
  - o Sage green
  - o Light pink
- Conscious Choice Printed Velour Sweatshirt
  - o Yellow/stars
- Conscious Choice 2-pack Print-motif Gloves
  - o Bright blue/Spider-Man
  - o Light gray melange/Pokémon
- Conscious Choice Wall Decoration
  - o White/unicorn
  - o Light green/dinosaur
  - o Light beige/Triceratops
- Conscious Choice Cotton T-shirt
  - o White
  - o Light purple
  - o Apricot/white striped
  - o Light beige
- Conscious Choice 2-pack Leggings

- o Black
- o Black
- o Pink/stars
- Conscious Choice Unicorn Soft Toy
  - o Powder pink/unicorn
- Conscious Choice Joggers
  - o Dark gray/rainbow
  - o Light gray melange/color-block
  - o Khaki green/butterflies
- Conscious Choice Save the Children 3-pack Soft Dolls
  - o Red/turquoise
- Conscious Choice 2-piece Velour Set
  - o Light turquoise
  - o Natural white
- Conscious Choice Padded Boots
  - o Brick red
  - o Black
  - o Mint green
  - o Beige-pink/leopard print
- Conscious Choice Printed Sweatpants
  - o Dark gray/The Mandalorian
- Conscious Choice 2-piece Set
  - o Light pink/tie-dye
  - o Light purple/NASA
  - o Dusty rose/NASA
  - o Gray
- Conscious Choice Sports Leggings
  - o Bright blue
  - o Black
  - o Orange
  - o Cerise
- Conscious Choice Patterned Sunglasses
  - o Blue/patterned
- Conscious Choice 3-piece Tracksuit Set
  - o Navy blue/NYC
  - o Black/New York
- Conscious Choice Oversized Motif-detail Hoodie
  - o Dark red/Harry Potter
- Conscious Choice 2-piece Set
  - o Dark red
  - o Light purple/NASA
  - o Dusty rose/NASA
  - o Light pink/tie-dye
- Conscious Choice Raccoon Costume
  - o Dark gray
- Conscious Choice Cotton Twill Cap

- o   Black/New York
- o   Green/New York
- o   Powder pink/tie-dye
- o   Light beige/Los Angeles
- Conscious Choice 2-piece Sweatshirt and Skirt Set
  - o   Light gray melange/black
  - o   Light purple/black
- Conscious Choice Cotton Twill Cap
  - o   Green/New York
  - o   Black/New York
  - o   Powder pink/tie-dye
  - o   Light beige/Los Angeles
- Conscious Choice Sweatpants
  - o   Blue/dachshunds
  - o   Light beige/dinosaur
  - o   Light gray melange
- Conscious Choice 2-pack Sports Tops
  - o   Black/gray melange
  - o   Navy blue/orange
- Conscious Choice Pocket-detail Jersey Shirt
  - o   Light green/dinosaur
  - o   White/color-block
- Conscious Choice Joggers
  - o   Black
  - o   Pink/tie-dye
- Conscious Choice Flared Leggings
  - o   Light purple/marble-patterned
- Conscious Choice 2-pack Denim Jeggings
  - o   Dark denim/light denim blue
  - o   Black/dark gray
  - o   Dark denim blue/dark gray
- Conscious Choice 3-pack Socks with Motif
  - o   Light purple/The Mandalorian
- Conscious Choice 2-pack Gloves
  - o   Light turquoise/Frozen
  - o   Navy blue
- Conscious Choice 3-pack Cotton Tank Tops
  - o   Khaki green/black/dark gray
  - o   White
  - o   Dark blue/white/gray melange
- Conscious Choice Quilted Slippers with Printed Motif
  - o   Dark gray/Mickey Mouse
- Conscious Choice 2-pack Cotton T-shirts
  - o   Navy blue/Forevs
  - o   Lime green/navy blue

- Conscious Choice Printed Sweatshirt
  - Black/Star Wars
- Conscious Choice Joggers
  - Dark red

