## <u>CONSCIOUS CHOICE – Baby Products</u>

- Conscious Choice 5-pack Cotton Pants
  - o Beige/dark gray
  - o Blue
  - o Beige
  - o Lightgreen/blue
- Conscious Choice Paper-bag Cotton Jeans
  - o Denim blue
- Conscious Choice 3-pack Comfort Stretch Skinny Fit Jeans
  - o Denim blue/black
- Conscious Choice 2-piece Set
  - o Beige/floral
- Conscious Choice 5-pack Cotton Pants
  - o Light green/blue
  - o Blue
  - o Beige
  - o Beige/dark gray
- Conscious Choice 5-pack Cotton Pants
  - o Light purple
  - o Blue
  - o Beige
  - o Beige/dark gray
- Conscious Choice 7-piece Cotton Set
  - o Light beige/bees
  - o White/Best Friends
  - o White/owls
- Conscious Choice Printed Pajama Jumpsuits
  - o Natural white/animals
  - o Light green/dotted
  - o Light yellow/food
  - o Light blue/bears
- Conscious Choice Cotton Denim Overalls
  - o Denim blue
- Conscious Choice Super Soft Regular Fit Jeans
  - o Denim blue
- Conscious Choice 5-piece Set
  - o Dusky green/ducks
- Conscious Choice 6-piece Cotton Set
  - o Khaki green/light beige
  - o Dusty rose/light pink/white
  - o Light gray/light beige/white
- Conscious Choice Printed Pajama Jumpsuits
  - o Light yellow/food
  - o Light green/dotted
  - o Natural white/animals



- o   Light blue/bears
- Conscious Choice 2-piece Printed Set
  - o   Light green/Mickey Mouse
  - o   Natural white/Winnie the Pooh
- Conscious Choice Printed Pajama Jumpsuits
  - o   Light green/dotted
  - o   Light yellow/food
  - o   Natural white/animals
  - o   Light blue/bears
- Conscious Choice Terry Jumpsuit
- Conscious Choice 2-pack Ribbed Leggings
  - o   Yellow-beige/light pink
  - o   Dark beige-pink/powder beige
  - o   Powder beige/powder pink
  - o   Beige-pink/natural white
- Conscious Choice Printed Pajama Jumpsuits
  - o   Light blue/bears
  - o   Light green/dotted
  - o   Light yellow/food
  - o   Natural white/animals
- Conscious Choice 2-pack Long-sleeved Tops
  - o   Yellow-beige/light pink
  - o   Light pink/dark pink
  - o   Dark beige/powder beige
  - o   Beige melange/light beige
- Conscious Choice Printed Pajama Jumpsuits
  - o   Light green/dotted
  - o   Light yellow/food
  - o   Natural white/animals
  - o   Light blue/bears
- Conscious Choice 5-pack Cotton Shorts
  - o   Blue
  - o   Light purple
- Conscious Choice 5-pack Cotton Shorts
  - o   Light purple
  - o   Blue
- Conscious Choice 2-piece Bodysuit and Shorts Set
  - o   Yellow/Sunbursts
  - o   Green/Dinosaurs
- Conscious Choice Cotton Romper Suit
  - o   Beige/floral
- Conscious Choice 2-piece Bodysuit and Shorts Set
  - o   Green/Dinosaurs
  - o   Yellow/Sunbursts

2

- Conscious Choice 2-piece Rib-knit Set
    - Beige-pink
- Conscious Choice 3-pack Sweatpants
    - Black
    - Blue
    - Mint green/beige
- Conscious Choice Rib-knit Cardigan
    - Dusty rose
    - Light turquoise
    - Light taupe/striped
    - Dark gray
- Conscious Choice 2-piece Cotton Set
    - Light beige/color-block
    - Natural white/light beige
- Conscious Choice 3-pack Ribbed Bodysuits
    - Taupe/light beige
    - Light green/white
- Conscious Choice Baby Cotton Baby Mat
    - Light beige
    - Dark gray
    - Light pink
- Conscious Choice 2-piece Cotton Set
    - Light green
- Conscious Choice 2-piece Rib-knit Set
    - Light purple/dotted
    - Light beige/dotted
    - Dark yellow/dotted
    - Pink/striped
- Conscious Choice 2-piece Ribbed Cotton Jersey Set
    - Light green
    - Dark gray/dotted
- Conscious Choice 5-pack Cotton Pants
    - Light green
    - Blue
    - Beige
    - Beige/dark gray
- Conscious Choice Ribbed Cotton Top
    - Beige
    - Light mole
Conscious Choice Baby Waffled Hooded Jacket
    - Light pink
    - Blue
- Conscious Choice 2-piece Quilted Set
    - Powder pink
    - Light beige
- Conscious Choice 2-piece Ribbed Cotton Set

