MOED-0001          DISCLOSURE OF ORGANIZATIONAL INTERESTS CERTIFICATE

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**

Abraham Lizama, Marc Doten, on behalf of themselves )
and all others similarly sitauted )
)
Plaintiff(s), )
)
vs. )   Case No.
)
H&M Hennes & Mauritz LP )
)
Defendant(s). )

**DISCLOSURE OF ORGANIZATIONAL INTERESTS CERTIFICATE**

Pursuant to Local Rule 2.09 and Federal Rule of Civil Procedure 7.1, Counsel of record for Plaintiffs _____ hereby discloses the following organizational interests:

1. If the subject organization is a corporation,

a. Whether the subject organization is publicly traded, and if it is, on which exchange(s):
No.

b. Its parent companies or corporations (if none, state "none"):
None.

c. Its subsidiaries not wholly owned by the subject corporation (if none, state "none"):
None.

d. Any publicly held company or corporation that owns any of the subject corporation's stock (if none, state "none"):
None.

2. If the subject organization is a limited liability company or a limited liability partnership, its members and sub-members and each member's and sub-member's state(s) of citizenship:

Note: Sub-members include the members of members (i.e., first-tier sub-members), and the members of first-tier sub-members (i.e., second-tier sub-members), the members of second-tier sub-members (i.e., third-tier sub-members), and so on, until the Court knows the citizenship of *all* persons and entities within the ownership structure. Further, if a corporation is a member or sub-member of the subject organization, that corporation's state of incorporation and principal place of business must be disclosed.

MOED-0001          DISCLOSURE OF ORGANIZATIONAL INTERESTS CERTIFICATE

By signing this form, counsel acknowledges that "if any required information changes," counsel must file an amended certificate within seven (7) days of the change. E.D.Mo. L.R. 2.09(C); *see also* Fed. R. Civ. P. 7.1(b)(2).

_____
Signature (Counsel for Plaintiff/Defendant)
Print Name: Daniel J. Orlowsky
Address: 7777 Bonhomme Ave., Ste. 1910
City/State/Zip: Clayton, MO 63105
Phone: 314-725-5151

### Certificate of Service

I hereby certify that a true copy of the foregoing Disclosure of Organizational Interests Certificate was served (by mail, by hand delivery, or by electronic notice) on all parties on: November 3, 2022.

_____
Signature