UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

ABRAHAM LIZAMA, et al.,           )
                                  )
          Plaintiffs,             )
                                  )
     vs.                          )          Case No. 4:22 CV 1170 RWS
                                  )
H&M HENNES & MAURITZ LP,          )
                                  )
          Defendant.              )

## MEMORANDUM AND ORDER

This matter is before me on plaintiffs' motion to file a brief ten pages in excess of the 15-page limit in support of their motion to strike.  The Court will grant this motion in this instance only, but counsel is cautioned that such excess briefing will not routinely be permitted in this case.  Moreover, motions to strike are disfavored.  Plaintiffs could have simply opposed the motion to dismiss by requesting the Court deny it for attaching matters outside the pleadings and/or construe it as one for summary judgment and permit them to conduct discovery before responding.  Instead, plaintiffs filed a separate, unnecessary motion to strike.  Counsel shall be mindful of Rule 1 of the Federal Rules of Civil Procedure and avoid filing excessive motions in the future.

Accordingly,

**IT IS HEREBY ORDERED** that the motion for leave to file in excess of the page limit [16] is granted in this instance only, but any future motions to exceed the page limit filed by either party in this case shall include a good cause showing of why the 15-page limitation is not adequate to address the issues before the Court.


_____

RODNEY W. SIPPEL

UNITED STATES DISTRICT JUDGE

Dated this 20th day of December, 2022.