UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| ABRAHAM LIZAMA, MARC DOTEN, on behalf of themselves and all others similarly situated,<br><br>        Plaintiffs,<br><br>- against -<br><br>H&M HENNES & MAURITZ LP,<br><br>        Defendant. | Civil Action No.: 4:22-cv-01170 |

**DEFENDANT'S MOTION TO DISMISS AND/OR STRIKE**

Defendant H&M Hennes & Mauritz LP ("H&M"), by its attorneys, pursuant to Fed. R. Civ. P. 12(b)(6), hereby moves pursuant to Rules 12(b)(1), (b)(6), and (f) of the Federal Rules of Civil Procedure, for an order dismissing Plaintiffs Abraham Lizama ("Lizama") and Marc Doten's ("Doten") (collectively, with members of the proposed class "Plaintiffs") class action Complaint in its entirety and/or striking the nationwide class allegations contained therein. H&M relies upon the facts and law set forth in the accompanying memorandum of law, request for judicial notice, and Declaration of Jill Rembusch.

December 6, 2022

                By: */s/ Jill R. Rembusch*
                   Jill Rembusch
                   **HEIN SCHNEIDER & BOND P.C.**
                   2244 S. Brentwood Blvd.
                   St. Louis, MO 63144
                   Tel.: (314) 863-9100
                   jrr@hsbattorneys.com

Staci Jennifer Trager (*pro hac vice* pending)
**NIXON PEABODY LLP**
300 S. Grand Avenue, Suite 4100
Los Angeles, CA 90071-3151
Tel.: (213) 629-6041
strager@nixonpeabody.com

Erin T. Huntington (*pro hac vice* pending)
**NIXON PEABODY LLP**
677 Broadway
Albany, New York 12207
Tel.: (518) 427-2650
ehuntington@nixonpeabody.com

Carlo F. Bustillos (*pro hac vice* pending)
**NIXON PEABODY LLP**
One Embarcadero Center, 32nd Floor
San Francisco, CA 94111
Tel.: (415) 984-8448
cbustillos@nixonpeabody.com

*Attorneys for Defendant H&M Hennes & Mauritz LP*

## CERTIFICATE OF SERVICE

The foregoing was electronically filed with the Court this 6th day of December, 2022, and served via the Court's ECF system upon all counsel of record.

By: */s/ Jill R. Rembusch*