UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| ABRAHAM LIZAMA, et al., | ) |
| Plaintiffs, | ) |
| vs. | ) Case No. 4:22 CV 1170 RWS |
| H&M HENNES & MAURITZ LP, | ) |
| Defendant. | ) |

## JUDGMENT

In accordance with the Memorandum and Order entered this same date,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that plaintiff Mark Doten's claims are dismissed for lack of personal jurisdiction, and plaintiff Abraham Lizama's claims are dismissed for failure to state claims against defendant.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 12th day of May, 2023.