- Conscious Choice Relaxed Fit Joggers
  - Light purple
  - Beige/tie-dye
  - Brown
- Conscious Choice Interactive-motif Hoodie
  - Light beige/The Mandalorian
  - Red/Spider-Man
- Conscious Choice Waffled Cotton Throw
  - Dark yellow
  - Brown
  - Light beige
- Conscious Choice Joggers
  - Black/NYC
  - Dusty rose/NYC
  - Natural white/NASA
  - Light turquoise/NYC
- Conscious Choice Comfort Stretch Overall Shorts
  - Black
- Conscious Choice 3-pack Jersey Shirts
  - Light beige/dark khaki green
- Conscious Choice Denim Overalls
- Conscious Choice 2-piece Velour Set
  - Natural white
  - Light turquoise
- Conscious Choice Oversized Hoodie
  - Natural white/NASA
  - Dusty rose
  - Light gray melange
- Conscious Choice Sweatpants
  - Dark gray
  - Dark gray/color-block
- Conscious Choice Oversized Printed Sweatshirt
  - Dark khaki green/Garfield
  - Brown/Harry Potter
  - Light gray/SpongeBob
- Conscious Choice Cotton Twin Duvet Cover Set
  - White/leopard print
- Conscious Choice Quilted Printed Slippers
  - Light beige/Mickey Mouse
- Conscious Choice Joggers
  - Natural white/NASA

- o Black/NYC
- o Dusty rose/NYC
- o Light turquoise/NYC
- Conscious Choice 3-pack Cotton Tank Tops
  - o Dark blue/white/gray melange
  - o White
  - o Khaki green/black/dark gray
- Conscious Choice Sports Leggings
  - o Cerise
  - o Black
  - o Orange
  - o Bright blue
- Conscious Choice Printed Hoodie
  - o Navy blue/Colorado
  - o Brown/color-block
  - o Black/NASA
  - o Light beige/striped
- Conscious Choice Oversized Half-zip Sweatshirt
  - o Light beige
  - o Turquoise
- Conscious Choice 5-pack Sports Socks
  - o Black
  - o Blue/light green
  - o Khaki green/neon green
- Conscious Choice 5-pack Socks with Motif
  - o Turquoise/Donald Duck
- Conscious Choice 5-pack Joggers
  - o Light gray melange/tigers
- Conscious Choice Joggers
  - o Light gray
- Conscious Choice 2-pack Knit Socks
  - o Light beige/dark blue
  - o Powder pink
- Conscious Choice 2-pack Leggings
  - o Black
  - o Light gray melange/dark blue
- Conscious Choice Color-block Sweatshirt
  - o Light pink/tie-dye
  - o Light purple/color-block
  - o Light gray melange/color-block
- Conscious Choice 2-pack Patterned Cotton Curtains
  - o Light green/unicorns
  - o White/dotted
  - o White/clouds
  - o White/dinosaurs
- Conscious Choice 3-pack Corduroy Treggings

- o   Dark brown/turquoise/rust red
- o   Powder pink/light brown/gray
- o   Pink/gray/beige
- o   Pink/light blue/light purple
- Conscious Choice 2-pack Sports Tops
  - o   Cerise/orange
- Conscious Choice Joggers
  - o   Dark gray/dotted
  - o   Dusty rose/rainbows
  - o   Dark gray/color-block
  - o   Light beige/stars
- Conscious Choice Padded Boots
  - o   Mint green
  - o   Black
  - o   Brick red
  - o   Beige-pink/leopard print
- Conscious Choice Patterned Joggers
  - o   Gray melange/splatter print
  - o   Dark gray/marble-patterned
- Conscious Choice Wide-leg Joggers
  - o   Light beige
  - o   Black
- Conscious Choice 3-pack Joggers
  - o   Light green/black/gray
- Conscious Choice Loose Fit Jeans
  - o   Denim blue
- Conscious Choice Loose Fit Twill Pants
  - o   Dark gray
  - o   Beige
- Conscious Choice 2-piece Sweatshirt Set
  - o   Dusty rose/unicorns
  - o   Dark red
  - o   Navy blue
  - o   Light beige/Love
- Conscious Choice 3-piece Tracksuit Set
  - o   Black/New York
  - o   Navy blue/NYC
- Conscious Choice 2-pack Patterned Cotton Curtains
  - o   White/dinosaurs
  - o   White/dotted
  - o   White/clouds
  - o   Dark gray/planets
- Conscious Choice 2-pack Cotton Tank Tops
  - o   White/black
- Conscious Choice Patterned Jersey Dress
  - o   Light pink/dotted