- o White/dotted
- o Dusty rose/patterned
- o Blue/patterned
- o Brown/dotted
- Conscious Choice 2-piece Cotton Set
  - o Dusty rose
- Conscious Choice 2-piece Cotton Set
  - o Light pink/cherries
  - o Light beige/bears
  - o Mint green/dotted
  - o Dark gray/striped
- Conscious Choice 3-pack Ribbed Bodysuits
  - o Light green/white
  - o Taupe/light beige
- Conscious Choice Rib-knit Cardigan
  - o Light turquoise
  - o Dusty rose
  - o Light taupe/striped
  - o Dark gray
- Conscious Choice 2-piece Jersey Set
  - o Light beige
- Conscious Choice Comfort Stretch Skinny Fit Jeans
  - o Blue
  - o Black
  - o Light denim blue
- Conscious Choice 5-pack Jersey Dresses
  - o Dusky pink
- Conscious Choice 2-piece Cotton Set
  - o Natural white/light beige
  - o Light beige/color-block
- Conscious Choice 3-pack Cotton Sweatshirts
  - o Dark blue/light gray melange
  - o Black
  - o Brick red/beige/gray melange
- Conscious Choice Denim Jacket
  - o Denim blue
  - o Denim blue/washed out
- Conscious Choice Baby Waffled Hooded Jacket
  - o Blue
  - o Light pink
- Conscious Choice 2-piece Sweatshirt Set
  - o Black
  - o Green
  - o Coral
  - o Dark gray

4

- Conscious Choice 2-piece Rib-knit Set
  - Dark taupe
- Conscious Choice 6-piece Cotton Set
  - Rust brown/light beige melange
  - Light gray melange
  - Light pink
  - Blue
- Conscious Choice 2-piece Ribbed Cotton Jersey Set
  - Dark gray/dotted
  - Light green
- Conscious Choice Cotton Hat
  - Light beige
  - Beige/floral
- Conscious Choice Denim Jacket
  - Denim blue/washed out
  - Denim blue
- Conscious Choice Cotton Leggings
  - Light beige
  - Light beige melange
- Conscious Choice 2-piece Rib-knit Set
  - Light beige/dotted
  - Light purple/dotted
  - Dark yellow/dotted
  - Pink/striped
- Conscious Choice Comfort Stretch Skinny Fit Jeans
  - Light denim blue
  - Blue
  - Black
- Conscious Choice 2-pack Ribbed Bodysuits
  - Light powder pink/light pink
- Conscious Choice Comfort Stretch Skinny Fit Jeans
  - Black
  - Blue
  - Light denim blue
- Conscious Choice Harry Potter x H&M 3-piece Printed Set
  - Light beige melange
- Conscious Choice 4-piece Cotton Set
  - Dusky pink/deer
  - Light green/striped
- Conscious Choice Denim Jacket
  - Denim blue
- Conscious Choice 2-piece Sweatshirt Set
  - White/patterned
  - Light pink/dotted
  - Light beige/dotted
  - Light brown/foxes

- Conscious Choice2-piece Sweatshirt Set
  - Green
  - Black
  - Coral
  - Dark gray
- Conscious Choice Crib Duvet Cover Set
  - White
  - Light pink
  - Light green
- Conscious Choice Mini Me Ribbed Jumpsuit
  - Beige melange
- Conscious Choice 2-piece Sweatshirt Set
  - Dark gray
  - Black
  - Green
  - Coral
- Conscious Choice Ribbed Cotton Top
  - Light mole
  - Beige
- Conscious Choice Waffled Cotton Set
  - Yellow
  - Khaki green
  - Dusky pink
  - Light blue
- Conscious Choice 2-piece Velour Set
  - Pink
  - Green
  - Beige
  - Light blue
- Conscious Choice 3-piece Cotton Set
  - Natural white/beige
  - Beige-pink
- Conscious Choice 6-piece Cotton Set
  - Light pink
  - Light gray melange
  - Rust brown/light beige melange
  - Blue
- Conscious Choice 2-piece Rib-knit Cotton Set
  - Light green
- Conscious Choice 2-piece Sweatshirt Set
  - Coral
  - Black
  - Green
  - Dark gray
- Conscious Choice Cable-knit Sweater and Pants

6

- o Taupe
- o Light gray melange
- o Gray melange
- Conscious Choice Quilted Overalls
  - o Beige
- Conscious Choice Mini Me 2-piece Cotton Set
  - o Taupe
- Conscious Choice 2-piece Sweatshirt Set
  - o Light pink/dotted
  - o Light beige/dotted
  - o Light brown/foxes
  - o Light gray/hearts
- Conscious Choice Rib-knit Cardigan
  - o Light taupe/striped
  - o Light turquoise
  - o Dusty rose
  - o Dark gray
- Conscious Choice Patterned Twin Duvet Cover
  - o White/checked
- Conscious Choice 2-pack Printed Cotton Pajama Jumpsuits
  - o Light pink/Care Bears
- Conscious Choice Children's Apron and Chef's Hat
  - o Light beige/rabbit
  - o Brown/bear
- Conscious Choice 2-piece Quilted Set
  - o Light beige
  - o Powder pink
- Conscious Choice 3-piece Gift Set
  - o White/Winnie the Pooh
  - o Light pink
- Conscious Choice 2-piece Waffled Set
  - o Light beige/brown
- Conscious Choice 2-pack Long-sleeved Tops
  - o Light beige/floral
  - o Light pink/dark pink
  - o Dark beige/powder beige
  - o Yellow-beige/light pink
- Conscious Choice 2-pack Ribbed Leggings
  - o Pink/light pink
  - o Dark beige-pink/powder beige
  - o Powder beige/powder pink
  - o Yellow-beige/light pink
- Conscious Choice 2-piece Velour Set
  - o Light blue
  - o Pink
  - o Green