- o Black/dotted
- Conscious Choice Seamless Sports Set
  - o Light purple
  - o Light green
- Conscious Choice Cotton Twill Cap
  - o Light beige/Los Angeles
  - o Black/New York
  - o Green/New York
  - o Powder pink/tie-dye
- Conscious Choice Sports Leggings
  - o Orange
  - o Black
  - o Cerise
  - o Bright blue
- Conscious Choice Cotton Sweatshorts
  - o Black/dotted
  - o Black/NYC
- Conscious Choice Ankle Boots
  - o Black
- Conscious Choice Oversized Printed Sweatshirt
  - o Dark gray/Goofy
- Conscious Choice 2-pack Skinny Fit High Jeans
  - o Dark denim blue/black
  - o Light denim blue/dark denim
  - o Dark gray/black
- Conscious Choice 2-piece Sweatshirt Set
  - o Brown/dogs
- Conscious Choice Printed T-shirt
  - o Coral/Billie Eilish
- Conscious Choice Patterned Sun Hat
  - o Natural white/tie-dye
- Conscious Choice Patterned Twin Duvet Cover Set
  - o Light gray/dotted
  - o White/dotted
  - o Light pink/dotted
- Conscious Choice Ribbed Leggings
  - o Dark taupe
  - o Terracotta
- Conscious Choice Color-block Sweatshirt
  - o Light purple/color-block
  - o Light pink/tie-dye
  - o Light gray melange/color-block
- Conscious Choice 2-piece Ribbed Jersey Set
  - o Light pink
  - o Light green
- Conscious Choice Save the Children Soft Appliquéd Slippers

- Natural white/bear
- Red/Popcorn
- Conscious Choice 3-pack Tights
  - Light pink/white/black
- Conscious Choice 2-piece Set
  - Light yellow
  - Pink
- Conscious Choice 2-pack Skinny Fit High Jeans
  - Light denim blue/dark denim
  - Dark denim blue/black
  - Dark gray/black
- Conscious Choice Cotton Jersey Top
  - White/Love
  - Pink/Love
  - Pistachio green/heart
- Conscious Choice Cotton Poplin Blouse
  - Light gray
  - White
- Conscious Choice 5-pack Sports Socks
  - Khaki green/neon green
  - Black
  - Blue/light green
- Conscious Choice Cotton Tank Top
  - Dark blue/Epic Waves
  - Light beige/LA
- Conscious Choice THERMOLITE® Winter Jacket
  - Black
- Conscious Choice Printed Hoodie
  - Black/Billie Eilish
- Conscious Choice Satin Ballet Shoes
  - Light pink
- Conscious Choice 3-pack Henley Shirts
  - Light beige/striped
  - Light turquoise/khaki green
- Conscious Choice Crease-leg Leggings
  - Black
- Conscious Choice Skinny Fit Jeans
  - Denim blue
  - Denim blue
  - Gray
- Conscious Choice Oversized Hooded Puffer Jacket
  - Green/patterned
- Conscious Choice Joggers
  - Light green/dotted
  - Dusty rose/rainbows
  - Dark gray/dotted