7

- o   Beige
- Conscious Choice Knit Cotton Dress
  - o    Dusty rose
  - o   Light gray melange
  - o   Taupe
- Conscious Choice 2-piece Printed Set
  - o   Natural white/Winnie the Pooh
  - o   Light green/Mickey Mouse
- Conscious Choice Swim Cap UPF 50
  - o   Dark beige/dotted
- Conscious Choice 2-piece Sweatshirt Set
  - o   Light green
  - o   Black
  - o   Green
  - o   Coral
- Conscious Choice 3-pack Triangular Scarves
  - o   Light gray/beige/brick red
  - o   Brown
- Conscious Choice 5-pack Cotton Pants
  - o   Beige
  - o   Blue
  - o   Beige/dark gray
  - o   Light green/blue
- Conscious Choice 2-piece Velour Set
  - o   Green
  - o   Pink
  - o   Beige
  - o   Light blue
- Conscious Choice 2-piece Sweatshirt Set
  - o   Light green/dotted
  - o   Light pink/dotted
  - o   Light beige/dotted
  - o   Light brown/foxes
- Conscious Choice Cotton Twill Pants
  - o   Natural white
  - o   Beige
- Conscious Choice Unicorn Hobby Horse
  - o   Light beige/unicorn
- Conscious Choice 2-piece Cotton Set
  - o   Light green/dotted
  - o   Light beige/bears
  - o   Mint green/dotted
  - o   Dark gray/striped
- Conscious Choice 3-pack Cotton Sweatshirts
  - o   Brick red/beige/gray melange
  - o   Dark blue/light gray melange

- - Black
- Conscious Choice Crib Duvet Cover Set
  - Light green
  - White
  - Light pink
- Conscious Choice 5-pack Sweatpants
  - Green/yellow
- Conscious Choice Hooded Fleece Overall
  - Light taupe
- Conscious Choice Wall Decoration
  - Natural white/Wild and Free
- Conscious Choice Cotton Jersey Top
  - Cream/seals
- Conscious Choice 2-piece Cotton Set
  - Light beige/hearts
  - Light pink/hearts
  - Dark red/floral
  - Light gray/leopard print
- Conscious Choice Baby Cotton Baby Mat
  - Dark gray
  - Light beige
  - Light pink
- Conscious Choice Cotton Hat
  - Beige/floral
  - Light beige
- Conscious Choice 3-pack Sweatpants
  - Blue
  - Black
  - Mint green/beige
- Conscious Choice Patterned Twin Duvet Cover
  - White/birds
- Conscious Choice 2-piece Cotton Set
  - Light pink/hearts
  - Dark red/floral
  - Light gray/leopard print
  - Light green/dotted
- Conscious Choice 3-pack Cotton Sweatshirts
  - Black
  - Dark blue/light gray melange
  - Brick red/beige/gray melange
- Conscious Choice 2-piece Cotton Set
  - Dark gray/striped
  - Light beige/bears
  - Mint green/dotted
  - Light orange/dotted
- Conscious Choice Bird Pennant Garland

9

- o   Blue/birds
- Conscious Choice 2-piece Ribbed Cotton Set
  - o   Beige/patterned
  - o   Dusty rose/patterned
  - o   Blue/patterned
  - o   Brown/dotted
- Conscious Choice 5-pack Leggings
  - o   White/yellow dotted
  - o   Dusky pink/floral
  - o   White/dotted
  - o   Light green/dotted
- Conscious Choice Children's Apron and Chef's Hat
  - o   Brown/bear
  - o   Light beige/rabbit
- Conscious Choice 2-pack Long-sleeved Tops
  - o   Pink/light pink
  - o   Light pink/dark pink
  - o   Dark beige/powder beige
  - o   Yellow-beige/light pink
- Conscious Choice 2-piece Jersey Set
  - o   Dark blue/hearts
- Conscious Choice 2-piece Sweatshirt Set
  - o   Light beige/dotted
  - o   Light pink/dotted
  - o   Light brown/foxes
  - o   Light gray/hearts
- Conscious Choice Pile Rug
  - o   Light beige/plaid
- Conscious Choice 2-pack Long-sleeved Bodysuits
  - o   White/sheep
- Conscious Choice 2-piece Cotton Set
  - o   Light gray melange/dogs
  - o   Light beige/bears
  - o   Mint green/dotted
  - o   Dark gray/striped
- Conscious Choice Cotton Sweatpants
  - o   Light gray melange/tigers
  - o   Black
  - o   Beige/dotted
  - o   Light beige/dotted
- Conscious Choice Waffled Cotton Throw
  - o   Brown
  - o   Dark yellow
  - o   Light beige
- Conscious Choice Top and Pants