- o Dark gray/color-block
- Conscious Choice Sweatpants
  - o Light gray melange
  - o Blue/dachshunds
  - o Light beige/dinosaur
- Conscious Choice Cotton Jersey Top
  - o Pink/Love
  - o White/Love
  - o Pistachio green/heart
- Conscious Choice Small Cardboard Storage Box
  - o Light brown
- Conscious Choice Straight Fit Stretch Jeans
  - o Denim blue
  - o Dark gray

Save the Children Soft Appliquéd Slippers
  - o Red/Popcorn
  - o Natural white/bear
- Conscious Choice 2-piece Set
  - o Pink
  - o Light yellow
- Conscious Choice Dale keyring
  - o Light brown/Chip 'n' Dale
- Conscious Choice Ribbed Leggings
  - o Terracotta
  - o Dark taupe
- Conscious Choice Loose Wide Fit High Jeans
  - o Denim blue
- Conscious Choice Oversized Embroidery-detail Hoodie
  - o Natural white
- Conscious Choice Oversized Hoodie
  - o Light gray melange
  - o Dusty rose
  - o Natural white/NASA
- Conscious Choice 2-piece Set
  - o Light purple/NASA
  - o Dusty rose/NASA
  - o Light pink/tie-dye
  - o Gray
- Conscious Choice Patterned Sun Hat
  - o Black/palm trees
- Conscious Choice Joggers
  - o Dusty rose/rainbows
  - o Dark gray/dotted
  - o Dark gray/color-block
  - o Light beige/stars
- Conscious Choice Patterned Joggers

34

- Conscious Choice Save the Children Carnival Pennant Garland
  - Red/circus performers
- Conscious Choice 2-piece Sweatshirt Set
  - Powder pink
  - Brown
  - Light green
- Conscious Choice Skinny Fit Stretch Jeans
  - Black
  - Dark denim blue
  - Dark blue
- Conscious Choice 2-pack Knit Hats
  - Dark green/brown
- Conscious Choice Textured-knit Dress
  - Dark red
- Conscious Choice Printed Sweatshirt
  - Raspberry red/Bambi
  - Purple/Daisy Duck
- Conscious Choice 2-piece Set
  - Brown/color-block
- Conscious Choice Skinny Fit Jeans
  - Denim blue
  - Denim blue
  - Gray
- Conscious Choice Knit Santa Hat
  - Deep red
- Conscious Choice Joggers
  - Khaki green/butterflies
  - Dark gray/rainbow
  - Light gray melange/color-block
- Conscious Choice Cotton Jersey Top
  - Pistachio green/heart
  - White/Love
  - Pink/Love
- Conscious Choice 2-piece Set
  - Beige/leopard print
  - Red/stars
- Conscious Choice Joggers
  - Khaki green melange
  - Black melange
- Conscious Choice 2-pack Patterned Cotton Curtains
  - Dark gray/planets
  - White/dotted
  - White/clouds
  - White/dinosaurs
- Conscious Choice Sneakers

- o Black/floral
- Conscious Choice Ribbed Jersey Top
  - o Khaki green
  - o Light pink
- Conscious Choice Cotton Cushion Cover
  - o White/panda
  - o Light beige/rabbit
  - o Brown/bear
  - o Orange/fox
- Conscious Choice 5-pack Sports Socks
  - o Blue/light green
  - o Black
  - o Khaki green/neon green
- Conscious Choice Swim Shorts
  - o Black/tie-dye
- Conscious Choice 2-pack Patterned Cotton Curtains
  - o White/clouds
  - o White/dotted
  - o White/dinosaurs
  - o Dark gray/planets
- Conscious Choice Oversized Half-zip Sweatshirt
  - o Turquoise
  - o Light beige
- Conscious Choice Smocked Blouse
  - o Light blue/floral
  - o Light yellow
- Conscious Choice Save the Children Soft Appliquéd Slippers
  - o Red/Popcorn
  - o Natural white/bear
- Conscious Choice Seamless Sports Set
  - o Light green
  - o Light purple
- Conscious Choice Embroidered Cotton Twill Cap
  - o Light green/Friends
- Conscious Choice Seamless Sports Crop Top
  - o Light purple
- Conscious Choice Striped Cotton Rug
  - o Light blue/striped
  - o Yellow/striped
  - o Light powder pink/striped
- Conscious Choice Striped Cotton Rug
  - o Light powder pink/striped
  - o Yellow/striped
  - o Light blue/striped
- Conscious Choice Ribbed Jersey Top
  - o Light pink