10

- o   Red melange
- o   Brick red
- o   Dark brown
- o   Dark dusky green
- Conscious Choice 6-piece Cotton Set
  - o   Dusty rose/light pink/white
  - o   Khaki green/light beige
  - o   Light gray/light beige/white
- Conscious Choice 2-piece Cotton Set
  - o   Dark gray/tigers
  - o   Light beige/bears
  - o   Mint green/dotted
  - o   Dark gray/striped
- Conscious Choice Ribbed Mock Turtleneck Sweater
  - o   Cream
- Conscious Choice 2-piece Quilted Set
  - o   Dusky pink
  - o   Light beige
- Conscious Choice Top and Pants
  - o   Brick red
  - o   Dark brown
  - o   Dark dusky green
  - o   Blue melange
- Conscious Choice 5-pack Leggings
  - o   Light green/dotted
  - o   Dusky pink/floral
  - o   White/dotted
  - o   Pink/flowers
- Conscious Choice 2-pack Knit Socks
  - o   Powder pink
  - o   Light beige/dark blue
- Conscious Choice Rib-knit Cardigan
  - o   Light beige
  - o   Light turquoise
  - o   Dusty rose
  - o   Light taupe/striped
- Conscious Choice Waffled Cotton Throw
  - o   Light beige
  - o   Dark yellow
  - o   Brown
- Conscious Choice Soft Toy
  - o   Black/penguin
- Conscious Choice 5-pack Leggings
  - o   Dusky pink/floral
  - o   White/dotted
  - o   Light green/dotted

- o   Pink/flowers
- Conscious Choice 5-pack Leggings
  - o   Pink/flowers
  - o   Dusky pink/floral
  - o   White/dotted
  - o   Light green/dotted

Conscious Choice Baby Jersey Baby Blanket
  - o   Light turquoise/animals
  - o   White/rabbits
- Conscious Choice Denim Vest
  - o   Denim blue
- Conscious Choice 6-piece Cotton Set
  - o   Light gray melange
  - o   Light pink
  - o   Rust brown/light beige melange
  - o   Blue
- Conscious Choice Soft Toy Monster
  - o   Light beige/monster
- Conscious Choice 3-pack Cotton Pajamas
  - o   White/stars
  - o   Light pink/floral
- Conscious Choice 2-piece Jersey Set
  - o   Dark blue/white
- Conscious Choice 10-pack Long-sleeved Bodysuits
  - o   Light beige/dotted
  - o   Pink/bears
- Conscious Choice Rib-knit Cashmere Jumpsuit
  - o   Light gray melange
- Conscious Choice Velour Soft Toy
  - o   White/cat
- Conscious Choice Jacquard-knit Cardigan
  - o   Blue/white
- Conscious Choice 10-pack Long-sleeved Bodysuits
  - o   Pink/bears
  - o   Light beige/dotted
- Conscious Choice Patterned Twin Duvet Cover Set
  - o   Light gray/clouds

Conscious Choice Baby Cotton Throw
  - o   Light beige
  - o   Light turquoise
  - o   Light pink
- Conscious Choice Soft Toy
  - o   White/rabbit
- Conscious Choice Cotton Twill Pants
  - o   Beige
  - o   Natural white

12

- Conscious Choice Patterned Romper Suit
  - Light beige/small flowers
- Conscious Choice Baby Hooded Bath Towel
  - Natural white/rabbit
  - Dark gray/rabbit
  - Dark beige/bear
  - Light pink/rabbit
- Conscious Choice 2-pack Patterned Cotton Curtains
  - White/rainbows
  - White/dotted
  - White/clouds
  - White/dinosaurs
- Conscious Choice 7-piece Cotton Set
  - White/owls
  - White/Best Friends
  - Light beige/bees
- Conscious Choice Ribbed Dress
  - Coral
  - Pink
  - Yellow
- Conscious Choice Long-sleeved Bodysuit
  - Light beige
- Conscious Choice 4-piece Cotton Set
  - White/dotted
  - Yellow/floral
- Conscious Choice Rib-knit Sweater
  - Beige-pink/color-block
  - Dark beige/Color-block
- Conscious Choice 3-pack Cotton Pajamas
  - Light pink/floral
  - White/stars
- Conscious Choice Knit Cotton Romper Suit
  - Red
  - Deep red
  - Pink melange
  - Dark gray melange
- Conscious Choice Baby Hooded Bath Towel
  - Light pink/rabbit
  - Natural white/rabbit
  - Dark gray/rabbit
  - Dark beige/bear

Conscious Choice Save the Children Soft Toy Dumbbell
  - Black
- Conscious Choice 2-piece Velour Set
  - Beige
  - Pink

- o Green
- o Light blue
- Conscious Choice Patterned Pajamas
  - o Light green/pandas
  - o Dusky pink/hot air balloons