36

- o   Khaki green
- Conscious Choice 4-piece Knit Cotton Set
  - o   Light beige/navy blue
- Conscious Choice 2-pack Sweatshirts
  - o   Black/striped
  - o   Natural white/khaki green
- Conscious Choice 2-pack Gloves
  - o   Navy blue
  - o   Light turquoise/Frozen
- Conscious Choice Relaxed Fit Joggers
  - o   Brown
  - o   Light purple
  - o   Beige/tie-dye
- Conscious Choice Oversized Printed Sweatshirt
  - o   Light gray/SpongeBob
  - o   Brown/Harry Potter
  - o   Dark khaki green/Garfield
- Conscious Choice 2-piece Sweatshirt Set
  - o   Light khaki green
- Conscious Choice Appliquéd Rib-knit Hat
  - o   Light purple/NY
  - o   Black/NY
- Conscious Choice Patterned Bikini
  - o   Purple/Vacay All Day
  - o   Pink/tie-dye
- Conscious Choice Denim Leggings
  - o   Denim blue
- Conscious Choice 3-pack Corduroy Treggings
  - o   Pink/gray/beige
  - o   Powder pink/light brown/gray
  - o   Dark brown/turquoise/rust red
  - o   Pink/light blue/light purple
- Conscious Choice 2-pack Cotton Jersey Shirts
  - o   Red/dark gray
- Conscious Choice Joggers
  - o   Pink/tie-dye
  - o   Black
- Conscious Choice Striped Cotton Rug
  - o   Yellow/striped
  - o   Light blue/striped
  - o   Light powder pink/striped
- Conscious Choice Appliquéd Rib-knit Hat
  - o   Black/NY
  - o   Light purple/NY
- Conscious Choice Cotton Tank Top
  - o   Light beige/LA

- - Dark blue/Epic Waves
- Conscious Choice Printed Pajamas
  - Light green/Chip 'n' Dale
- Conscious Choice 2-pack Sweatshirt Leggings
  - Black/dark gray
- Conscious Choice Water-repellent Winter Jacket
  - Brown
- Conscious Choice 2-piece Sweatshirt Set
  - Brown
  - Powder pink
  - Light green
- Conscious Choice Velour Hoodie
  - Yellow
- Conscious Choice Oversized Sweatshirt
  - Green/Adventure
- Conscious Choice Dotted Cotton Cushion Cover
  - White/dotted
  - White/dotted
  - Light pink/dotted
- Conscious Choice Oversized Cotton Shirt Jacket
  - Light denim blue
- Conscious Choice Patterned Jersey Dress
  - Black/dotted
  - Light pink/dotted
- Conscious Choice Ruffled Blouse
  - White
- Conscious Choice Oversized Sweater
  - Natural white
  - Light gray melange
  - Dark red/checked
  - Dark red/color-block
- Conscious Choice Cotton Cushion Cover
  - Light beige/rabbit
  - Brown/bear
  - Orange/fox
  - White/panda
- Conscious Choice Cotton Shirt Dress
  - Dark gray
- Conscious Choice Straw Hat
  - Light beige/black
- Conscious Choice 2-piece Cotton Jersey Set
  - Powder pink/hearts
  - Dusty rose/leopard print
- Conscious Choice 3-pack Cotton Jersey Shirts
  - Gray/dark green/light green
  - Light beige/splatter print