Conscious Choice Baby Cotton Throw
  - o Light turquoise
  - o Light beige
  - o Light pink
- Conscious Choice 2-pack Cotton Pajamas
  - o Light green/light taupe
  - o Light pink/yellow
- Conscious Choice Baby Crib Duvet Cover Set
  - o Natural white/dotted
- Conscious Choice Crib Duvet Cover Set
  - o Light pink
  - o White
  - o Light green
- Conscious Choice Knit Jumpsuit
  - o Light beige melange
  - o Dusty rose
  - o Dark gray melange
- Conscious Choice Padded Parka
  - o Khaki green
- Conscious Choice

Top and Pants
  - o Dark brown
  - o Brick red
  - o Dark dusky green
  - o Blue melange
- Conscious Choice 3-pack Ribbed Leggings
  - o Light beige/beige melange
  - o Light pink
  - o Turquoise/khaki green/gray
- Conscious Choice Denim Jeans
  - o Denim blue
  - o Denim blue/dark denim blue

Conscious Choice Baby Cotton Throw
  - o Light pink
  - o Light beige
  - o Light turquoise
- Conscious Choice Straw Hat
  - o Beige
- Conscious Choice Baby Hooded Bath Towel
  - o Dark gray/rabbit
  - o Natural white/rabbit

14

- - Dark beige/bear
  - Light pink/rabbit
- Conscious Choice Fine-knit Cotton Dress
  - Light beige
- Conscious Choice 2-piece Velour Set
  - White/rabbit
- Conscious Choice Book-shaped Storage Box
  - Natural white/Monster
- Conscious Choice 3-piece Cotton Set
  - Dark gray
- Conscious Choice Wall Decoration
  - Light green/dinosaur
  - White/unicorn
  - Light beige/Triceratops
- Conscious Choice Wall Decoration
  - Light beige/Triceratops
  - White/unicorn
  - Light green/dinosaur
- Conscious Choice Baby Crib Duvet Cover Set
  - Light gray/striped
- Conscious Choice Cotton-blend Jumpsuit
  - Beige melange/hedgehogs
  - Light pink/flowers
  - Beige/dinosaurs
  - Deep red
- Conscious Choice Baby Hooded Bath Towel
  - Dark beige/bear
  - Natural white/rabbit
  - Dark gray/rabbit
  - Light pink/rabbit
- Conscious Choice 2-piece Fleece Set
  - Natural white
  - Dark blue/striped
  - Brown
  - Powder pink
- Conscious Choice Knit Cotton Romper Suit
  - Dark gray melange
  - Deep red
  - Pink melange
  - Red
- Conscious Choice 2-piece Patterned Set
  - Light gray melange/dotted
- Conscious Choice 2-piece Rib-knit Set
  - Pink/striped
  - Light purple/dotted
  - Light beige/dotted

15

- o Dark yellow/dotted
- Conscious Choice Baby Jersey Baby Blanket
  - o White/rabbits
  - o Light turquoise/animals
- Conscious Choice Ribbed Dress
  - o Yellow
  - o Pink
  - o Coral
- Conscious Choice 2-piece Cotton Set
- Conscious Choice 2-piece Quilted Jersey Set
  - o White/dotted
- Conscious Choice 4-piece Cotton Set
  - o Yellow/floral
  - o White/dotted
- Conscious Choice Rib-knit Pants
  - o Light gray-green
  - o Cream
- Conscious Choice Dotted Crib Sheet
  - o White/dotted
  - o Light pink/dotted
  - o Light gray/dotted
- Conscious Choice Patterned Twin Duvet Cover Set
  - o Light pink/dotted
  - o White/dotted
  - o Light gray/dotted
- Conscious Choice Appliquéd Pajama Jumpsuit
  - o Light gray melange/bear
  - o Dark blue/lion
  - o Light green/dinosaur
  - o Light beige/dog
- Conscious Choice 2-pack Long-sleeved Tops
  - o Beige melange/light beige
  - o Light pink/dark pink
  - o Dark beige/powder beige
  - o Yellow-beige/light pink
- Conscious Choice 2-piece Fleece Set
  - o Powder pink
  - o Natural white
  - o Dark blue/striped
  - o Brown
- Conscious Choice 2-piece Quilted Set
  - o Light beige
  - o Dusky pink
- Conscious Choice 2-pack Patterned Cotton Curtains
  - o White/dotted
  - o White/clouds