- Conscious Choice 2-pack Twill Joggers
  - Denim blue/black
- Conscious Choice Cotton Rug
- Conscious Choice Dotted Crib Sheet
  - Light pink/dotted
  - White/dotted
  - Light gray/dotted
- Conscious Choice 2-pack Slim Fit Jeans
  - Dark gray/denim blue
- Conscious Choice Hooded Jacket
  - Khaki green melange
  - Blue
- Conscious Choice Dotted Cotton Cushion Cover
  - White/dotted
  - Light pink/dotted
  - White/dotted
- Conscious Choice 3-pack Sports Socks
  - Navy blue/orange
- Conscious Choice Crib Duvet Cover Set
  - Light beige/leopard print
- Conscious Choice Joggers
  - Light turquoise/NYC
  - Black/NYC
  - Dusty rose/NYC
  - Natural white/NASA
- Conscious Choice 2-pack Cotton Jersey Shirts
  - Khaki green/marble-patterned
- Conscious Choice Super Soft Skinny Fit Jeans
  - Light denim blue
  - Black
- Conscious Choice Cotton Cushion Cover
  - Orange/fox
  - Light beige/rabbit
  - Brown/bear
  - White/panda
- Conscious Choice Side-stripe Joggers
  - Beige/color-block
- Conscious Choice Cotton Cushion Cover
  - Brown/bear
  - Light beige/rabbit
  - Orange/fox
  - White/panda
- Conscious Choice Printed cushion cover
  - White/Wild and Free
- Conscious Choice Oversized Sweater
  - Dark red/color-block

- o   Light gray melange
- o   Dark red/checked
- o   Natural white
- Conscious Choice Jacquard-knit Set
  - o   Dark dusty rose/patterned
- Conscious Choice Shirt Dress
  - o   Black/floral
  - o   Purple/tie-dye
- Conscious Choice 2-piece Sequined Set
  - o   Navy blue/reindeer
  - o   Powder pink/rabbit
- Conscious Choice Dotted Crib Sheet
  - o   Light gray/dotted
  - o   White/dotted
  - o   Light pink/dotted
- Conscious Choice Shirt Dress
  - o   Black/floral
  - o   Purple/tie-dye
- Conscious Choice 2-pack Turtleneck Tops
  - o   Beige-pink/brown
  - o   Dark gray/natural white
- Conscious Choice Relaxed Fit Stretch Jeans
  - o   Light gray denim
- Conscious Choice Skinny Fit Jeans
  - o   Gray
  - o   Denim blue
  - o   Denim blue
- Conscious Choice 3-pack Corduroy Treggings
  - o   Powder pink/light brown/gray
  - o   Dark brown/turquoise/rust red
  - o   Pink/gray/beige
  - o   Pink/light blue/light purple
- Conscious Choice 2-pack Sweatshirts
  - o   Natural white/khaki green
  - o   Black/striped
- Conscious Choice Jacquard-knit Cotton Set
  - o   Light taupe/patterned
- Conscious Choice Oversized Hoodie
  - o   Turquoise
  - o   Light gray melange
- Conscious Choice Oversized Viscose-blend Shirt
  - o   Dark red/plaid
  - o   Light purple/white plaid
- Conscious Choice 2-pack Joggers
  - o   Pink/dark gray
- Conscious Choice Patterned single duvet cover set