- White/dinosaurs
- Dark gray/planets
- Conscious Choice 2-pack Cotton Pajamas
  - Light pink/yellow
  - Light green/light taupe
- Conscious Choice 3-pack Cotton Leggings
  - Beige/gray/brown
  - Black/gray/beige
  - Powder pink/brown/light beige
- Conscious Choice 2-piece Set
  - Dark taupe/bear
- Conscious Choice Waffled Cotton Set
  - Beige
  - Khaki green
  - Dusky pink
  - Light blue
- Conscious Choice 2-pack Foldover-cuff Pants
  - White/sheep
- Conscious Choice Patterned Twin Duvet Cover Set
  - White/dotted
  - Light pink/dotted
  - Light gray/dotted
- Conscious Choice Patterned Pajamas
  - Dusky pink/hot air balloons
  - Light green/pandas
- Conscious Choice Knit Cotton Dress
  - Taupe
  - Light gray melange
  - Dusty rose
- Conscious Choice Rib-knit Pants
  - Cream
  - Light gray-green
- Conscious Choice Baby Crib Duvet Cover Set
  - Natural white/rabbits
  - Light turquoise/animals
- Conscious Choice 2-piece Cotton Set
  - Light yellow/tigers
  - Light pink/hearts
  - Dark red/floral
  - Light gray/leopard print
- Conscious Choice Wall Decoration
  - White/unicorn
  - Light green/dinosaur
  - Light beige/Triceratops
- Conscious Choice Baby Lattice-knit Cotton Blanket

17

- o Natural white
- o Light gray
- Conscious Choice Unicorn Soft Toy
  - o Powder pink/unicorn
- Conscious Choice Save the Children 3-pack Soft Dolls
  - o Red/turquoise
- Conscious Choice Cotton Sweatpants
  - o Yellow-beige/white striped
  - o Black
  - o Beige/dotted
  - o Light beige/dotted
- Conscious Choice 7-piece Cotton Set
  - o White/Best Friends
  - o White/owls
  - o Light beige/bees
- Conscious Choice Wool Sweater
  - o Light beige
- Conscious Choice Wool Sweater
  - o Light beige
  - o Dusty rose
- Conscious Choice Cotton Sweatpants
  - o Beige/dotted
  - o Black
  - o Beige/dotted
  - o Light beige/dotted
- Conscious Choice 3-pack Ribbed Leggings
  - o Turquoise/khaki green/gray
  - o Light beige/beige melange
  - o Light pink
- Conscious Choice Waffled Cotton Throw
  - o Dark yellow
  - o Brown
  - o Light beige
- Conscious Choice 3-piece Gift Set
  - o Light pink
  - o White/Winnie the Pooh
- Conscious Choice Cable-knit Sweater and Pants
  - o Gray melange
  - o Light gray melange
  - o Taupe
- Conscious Choice 2-pack Muslin Blankets
  - o Light pink/deer
- Conscious Choice Warm-lined Boots
  - o Light khaki green
  - o Light beige/leopard print
  - o Light pink

18

- Conscious Choice 2-pack Ribbed Leggings
  - Red/natural white
  - Dark beige-pink/powder beige
  - Powder beige/powder pink
  - Yellow-beige/light pink
- Conscious Choice Cotton Twin Duvet Cover Set
  - White/leopard print
- Conscious Choice Appliquéd Pajama Jumpsuit
  - Light beige/dog
  - Dark blue/lion
  - Light gray melange/bear
  - Light green/dinosaur
- Conscious Choice Ribbed Dress
  - Pink
  - Yellow
  - Coral
- Conscious Choice 2-pack Patterned Cotton Curtains
  - Light green/unicorns
  - White/dotted
  - White/clouds
  - White/dinosaurs
- Conscious Choice 2-pack Knit Socks
  - Light beige/dark blue
  - Powder pink
- Conscious Choice Cotton Sweatpants
  - Light blue/cars
  - Black
  - Beige/dotted
  - Light beige/dotted
- Conscious Choice 3-pack Ribbed Leggings
  - Light pink
  - Light beige/beige melange
  - Turquoise/khaki green/gray
- Conscious Choice 2-piece Fleece Set
  - Beige/bears
- Conscious Choice 2-pack Patterned Cotton Curtains
  - White/dinosaurs
  - White/dotted
  - White/clouds
  - Dark gray/planets
- Conscious Choice Knit Jumpsuit
  - Dark gray melange
  - Light beige melange
  - Dusty rose
- Conscious Choice Rib-knit Sweater

- o   Dark beige/Color-block
- o   Beige-pink/color-block
- Conscious Choice Baby Hooded Bath Towel
  - o   White/dotted
- Conscious Choice Rib-knit Hat
  - o   Blue melange
- Conscious Choice 2-piece Fleece Set
  - o   Brown
  - o   Natural white
  - o   Dark blue/striped
  - o   Powder pink
- Conscious Choice Beach Hat UPF 50
  - o   Blue/white dotted
- Conscious Choice 3-pack Cotton Leggings
  - o   Black/gray/beige
  - o   Beige/gray/brown
  - o   Powder pink/brown/light beige
- Conscious Choice Warm-lined Boots
  - o   Light pink
  - o   Light beige/leopard print
  - o   Light khaki green
- Conscious Choice Patterned Twin Duvet Cover Set
  - o   Light gray/dotted
  - o   White/dotted
  - o   Light pink/dotted
- Conscious Choice Cotton-blend Jumpsuit
  - o   Beige/dinosaurs
  - o   Beige melange/hedgehogs
  - o   Light pink/flowers
  - o   Deep red
- Conscious Choice 2-pack Long-sleeved Tops
  - o   Red/natural white
  - o   Light pink/dark pink
  - o   Dark beige/powder beige
  - o   Yellow-beige/light pink
- Conscious Choice Padded Appliquéd Boots
  - o   Dark purple/Minnie Mouse
  - o   Dark gray/Mickey Mouse
  - o   Light green/Bambi
- Conscious Choice Cotton Sweatpants
  - o   Light gray melange/dotted
  - o   Black
  - o   Beige/dotted
  - o   Light beige/dotted
- Conscious Choice Baby Cotton Baby Mat