40

-      o  Light green
- Conscious Choice Printed Cap
  - o  Dark gray/Play Epic
- Conscious Choice Lace-trimmed Denim Shorts
  - o  Light denim blue
- Conscious Choice Oversized Viscose-blend Shirt
  - o  Light purple/white plaid
  - o  Dark red/plaid
- Conscious Choice Oversized Sleeveless Hoodie
  - o  Powder pink
  - o  Light gray melange
- Conscious Choice Superstretch Denim Jacket
  - o  Light denim blue
- Conscious Choice 2-pack Touchscreen Gloves
  - o  Pink/natural white
- Conscious Choice Color-block Sweatshirt
  - o  Light gray melange/color-block
  - o  Light purple/color-block
  - o  Light pink/tie-dye
- Conscious Choice Appliqué-detail Hat
  - o  Dark gray/Play Epic
- Conscious Choice Superstretch Denim shorts
- Conscious Choice 2-pack Sports Tops
  - o  Coral pink/khaki green
- Conscious Choice 5-pack Jersey Joggers
  - o  Dark green/gray/beige
  - o  Gray melange/black
  - o  Bright blue/gray
  - o  Green/orange/blue
- Conscious Choice Dotted Cotton Cushion Cover
  - o  Light pink/dotted
  - o  White/dotted
  - o  White/dotted
- Conscious Choice 2-pack Sports Tops
  - o  Cerise/black
  - o  Light purple/mint green
- Conscious Choice Straight Fit Jeans
  - o  Medium blue
- Conscious Choice Oversized Hoodie
  - o  Dark gray
- Conscious Choice 2-pack Sports Tops
  - o  Light purple/mint green
  - o  Cerise/black
- Conscious Choice Printed T-shirt

- o Black/Miami Sunsets
- o Light turquoise/Ferris wheel
- o Light purple/Joy!
- Conscious Choice Lyocell-blend Denim Skirt
  - o Light denim blue
- Conscious Choice Joggers
  - o Dusty rose/NYC
  - o Black/NYC
  - o Natural white/NASA
  - o Light turquoise/NYC
- Conscious Choice Mini Me Knit Dress
  - o Dark brown
- Conscious Choice Relaxed Fit Stretch Jeans
  - o Light gray denim
- Conscious Choice Wide-leg Joggers
  - o Black
  - o Light beige
- Conscious Choice Boxy Printed Hoodie
  - o Light beige/Always Be You
- Conscious Choice Joggers
  - o Dark gray
- Conscious Choice Oversized Hoodie
  - o Light gray melange
  - o Turquoise
- Conscious Choice 2-piece Cotton Set
  - o Khaki green/black
  - o Light purple/tie-dye
  - o Light turquoise/black
  - o Light pink/black
- Conscious Choice Harry Potter x H&M Oversized Printed Hoodie
- Conscious Choice THERMOLITE® Jacket
- Conscious Choice Hooded Jacket
  - o Khaki green/butterflies
  - o Light gray melange/color-block
  - o Dark gray/rainbow
- Conscious Choice 2-pack Wide Fit Jeans
  - o Dark denim blue/denim blue
- Conscious Choice 3-piece Cotton Set
  - o Gray/race cars
  - o Dark green/stars
  - o Green/splatter print
  - o Navy blue/beige
- Conscious Choice Crib Duvet Cover Set
  - o Light turquoise/animals
- Conscious Choice 2-piece Cotton Set
  - o Khaki green/black

- o Light purple/tie-dye
- o Light turquoise/black
- o Light pink/black
- Conscious Choice 3-pack Jersey Joggers
  - o Light gray melange/light pink
  - o Brown/leopard print
  - o Dark red/light pink/black
  - o Light beige/hearts
- Conscious Choice 2-piece Cotton Set
  - o Khaki green/black
  - o Light purple/tie-dye
  - o Light turquoise/black
  - o Light pink/black
- Conscious Choice 2-piece Set with Foldover Cuffs
  - o Dark beige
  - o Dark gray
- Conscious Choice Embroidery-detail Sweatshirt
  - o White/Love
  - o Dark green
- Conscious Choice Chelsea Boots
- Conscious Choice Embroidery-detail Sweatshirt

$13.49 $ 17.99
  - o Dark green
  - o White/Love
- Conscious Choice Oversized Sleeveless Hoodie
  - o Light gray melange
  - o Powder pink
- Conscious Choice 3-pack Jersey Shirts
  - o Light beige/dark khaki green
- Conscious Choice Lightweight Puffer Jacket
- Conscious Choice Superstretch Denim shorts
- Conscious Choice 2-piece Cotton Set
- Conscious Choice 3-pack Cotton Tops
- Conscious Choice 3-pack Slim Fit Chinos