20

- o Light pink
- o Dark gray
- o Light beige
- Conscious Choice Baby Fitted Crib Sheet
  - o Light gray
- Conscious Choice Cotton Sweatpants
  - o Black
  - o Beige/dotted
  - o Light beige/dotted
  - o Pink/hearts
- Conscious Choice Knit Santa Hat
  - o Red
- Conscious Choice Waffled Pants
  - o Dark beige-pink
- Conscious Choice Dieter Braun x H&M Patterned Poplin Dress
  - o White/hummingbirds
- Conscious Choice 2-pack Ribbed Leggings
  - o Light beige melange/floral
  - o Dark beige-pink/powder beige
  - o Powder beige/powder pink
  - o Yellow-beige/light pink
- Conscious Choice Small Cardboard Storage Box
  - o Light brown
- Conscious Choice 2-pack Long-sleeved Tops
  - o Dark beige/powder beige
  - o Light pink/dark pink
  - o Yellow-beige/light pink
  - o Beige melange/light beige
- Conscious Choice Baby Lattice-knit Cotton Blanket
  - o Light gray
  - o Natural white
- Conscious Choice Wool-blend Cable-knit Set
  - o Powder pink
  - o Gray melange
- Conscious Choice Save the Children Carnival Pennant Garland
  - o Red/circus performers
- Conscious Choice Cotton Sweatpants
  - o Light beige/dotted
  - o Black
  - o Beige/dotted
  - o Pink/hearts
- Conscious Choice 2-piece Cotton Set
  - o Green/black dotted
  - o Light beige/bears
  - o Mint green/dotted
  - o Dark gray/striped

- Conscious Choice 2-pack Patterned Cotton Curtains
  - Dark gray/planets
  - White/dotted
  - White/clouds
  - White/dinosaurs
- Conscious Choice 3-pack Cotton Leggings
  - Powder pink/brown/light beige
  - Beige/gray/brown
  - Black/gray/beige
- Conscious Choice 2-pack Patterned Cotton Curtains
  - White/clouds
  - White/dotted
  - White/dinosaurs
  - Dark gray/planets
- Conscious Choice Cotton Cushion Cover
  - White/panda
  - Light beige/rabbit
  - Brown/bear
  - Orange/fox
- Conscious Choice Baby Crib Duvet Cover Set
  - Light turquoise/animals
  - Natural white/rabbits
- Conscious Choice Striped Cotton Rug
  - Light blue/striped
  - Yellow/striped
  - Light powder pink/striped
- Conscious Choice Striped Cotton Rug
  - Light powder pink/striped
  - Yellow/striped
  - Light blue/striped
- Conscious Choice Wool-blend Cable-knit Set
  - Gray melange
  - Powder pink
- Conscious Choice Warm-lined Boots
  - Light beige/leopard print
  - Light pink
  - Light khaki green
- Conscious Choice Zip-up Velour Cardigan
  - Pink
- Conscious Choice 2-piece Cotton Set
  - Light gray/leopard print
  - Light pink/hearts
  - Dark red/floral
  - Light green/dotted
- Conscious Choice Cotton Sweatpants
  - Pink/hearts

22

- o Black
- o Beige/dotted
- o Light beige/dotted
- Conscious Choice Striped Cotton Rug
  - o Yellow/striped
  - o Light blue/striped
  - o Light powder pink/striped
- Conscious Choice Printed Pajama Jumpsuits
  - o Green/Minnie Mouse
- Conscious Choice 3-pack Sweatpants
  - o Mint green/beige
  - o Blue
  - o Black
- Conscious Choice 2-pack Printed Pajamas
  - o Light pink/Bambi
  - o Gray melange/101 Dalmatians
- Conscious Choice Dotted Cotton Cushion Cover
  - o White/dotted
  - o White/dotted
  - o Light pink/dotted
- Conscious Choice 5-pack Cotton Pants
  - o Turquoise/yellow
  - o Blue
  - o Beige
  - o Beige/dark gray
- Conscious Choice 2-pack Ribbed Leggings
  - o Beige-pink/natural white
  - o Dark beige-pink/powder beige
  - o Powder beige/powder pink
  - o Yellow-beige/light pink
- Conscious Choice 2-pack Henley Bodysuits
  - o Dark blue/blue melange
- Conscious Choice Cotton Rug
- Conscious Choice Tulle Dress with Bodysuit
  - o Red/glittery
  - o Powder pink
- Conscious Choice Dotted Crib Sheet
  - o Light pink/dotted
  - o White/dotted
  - o Light gray/dotted
- Conscious Choice Dotted Cotton Cushion Cover
  - o White/dotted
  - o Light pink/dotted
  - o White/dotted
- Conscious Choice Crib Duvet Cover Set

- - Light beige/leopard print
- Conscious Choice Loose Fit Jeans
  - Denim blue
- Conscious Choice Cotton Cushion Cover
  - Light beige/rabbit
  - Brown/bear
  - Orange/fox
  - White/panda
- Conscious Choice Cotton-blend Jumpsuit
  - Deep red
  - Beige melange/hedgehogs
  - Light pink/flowers
  - Beige/dinosaurs
- Conscious Choice Cotton Cushion Cover
  - Brown/bear
  - Light beige/rabbit
  - Orange/fox
  - White/panda
- Conscious Choice Printed cushion cover
  - White/Wild and Free
- Conscious Choice Cotton Cushion Cover
  - Orange/fox
  - Light beige/rabbit
  - Brown/bear
  - White/panda
- Conscious Choice Padded Appliquéd Boots
  - Dark gray/Mickey Mouse
  - Dark purple/Minnie Mouse
  - Light green/Bambi
- Conscious Choice 2-pack Ribbed Leggings
  - Pink melange/light beige
  - Dark beige-pink/powder beige
  - Powder beige/powder pink
  - Yellow-beige/light pink
- Conscious Choice Dotted Crib Sheet
  - Light gray/dotted
  - White/dotted
  - Light pink/dotted
- Conscious Choice 2-piece Set
  - Light beige/deer
- Conscious Choice Patterned Hooded Jacket
  - Brown/dotted
  - Beige/patterned
- Conscious Choice 2-pack Ruffled Bodysuits
  - Yellow/white patterned
  - Light blue/dotted

- - Pink/fruit
- Conscious Choice 2-piece Cotton Set
  - Red/plaid
- Conscious Choice Cotton Pajamas
  - Natural white/Vegetables
- Conscious Choice Appliquéd Pajama Jumpsuit
  - Light green/dinosaur
  - Dark blue/lion
  - Light gray melange/bear
  - Light beige/dog
- Conscious Choice Patterned single duvet cover set
  - Light green
- Conscious Choice Cotton Leggings
  - Light beige melange
  - Light beige
- Conscious Choice Cotton Santa Costume
  - Red/Santa
- Conscious Choice 2-piece Cotton Set
  - Light beige/bears
  - Mint green/dotted
  - Dark gray/striped
  - Light orange/dotted
- Conscious Choice Tulle Dress with Bodysuit
  - Powder pink
  - Red/glittery
- Conscious Choice Appliquéd Pajama Jumpsuit
  - Dark blue/lion
  - Light gray melange/bear
  - Light green/dinosaur
  - Light beige/dog
- Conscious Choice Patterned Hooded Jacket
  - Beige/patterned
  - Brown/dotted
- Conscious Choice Cotton Jersey Pajama Jumpsuit
  - Red/tiger
- Conscious Choice Dotted Cotton Cushion Cover
  - Light pink/dotted
  - White/dotted
  - White/dotted
- Conscious Choice Linen Sun Hat
- Conscious Choice 2-piece Sweatshirt Set
  - Light pink/dotted
  - Light beige/dotted
  - Light brown/foxes
  - Light gray/hearts
- Conscious Choice 2-piece Ribbed Cotton Set

- Blue/patterned
- Dusty rose/patterned
- Brown/dotted
- White/dotted
- Conscious Choice Cotton Sweatpants
  - Dusky pink/flowers
  - Black
  - Beige/dotted
  - Light beige/dotted
- Conscious Choice 3-pack Jersey Pants
  - Dark gray/striped
- Conscious Choice Knit Cotton Dress
  - Light gray melange
  - Taupe
  - Dusty rose
- Conscious Choice 2-piece Fleece Set
  - Dark blue/striped
  - Natural white
  - Brown
  - Powder pink
- Conscious Choice 2-piece Rib-knit Set
  - Dark yellow/dotted
  - Light purple/dotted
  - Light beige/dotted
  - Pink/striped
- Conscious Choice 2-piece Ribbed Cotton Set
  - Dusty rose/patterned
  - Blue/patterned
  - Brown/dotted
  - White/dotted
- Conscious Choice Crib Duvet Cover Set
  - Light turquoise/animals
- Conscious Choice 2-piece Cotton Set
  - Natural white/light beige
  - Light beige/color-block
- Conscious Choice Cotton Sweatpants
  - Black
  - Beige/dotted
  - Light beige/dotted
  - Pink/hearts
- Conscious Choice Patterned Pajamas
  - Dusky pink/hot air balloons
  - Light green/pandas
- Conscious Choice Patterned Pajamas
  - Dusky pink/hot air balloons
  - Light green/pandas

- Conscious Choice 3-pack Cotton Triangle Scarves
- Conscious Choice Cable-knit Cotton Blanket
- Conscious Choice 3-pack Ribbed Leggings
    - Light beige/beige melange
    - Light pink
    - Turquoise/khaki green/gray